B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Oregon

In re      **The Marshall Group, LLC**
                                                                    ,
                              Debtor

Case No. _____**08-34585**_____

Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | **Yes** | **2** | **8,970,000.00** | | |
| B - Personal Property | **Yes** | **4** | **1,598,039.26** | | |
| C - Property Claimed as Exempt | **No** | **0** | | | |
| D - Creditors Holding Secured Claims | **Yes** | **3** | | **7,405,419.78** | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | **Yes** | **2** | | **490,528.78** | |
| F - Creditors Holding Unsecured Nonpriority Claims | **Yes** | **150** | | **4,738,334.02** | |
| G - Executory Contracts and Unexpired Leases | **Yes** | **1** | | | |
| H - Codebtors | **Yes** | **1** | | | |
| I -  Current Income of Individual Debtor(s) | **No** | **0** | | | **N/A** |
| J -  Current Expenditures of Individual Debtor(s) | **No** | **0** | | | **N/A** |
| Total Number of Sheets of ALL Schedules | | **163** | | | |
| | | Total Assets | **10,568,039.26** | | |
| | | | Total Liabilities | **12,634,282.58** | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Oregon

In re    **The Marshall Group, LLC**

Case No.    **08-34585**

Debtor ,

Chapter     **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **The Marshall Group, LLC**                                    ,        Case No.    __08-34585__
                                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Office Building**<br>**207 NE 19th Street**<br>**McMinnville, OR 97128**<br><br>**Tax Lot No. R4416CB-03900**<br><br>**This tax lot and Tax Lot R4416CB-04000 [325 NE Highway 99W, McMinnville] have a combined "as is" market value of $6,310,000.00 value per appraisal prepared by PGP Valuation Inc. in 2007** | **Fee simple** | - | **6,310,000.00** | **6,256.95** |
| **1940 NE Baker St.**<br>**McMinnville, OR  97128**<br><br>**R4416CB-0600**<br><br>**This tax lot and Tax Lot R4416CB-03400 [1944 NE Baker, McMinnville] have a combined "as is" market value of $510,000.00 value per appraisal prepared by PGP Valuation Inc. in 2007** | **Fee simple** | - | **0.00** | **0.00** |
| **321 NE Hwy. 99W**<br>**McMinnville, OR  97128**<br><br>**Tax Lot R4416CB-03800**<br><br>**This tax lot has an "as is" market value of $2,150,000.00 value per appraisal prepared by PGP Valuation Inc. in 2007** | **Fee simple** | - | **2,150,000.00** | **1,000,000.00** |
| **R4416CB-03601** | **Fee simple** | - | **0.00** | **0.00** |
| **1944 NE Baker Street**<br>**McMinnville, OR 97128**<br><br>**R4416CB-03400**<br><br>**This tax lot and Tax Lot R4416CB-03600 [1940 NE Baker, McMinnville] have a combined "as is" market value of $510,000.00 value per appraisal prepared by PGP Valuation Inc. in 2007** | **Fee simple** | - | **510,000.00** | **0.00** |
| | | Sub-Total > | **8,970,000.00** | (Total of this page) |

   __1__   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re  **The Marshall Group, LLC**                                                  ,  Case No.  _____08-34585_____
                                                                        Debtor

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **325 N.E. Hwy. 99W**<br>**McMinnville, OR  97128**<br><br>**Tax Lot R4416CB-04000**<br><br>**This tax lot and Tax Lot R4416CB-04000 [207 NE 19th Street, McMinnville] have a combined "as is" market value of $6,310,000.00 value per appraisal prepared by PGP Valuation Inc. in 2007** | **Fee simple** | - | 0.00 | 0.00 |

Sub-Total >             0.00        (Total of this page)

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Real Property

Total >        8,970,000.00

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re   **The Marshall Group, LLC**                                          ,          Case No.      **08-34585**
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Petty cash at clinics.** | - | 300.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Need breakdown** | - | 8,692.40 |
| | | **State Farm Bank**<br>**PO Box 2316**<br>**Bloomington, ILL 61702-2316** | - | 8,043.69 |
| | | **Redmond Immediate Health Care checking account #xxxxxx6421  $3,931.20**<br>**McMinnville Immediate Health Care checking account #xxxxxx6450 $4,104.39**<br>**Lincoln City Immediate Health Care checking account #xxxxxx9907 $8.10**<br>**TOTAL:  $8,043.69** | | |
| | | **Key Bank**<br>**PO Box 22114**<br>**Albany, NY  12201-2114** | - | 34.06 |
| | | **Marshall Redmond LLC checking account #_____** | | |
| | | **US Bank**<br>**PO Box 1800**<br>**St. Paul, Minnesota  55101-0800** | - | 0.00 |
| | | **Marshal Medical checking account #xxxxxxxx9003 $4.25**<br>**Lincoln City Immediate Health Care checking account #xxxxxxxx5714 $459.59** | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |

                                                                Sub-Total >          **17,070.15**
                                                             (Total of this page)

  __3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                    ,   Case No.   __08-34585__
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts receivable. | | See Exhibit ___ for breakdown. | - | 528,687.11 |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 528,687.11 |
| (Total of this page) | |

Sheet   __1__   of   __3__   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **The Marshall Group, LLC**                                    ,    Case No.    **08-34585**
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Potential claim against Robert R. Entler and John Pahlke for breach of duties to debtor of good faith and fair dealing.** | - | **Unknown** |
| | | **Potential claim against PremierWest Bank for breach of duties to debtor of good faith and fair dealing.** | - | **Unknown** |
| | | **Potential claim against Bighorn Capital, Inc. for breach of duties to debtor of good faith and fair dealing.** | - | **Unknown** |
| | | **Potential claim against Arland and Jean Keeton for breach of duties to debtor of good faith and fair dealing.** | - | **Unknown** |
| | | **Potential claim against Keeton-King Construction Inc. for breach of duties to debtor of good faith and fair dealing.** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Goodwill value and licenses** | - | **1,000,000.00** |

Sub-Total >        **1,000,000.00**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **The Marshall Group, LLC**                                        ,        Case No.    **08-34585**
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office supplies for McMinnville and Redmond $2,780.  Office furnishings for Redmond, McMinnville, and Lincoln City now located at McMinnville clinic (chairs, end tables, lamps, pictures, refrigerators, stools, etc. valued at $21,090.  All equipment is currently being leased through vendors. | - | 23,870.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Phones, CD players, fire extinguishers, shredders, etc. Equipment is leased from vendors. | - | 2,762.00 |
| 30. Inventory. | | Approximate value of medical supplies currently stocked in McMinnville and Redmond clinics. | - | 25,650.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Option to Purchase: 1. Lease between Summit Leasing Inc. (lessor) and Lincoln City Immediate Care, LLC, Mark R. and Cathy Jo Marshall (lessees) dated 11/5/2003.  2. Lease between Summit Leasing Inc. (lessor) and Redmond Immediate Care, LLC, Mark R. and Cathy Jo Marshall (lessees) dated 3/10/04. | - | Unknown |

|  | Sub-Total > | 52,282.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 1,598,039.26 |

Sheet   **3**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **The Marshall Group, LLC**                                      Case No.    **08-34585**
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Architectural Metal Works, Inc.**<br>**306 N. Main Street**<br>**Newberg, OR 97132** | | - | **Statutory Lien**<br>**Office Building**<br>**207 NE 19th Street**<br>**McMinnville, OR 97128**<br>**Tax Lot No. R4416CB-03900**<br>**This tax lot and Tax Lot R4416CB-04000**<br>**[325 NE Highway 99W, McMinnville]**<br>**have a combined "as is" market value of** | X | X | X | | |
| | | | Value $          **6,310,000.00** | | | | **6,256.95** | **0.00** |
| Account No.<br><br>**Arland and Jean Keeton**<br>**18159 West Hwy. 126**<br>**Bend, OR 97702** | X | - | **3/17/06**<br>**Deed of Trust**<br>**321 NE Hwy. 99W**<br>**McMinnville, OR  97128**<br>**R4416CB-03800**<br>**Creditor is assignee of PremierWest**<br>**Bank** | X | X | X | | |
| | | | Value $          **2,150,000.00** | | | | **1,000,000.00** | **0.00** |
| Account No. **xx3536**<br><br>**David Lawson**<br>**Yamhill County Assessor**<br>**535 E. 5th Street**<br>**Mcminnville, OR 97128** | | - | **2005-2007**<br><br>**Property taxes.  Amount shown includes**<br>**interest and penalties good thru 7/15/08** | | | | | |
| | | | Value $          **0.00** | | | | **22,517.68** | **22,517.68** |
| Account No.<br><br>**Keeton-King Construction Inc.**<br>**18159 Hwy. 126**<br>**Sisters, OR** | X | - | **5/9/08**<br>**Mechanic's Lien**<br>**Construction lien. Claim alleges**<br>**improvements at 207 E. 19th St. and**<br>**owenr of land is Marshall McMinnville**<br>**LLC (LLC). Legal desc. includes 321 NE**<br>**Hwy 99W and other property owned by**<br>**LLC.** | X | X | X | | |
| | | | Value $          **0.00** | | | | **6,310,000.00** | **6,310,000.00** |

**2**     continuation sheets attached

| | Subtotal | | |
|---|---|---|---|
| | (Total of this page) | **7,338,774.63** | **6,332,517.68** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                    ,          Case No.   **08-34585**
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxx6456 | | | 9/18/03 | | | | | |
| | | | **Deed of Trust** | | | | | |
| **Washington Mutual Bank** | | | **1940 NE Baker McMinnville, OR Yamhill Cty. Tax Lot R4416CB-03600 and vacant land Tax Lot No. R4416CB-03601** | X | | X | | |
| | - | | Value $           **Unknown** | | | | 0.00 | **Unknown** |
| Account No. xx3484 | | | **2006** | | | | | |
| **Yamhill County Tax Collector 535 E. 5th Street McMinnville, OR 97128** | - | | **Yamhill County property taxes. 2005-2008 tax years. Amount good thru 8/15/08 R4416CB-03400** | | | | | |
| | | | Value $           **0.00** | | | | 6,483.52 | 6,483.52 |
| Account No. xx3493 | | | **2005** | | | | | |
| **Yamhill County Tax Collector 535 E. 5th Street McMinnville, OR 97128** | - | | **Yamhill County property taxes. 2005-2008 tax years. Amount good thru 8/15/08 R4416CB-03600** | | | | | |
| | | | Value $           **0.00** | | | | 5,422.65 | 5,422.65 |
| Account No. xx3509 | | | **2005** | | | | | |
| **Yamhill County Tax Collector 535 E. 5th Street McMinnville, OR 97128** | - | | **Yamhill County property taxes. R4416CB-03601 Amount good thru 8/15/08** | | | | | |
| | | | Value $           **0.00** | | | | 627.50 | 627.50 |
| Account No. xx3527 | | | **2005** | | | | | |
| **Yamhill County Tax Collector 535 E. 5th Street McMinnville, OR 97128** | - | | **Yamhill County property taxes. 2005-2008 tax years. Amount good thru 8/15/08 R4416CB-03800** | | | | | |
| | | | Value $           **0.00** | | | | 15,621.03 | 15,621.03 |

Sheet   **1**   of   **2**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 28,154.70 | 28,154.70 |
|---|---|

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **The Marshall Group, LLC** _____,    Case No. **08-34585** _____
                                     Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx3545**<br><br>Yamhill County Tax Collector<br>535 E. 5th Street<br>McMinnville, OR 97128 | | - | 2005<br><br>Yamhill County property taxes. 2005-2008 tax years. Amount good thru 8/15/08<br>R4416CB-04000<br><br>Value $     **0.00** | | | | **15,713.82** | **15,713.82** |
| Account No. **xx3536**<br><br>Yamhill County Tax Collector<br>535 E. 5th Street<br>McMinnville, OR 97128 | | - | 2005<br><br>Yamhill County property taxes. 2005-2008 tax years. Amount good thru 8/15/08<br>R4416CB-03900<br><br>Value $     **0.00** | | | | **22,776.63** | **22,776.63** |
| Account No.<br><br><br>Value $ | | | | | | | | |
| Account No.<br><br><br>Value $ | | | | | | | | |
| Account No.<br><br><br>Value $ | | | | | | | | |

Sheet __**2**__ of __**2**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **38,490.45** | **38,490.45** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **7,405,419.78** | **6,399,162.83** |

B6E (Official Form 6E) (12/07)

.

In re    **The Marshall Group, LLC**                                                    Case No.    **08-34585**
_____,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_____

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>    1    </u>    continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **The Marshall Group, LLC**
_____,    Case No.    **08-34585**_____
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **xxxxx2808** | | | | **4/7/08** | | | | | |
| **IRS** PO Box 21126 Philadelphia, PA 19114 | - | | | **Employment Taxes** | | X | X | | 0.00 |
| | | | | | | | | 465,528.78 | 465,528.78 |
| Account No. | | | | **Emploment Taxes** | | | | | |
| **ODR Bkcy** 955 Center NE #353 Salem, OR 97301-2555 | - | | | | | X | X | | 0.00 |
| | | | | | | | | 25,000.00 | 25,000.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __**1**__ of __**1**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 490,528.78 | 490,528.78 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 490,528.78 | 490,528.78 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **The Marshall Group, LLC**                                                    Case No. __08-34585__
                                                    Debtor                   ,

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **A & E Security and Electronics** PO Box 179 Mcminnville, OR 97128 | - | | | | Phone Systems Services | | | | 9,340.90 |
| Account No. **A18319** **Aaron A. Smith** 6248 SW Mesa Redmond, OR 97756 | | | | | Refund | | | | 9.96 |
| Account No. **A1368** **Aaron R. Alldredge** 3795 SW Crest Ct. Redmond, OR 97756 | - | | | | Refund | | | | 93.14 |
| Account No. **A12023** **AARP** PO Box 740819 Atlanta, GA 30374-0819 | - | | | | Refund | | | | 75.00 |

__149__ continuation sheets attached

Subtotal (Total of this page)        **9,519.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    S/N:37814-080918    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                          ,     Case No.     **08-34585**
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A6314**<br><br>**Accent Insurance**<br>**PO Box 952366**<br>**Saint Louis, MO 63195** | | - | Refund | | | | 159.00 |
| Account No. **A17760**<br><br>**Adrian J. White**<br>**1595 NW Teakwook Lane**<br>**Redmond, OR 97756** | | - | Refund | | | | 5.29 |
| Account No. **A27307**<br><br>**Adrienne Dell**<br>**1861 Anne Way**<br>**San Jose, CA 95124** | | - | Refund | | | | 137.00 |
| Account No.<br><br>**Advantage Nurse Staffing**<br>**16420 SE McGilliray, Suite 103**<br>**Vancouver, WA 98683** | | - | Staffing Services | | | | 16,538.42 |
| Account No. **A2619**<br><br>**Aetna**<br>**PO Box 14100**<br>**Lexington, KY 40512** | | - | Refund | | | | 159.96 |

Sheet no. __1__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          16,999.67

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**
_____,
                    Debtor

Case No.   **08-34585**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **A550** | | | | | Refund | | | | |
| Aetna PO Box 14100 Lexington, KY 40512 | - | | | | | | | | 136.96 |
| Account No. **A16426** | | | | | Refund | | | | |
| Aetna EPO PO Box 14089 Lexington, KY 40512-4089 | - | | | | | | | | 213.04 |
| Account No. **A27435** | | | | | Refund | | | | |
| Alan Arthur 2 Camellia Rancho Santa Margarita, CA 92688 | - | | | | | | | | 182.00 |
| Account No. **A11764** | | | | | Refund | | | | |
| Alan T. Millar 995 Nutcracker Dr. Redmond, OR 97756 | - | | | | | | | | 45.00 |
| Account No. **A13107** | | | | | Refund | | | | |
| Amanda I. Abell 2422 SW 30th Street Redmond, OR 97756 | - | | | | | | | | 10.00 |

Sheet no. __2__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

587.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                    , Case No.   **08-34585**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A14499** | | | - | | Refund | | | | |
| Amanda J. Franklet 110 NW Wilmington Ave. Bend, OR 97701 | | | | | | | | | 31.40 |
| Account No. **A17959** | | | - | | Refund | | | | |
| Amanda M. Martin 1150 NW 21st Pl Redmond, OR 97756 | | | | | | | | | 3.70 |
| Account No. **A23168** | | | - | | Refund | | | | |
| Amber D. Martinson 2980 SW Indian Cir Redmond, OR 97756 | | | | | | | | | 10.00 |
| Account No. **A3349** | | | - | | Refund | | | | |
| Amber J. Hill 2223 NW Poplar Pl Redmond, OR 97756 | | | | | | | | | 100.00 |
| Account No. **A1776** | | | - | | Refund | | | | |
| Amber K. Kelly 65245 76th St. Bend, OR 97701 | | | | | | | | | 75.00 |

Sheet no. __3___ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

220.10

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Marshall Group, LLC**                                          ,  Case No.  **08-34585**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A27053** | | | | | Refund | | | | |
| Amber L. Carlson 69175 Lariat Sisters, OR 97759 | | - | | | | | | | 10.00 |
| Account No. **A5525** | | | | | Refund | | | | |
| Amber L. Owen 3867 NW Lower Bridge Way Terrebonne, OR 97760 | | - | | | | | | | 17.90 |
| Account No. **A12427** | | | | | Refund | | | | |
| Amber L. Rogers 1905 SW 35th St. Redmond, OR 97756 | | - | | | | | | | 20.00 |
| Account No. **A574** | | | | | Refund | | | | |
| Amy J. Bannon 3524 S Crooked River Prineville, OR 97754 | | - | | | | | | | 20.00 |
| Account No. **A1774** | | | | | Refund | | | | |
| Amy L. Dawydiuk 15770 Trapper Point Rd. Sisters, OR 97759 | | - | | | | | | | 8.67 |

Sheet no. __4__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**76.57**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __The Marshall Group, LLC_____,    Case No. ___08-34585_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **A3825** | | | | Refund | | | | |
| Amy M. Hardin 1311 Wild Rose Lane Gearhart, OR 97138 | | - | | | | | | 25.00 |
| Account No. **A20913** | | | | Refund | | | | |
| Andre Hutchinson 1320 Carolyn Dr. Virginia Beach, VA 23451 | | - | | | | | | 44.00 |
| Account No. **A17397** | | | | Refund | | | | |
| Andrea J. Buerger PO Box 5 Redmond, OR 97756 | | - | | | | | | 10.00 |
| Account No. **A2553** | | | | Refund | | | | |
| Andrea L. Simonson PO Box 784 Neskowin, OR 97149 | | - | | | | | | 9.45 |
| Account No. **A22793** | | | | Refund | | | | |
| Andrea N. Boothby 14420 NW Park Ln. Culver, OR 97734 | | - | | | | | | 1.00 |

Sheet no. __5__ of __149__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **89.45**

B6F (Official Form 6F) (12/07) - Cont.

In re __The Marshall Group, LLC_____,    Case No. ____08-34585_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A24678** <br><br> **Angela C. Alvarez** <br> **2380 NW Fir Ave** <br> **Redmond, OR 97756** | | - | Refund | | | | 20.44 |
| Account No. **A24491** <br><br> **Angela E. Hudsoeth** <br> **3346 SW Volcano** <br> **Redmond, OR 97756** | | - | Refund | | | | 11.00 |
| Account No. **A18925** <br><br> **Angela J. Nace** <br> **13093 SW Cinder Drive** <br> **Terrebonne, OR 97760** | | - | Refund | | | | 10.00 |
| Account No. **A19987** <br><br> **Angela M. Landry** <br> **2050 SW 21st St.** <br> **Redmond, OR 97756** | | - | Refund | | | | 10.00 |
| Account No. **A292** <br><br> **Angela R. Loible** <br> **3404 SW Pumice Ave** <br> **Redmond, OR 97756** | | - | Refund | | | | 10.00 |

Sheet no. __6___ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

61.44

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Marshall Group, LLC**                                                , Case No. __**08-34585**__
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A15994**<br><br>**Angie L. Neal**<br>**363 NW 27th**<br>**Redmond, OR 97756** | | - | Refund | | | | 3.00 |
| Account No. **A26036**<br><br>**Ann Borer**<br>**7510 80th Pl SE**<br>**Mercer Island, WA 98040** | | - | Refund | | | | 182.00 |
| Account No. **A22555**<br><br>**Anne E. Goldner**<br>**1744 NW 12th St**<br>**Portland, OR 97201** | | - | Refund | | | | 20.00 |
| Account No. **A17896**<br><br>**Annie Ellison**<br>**1331 NW 19th**<br>**Redmond, OR 97756** | | - | Refund | | | | 20.00 |
| Account No. **A5407**<br><br>**Ansel J. Evans**<br>**1645 NW Teak Ave**<br>**Redmond, OR 97756** | | - | Refund | | | | 10.17 |

Sheet no. __**7**__ of __**149**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

235.17

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Marshall Group, LLC**                                      ,    Case No.    **08-34585**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A18433** | | | - | | Refund | | | | |
| **Anthony Bridgeman** **17088 Blue Jay** **Terrebonne, OR 97760** | | | | | | | | | |
| | | | | | | | | | 15.00 |
| Account No. **A4237** | | | - | | Refund | | | | |
| **Anthony H. Franklin** **2125 SW 23rd St** **Redmond, OR 97756** | | | | | | | | | |
| | | | | | | | | | 5.00 |
| Account No. **A17692** | | | - | | Refund | | | | |
| **Anthony L. Alley** **10600 SW Green Dr.** **Culver, OR 97734** | | | | | | | | | |
| | | | | | | | | | 95.00 |
| Account No. **A332** | | | - | | Refund | | | | |
| **April Tovar** **4035 SW Ben Hogan Dr.** **Redmond, OR 97756** | | | | | | | | | |
| | | | | | | | | | 10.00 |
| Account No. | | | - | | Services provided. Amount undetermined. | | | | |
| **Aramatrk** **PO Box 21210** **Eugene, OR 97402-0450** | | | | | | | | | |
| | | | | | | | | | 0.00 |

Sheet no.  __8__  of  __149__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **125.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Marshall Group, LLC**                                    ,    Case No.    **08-34585**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A5633** <br><br> **Ashleigh N. Davis** <br> **9412 High Oak Drive** <br> **Bakersfield, CA 93311** | - | | Refund | | | | 15.00 |
| Account No. **A16695** <br><br> **Ashley M. Gamboa** <br> **7948 SW Shad Rd.** <br> **Terrebonne, OR 97760** | - | | Refund | | | | 25.40 |
| Account No. **A19611** <br><br> **Ashley N. Hudson** <br> **2612 SW Umatilla** <br> **Redmond, OR 97756** | - | | Refund | | | | 20.00 |
| Account No. <br><br> **AT & T Mobility** <br> **PO Box 30459** <br> **Los Angeles, CA 90030-0459** | - | | Sept. 2008 <br> Cell phone service. | | | | 600.00 |
| Account No. **A17999** <br><br> **B. Cody Suing** <br> **PO Box 1748** <br> **Prineville, OR 97754** | - | | Refund | | | | 21.92 |

Sheet no. **9** of **149** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

682.32

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Marshall Group, LLC**                                                    ,  Case No. ___**08-34585**___
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A7061** <br><br> **Barbara Bodyfelt** <br> **15740 SW 79th Ave.** <br> **Tigard, OR 97224** | - | | Refund | | | | 6.00 |
| Account No. **A4198** <br><br> **Barry S. McGarvey** <br> **PO Box 58** <br> **Redmond, OR 97756** | - | | Refund | | | | 38.53 |
| Account No. **A14950** <br><br> **Barton L. Garrison** <br> **3752 SW Volcano Pl.** <br> **Redmond, OR 97756** | - | | Refund | | | | 5.00 |
| Account No. <br><br> **Bend BroadBand** <br> **PO Box 7180** <br> **Pasadena, CA 91109-7180** | - | | August/Sept. 2008 <br> Redmond. Internet service. | | | | 279.80 |
| Account No. <br><br> **Bend Garbage and Recycling** <br> **PO Box 504** <br> **Bend, OR 97709-0504** | - | | August/Sept. 2008 <br> Redmond. Garbage service. | | | | 69.00 |

Sheet no. __**10**__ of __**149**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 398.33

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Marshall Group, LLC**                          ,     Case No.  **08-34585**
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A15842**<br><br>**Benjamin C. Mann**<br>**536 NE Negus Lp**<br>**Redmond, OR 97756** | | - | | | Refund | | | | 10.00 |
| Account No. **A14857**<br><br>**Benjamin R. Field**<br>**1227 SW 28th St.**<br>**Redmond, OR 97756** | | - | | | Refund | | | | 1.23 |
| Account No. **A5161**<br><br>**Beth A. Hamilton**<br>**936 NE Stoneridge Loop**<br>**Prineville, OR 97754** | | - | | | Refund | | | | 64.20 |
| Account No. **A22909**<br><br>**Bethany Y. Hammack**<br>**847 C Ave**<br>**Terrebonne, OR 97760** | | - | | | Refund | | | | 10.00 |
| Account No. **A18686**<br><br>**Betty L. Amis**<br>**4798 S. Briar Lane**<br>**Powell Butte, OR 97753** | | - | | | Refund | | | | 17.41 |

Sheet no. __11__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    102.84

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                              ,    Case No.    **08-34585**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A17531** <br><br> **Beverly J. Holliday** <br> **33041 Takena SW** <br> **Albany, OR 97321** | | - | Refund | | | | 2.02 |
| Account No. <br><br> **Bighorn Capital, Inc.** <br> **1734 SE Martin Luther King** <br> **Portland, OR** | | - | **Claim for Contract Lien recorded 5/12/06 as #200610633 to secure payment of promissory note. Legal description includes R4416CB-03600, 03601 and 03800  Lien also covers additional property owned by other entities/individuals** | X | X | X | 100,000.00 |
| Account No. **A15130** <br><br> **Bill E. Perkins** <br> **798 NW Locust St.** <br> **Prineville, OR 97754** | | - | Refund | | | | 30.00 |
| Account No. **A19362** <br><br> **Blanca P. Trejo** <br> **8193 SW Shad Road** <br> **Terrebonne, OR 97760** | | - | Refund | | | | 3.00 |
| Account No. **A13337** <br><br> **Bonnie L. Waite** <br> **856 E. Dutton** <br> **Eagle Point, OR 97524** | | - | Refund | | | | 1.92 |

Sheet no. _**12**_ of _**149**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **100,036.94**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                    ,    Case No.   **08-34585**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A15819**<br><br>**Brad A. Schantz**<br>**16315 S. Hattan Road**<br>**Oregon City, OR 97045** | | - | Refund | | | | 151.28 |
| Account No. **A17786**<br><br>**Bradley J. Perrine**<br>**3244 SW Lava Ave.**<br>**Redmond, OR 97756** | | - | Refund | | | | 5.00 |
| Account No. **A18026**<br><br>**Bradley K. Gordon**<br>**119 7th Ave.**<br>**San Francisco, CA 94118** | | - | Refund | | | | 154.00 |
| Account No. **A3483**<br><br>**Brandy B. Bruder**<br>**9715 SW Houston Lake Rd**<br>**Powell Butte, OR 97753** | | - | Refund | | | | 1.50 |
| Account No. **A15851**<br><br>**Brandy J. Gregory**<br>**1530 NW 101st**<br>**Redmond, OR 97756** | | - | Refund | | | | 7.64 |

Sheet no. __13__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

319.42

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Marshall Group, LLC**                                ,    Case No.    **08-34585**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A14083** <br><br> **Brett E. Hudson** <br> **67905 Cloverdale Rd.** <br> **Sisters, OR 97759** | - | | | | Refund | | | | 17.92 |
| Account No. **A10136** <br><br> **Brett L. Halderman** <br> **PO Box 1025** <br> **Sisters, OR 97759** | - | | | | Refund | | | | 15.00 |
| Account No. **A18379** <br><br> **Brian C. Neault** <br> **1421 SW Canyon** <br> **Redmond, OR 97756** | - | | | | Refund | | | | 20.00 |
| Account No. **A18899** <br><br> **Brian Hinman** <br> **14 Glen Ridge Ave.** <br> **Los Gatos, CA 95030** | - | | | | Refund | | | | 10.00 |
| Account No. **A16572** <br><br> **Brian L. Cooley** <br> **1332 NE 4th St.** <br> **Redmond, OR 97756** | - | | | | Refund | | | | 25.00 |

Sheet no. __14__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

87.92

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                    ,     Case No.   **08-34585**
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **A25561** <br><br> **Brittney E. Cain** <br> **2610 SW 23rd St** <br> **Redmond, OR 97756** | | - | | Refund | | | | **20.00** |
| Account No. **A19299** <br><br> **Bruce C. Fremont** <br> **7172 SE Wearherby Lp.** <br> **Prineville, OR 97754** | | - | | Refund | | | | **10.00** |
| Account No. <br><br> **Bullard Smith Jernstedt Wilson** <br> **1000 SW Broadway, Suite 1900** <br> **Portland, OR 97205** | | - | | Legal services | | | | **46,000.00** |
| Account No. **A10867** <br><br> **Byron W. Potter** <br> **3711 NW 21st St.** <br> **Redmond, OR 97756** | | - | | Refund | | | | **26.30** |
| Account No. **A24914** <br><br> **Calvan H. Hugie** <br> **1749 N Village Ct** <br> **Prineville, OR 97754** | | - | | Refund | | | | **10.00** |

Sheet no. __**15**__ of __**149**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **46,066.30**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __The Marshall Group, LLC_____,    Case No. ___08-34585_____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A14833** <br><br> Cami R. Sitsler <br> 17540 Plainview Rd. <br> Bend, OR 97701 | | - | | | Refund | | | | 6.90 |
| Account No. **A19400** <br><br> Candace N. Owen <br> PO Box 861 <br> Redmond, OR 97756 | | - | | | Refund | | | | 20.00 |
| Account No. <br><br> Cardinal Health <br> P.O. Box 100316 <br> Pasadena, CA 91189 | | - | | | Supplies | | | | 34,905.98 |
| Account No. **A18820** <br><br> Carol Gilbert <br> 4990 NE O'Neil Way <br> Redmond, OR 97756 | | - | | | Refund | | | | 77.00 |
| Account No. **A6377** <br><br> Carol Stewart <br> PO Box 451 <br> Pacific City, OR 97135 | | - | | | Refund | | | | 20.00 |

Sheet no. __16__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,029.88

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC** _____,   Case No. ____**08-34585**_____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A4117** <br><br> **Carolyn E. Stallings** <br> **2425 SW Yew** <br> **Redmond, OR 97756** | | - | Refund | | | | 10.00 |
| Account No. <br><br> **Cascade Natural Gas** <br> **PO Box 34344** <br> **Seattle, WA 98124-1344** | | - | **August/Sept. 2008** <br> **Redmond. Natural gas service.** | | | | 106.07 |
| Account No. **A19825** <br><br> **Casey J. King** <br> **1939 NW Larch Spur Ct.** <br> **Redmond, OR 97756** | | - | Refund | | | | 10.00 |
| Account No. **A21418** <br><br> **Casey L. Jadlon** <br> **3811 NW Gerke Rd.** <br> **Prineville, OR 97754** | | - | Refund | | | | 1.00 |
| Account No. **A10573** <br><br> **Casey R. Moore** <br> **722 S Ash St.** <br> **Sisters, OR 97759** | | - | Refund | | | | 25.00 |

Sheet no. __**17**__ of __**149**__ sheets attached to Schedule of                           Subtotal                                    152.07
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Marshall Group, LLC**                                          ,    Case No.    **08-34585**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A21780** | | | | | Refund | | | | |
| Cassandra D. Godwin 908 SE Loren Lane Toledo, OR 97391 | | - | | | | | | | 15.00 |
| Account No. **A26692** | | | | | Refund | | | | |
| Catherine A. Morris 9292 SW Meadow Rd Crooked River Ranch, OR 97760 | | - | | | | | | | 10.00 |
| Account No. **A8532** | | | | | Refund | | | | |
| Catherine A. Savage PO Box 189 South Beach, OR 97366 | | - | | | | | | | 20.00 |
| Account No. **A14181** | | | | | Refund | | | | |
| Catherine A. Slatic 961 Finnell Way Placentia, CA 92870 | | - | | | | | | | 89.50 |
| Account No. **A18539** | | | | | Refund | | | | |
| Catherine M. Valenzuela 1334 SE 43rd Ave. Lincoln City, OR 97367 | | - | | | | | | | 150.84 |

Sheet no. __18__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **285.34**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                          ,    Case No. __**08-34585**__
                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A18099**<br><br>Cathleen M. Sherland<br>14549  86th Pl. NE<br>Kenmore, WA 98028 | | - | Refund | | | | 13.33 |
| Account No. **A15376**<br><br>Cecil J. Ghan<br>12941 Cinder Dr.<br>Terrebonne, OR 97760 | | - | Refund | | | | 17.17 |
| Account No. **A16481**<br><br>Chandra K. Biggs<br>3038 NW 8th St.<br>Redmond, OR 97756 | | - | Refund | | | | 5.00 |
| Account No.<br><br>Charese A. Rohny<br>Charese Rohny Law Office<br>1515 SW 5th Ave., Suite 1010<br>Portland, OR 97201 | | - | Precautionary.  Attorney for Jeannie Williams | | | | 0.00 |
| Account No. **A12951**<br><br>Charie Bray<br>PO Box 189<br>Powell Butte, OR 97753 | | - | Refund | | | | 3.16 |

Sheet no. __**19**__ of __**149**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **38.66**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                    ,   Case No.   **08-34585**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **A14693** <br><br> **Charles Gatwood** <br> **5105 Forest Creek Rd.** <br> **OR 97606** | | - | | | Refund | | | | 25.00 |
| Account No. <br><br> **Charles Winter** <br> **1828 Shimo Yamagnchi Hayama Machi** <br> **Kana Gawa Ken, JAPAN** | | - | | | Loan | | | | 1,500,000.00 |
| Account No. **A1987** <br><br> **Charlotte A. Amburn** <br> **10170 NE 1st St.** <br> **Terrebonne, OR 97760** | | - | | | Refund | | | | 102.00 |
| Account No. **A14872** <br><br> **Charlotte A. Symons** <br> **1345 Majestic Rock Dr.** <br> **Terrebonne, OR 97760** | | - | | | Refund | | | | 16.99 |
| Account No. **A3567** <br><br> **Chassie L. Walker** <br> **7370 SW Poplar Dr** <br> **Redmond, OR 97756** | | - | | | Refund | | | | 5.17 |

Sheet no. __20__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **1,500,149.16**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**
_____,
                           Debtor

Case No. ____**08-34585**____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A6113**<br><br>**Chelsea D. Guyer**<br>**1819 NE Surf Ave.**<br>**Lincoln City, OR 97367** | | - | Refund | | | | 4.43 |
| Account No. **A23473**<br><br>**Chelsea M. Schmidt**<br>**7944 Sama LP #1**<br>**Bend, OR 97701** | | - | Refund | | | | 10.00 |
| Account No.<br><br>**Cherrel Stephens dba HCMA**<br>**PO Box 1770**<br>**Redmond, OR 97756** | | - | Precautionary. | X | X | X | 0.00 |
| Account No. **A26389**<br><br>**Chris Rycewicz**<br>**1211 Baynerry Rd**<br>**Lake Oswego, OR 97034** | | - | Refund | | | | 160.90 |
| Account No. **A6178**<br><br>**Christi J. Vogt**<br>**6033 SE Riordan Rd**<br>**Prineville, OR 97754** | | - | Refund | | | | 1.92 |

Sheet no. __**21**__ of __**149**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

177.25

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Marshall Group, LLC**                                    ,    Case No.   **08-34585**
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **A12719**<br><br>Christina A. Barnes<br>2233 SW 29th St.<br>Redmond, OR 97756 | | - | | | Refund | | | | 10.00 |
| Account No. **A12004**<br><br>Christine M. Becerra<br>72452 Julia Way<br>Thousand Palms, CA 92276 | | - | | | Refund | | | | 82.00 |
| Account No. **A8041**<br><br>Christine M. Danner<br>PO Box 186<br>Neotsu, OR 97364 | | - | | | Refund | | | | 25.00 |
| Account No. **A18908**<br><br>Christine M. Tomlin<br>3475 SW Lava Ave.<br>Redmond, OR 97756 | | - | | | Refund | | | | 10.00 |
| Account No. **A2704**<br><br>Christopher J. Mueller<br>2850 SW Volcano Cir<br>Redmond, OR 97756 | | - | | | Refund | | | | 23.49 |

Sheet no. __22__ of __149__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**150.49**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Marshall Group, LLC**                                                  Case No.    **08-34585**
                                                                    ,
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **A25517** <br><br> **Christy F. Pilon** <br> **2929 SW Volcano** <br> **Redmond, OR 97756** | | - | | Refund | | | | 15.00 |
| Account No. <br><br> **CIDA** <br> **4445 SW Barbur Blvd., Suite 200** <br> **Portland, OR 97239** | | - | | **Professional services for Marshall Bldg. State Farm $13,495.67** <br> **Professional services for Bella Casa $5,479.45** | | | | 18,975.12 |
| Account No. **A26912** <br><br> **Cindy L. Salter** <br> **1515 NW Fir #31** <br> **Redmond, OR 97756** | | - | | Refund | | | | 10.00 |
| Account No. **A12601** <br><br> **Cindy M. Batease** <br> **PO Box 135** <br> **Mount Vernon, OR 97865** | | - | | Refund | | | | 28.40 |
| Account No. <br><br> **City of Redmond** <br> **PO Box 577** <br> **Redmond, OR 97756-0131** | | - | | **August/Sept. 2008** <br> **Redmond.  Water and sewer.** | | | | 836.27 |

Sheet no. __**23**__ of __**149**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **19,864.79**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**The Marshall Group, LLC**_____,    Case No. ____**08-34585**_____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A24986** | | | Refund | | | | |
| **Claire Holmes** **921 Hastings Dr.** **Concord, CA 94518** | | - | | | | | 56.00 |
| Account No. **A12884** | | | Refund | | | | |
| **Clarence E. Treadway** **HC 71 Box 30** **Maupin, OR 97037** | | - | | | | | 6.65 |
| Account No. **A2605** | | | Refund | | | | |
| **Claudia W. Leonard** **980 NW 95th St** **Redmond, OR 97756** | | - | | | | | 2.30 |
| Account No. **A2850** | | | Refund | | | | |
| **Clayton R. Johnson** **908 NW Quince Pl** **Redmond, OR 97756** | | - | | | | | 20.76 |
| Account No. **A18720** | | | Refund | | | | |
| **Clear Choice** **PO Box 91057** **Seattle, WA 98111** | | - | | | | | 48.61 |

Sheet no. __**24**__ of __**149**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        134.32

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC** _____ ,   Case No. ___**08-34585**_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A19888** | | | Refund | | | | |
| **Clear Choice** **PO Box 91057** **Seattle, WA 98111** | | - | | | | | 113.10 |
| Account No. **A22797** | | | Refund | | | | |
| **Clear Choice** **PO Box 7619** **Bend, OR 97708** | | - | | | | | 134.00 |
| Account No. **A13589** | | | Refund | | | | |
| **Clifford Ball** **8100 Oak Ave.** **Roseville, CA 95747** | | - | | | | | 174.00 |
| Account No. **A15098** | | | Refund | | | | |
| **Clinton J. Dunne** **565 NW 5th St.** **Prineville, OR 97754** | | - | | | | | 10.71 |
| Account No. **A8604** | | | Refund | | | | |
| **Coho** **Samaritan Healthcare** **PO Box 1310** **Corvallis, OR 97330** | | - | | | | | 71.80 |

Sheet no. __**25**__ of __**149**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

503.61

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                          ,    Case No.    **08-34585**
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A10152**  COIHS PO Box 5729 Bend, OR 97708 | | - | | | Refund | | | | 16.78 |
| Account No. **A4124**  COIHS PO Box 5729 Bend, OR 97708 | | - | | | Refund | | | | 69.52 |
| Account No. **A534**  COIHS PO Box 5729 Bend, OR 97708 | | - | | | Refund | | | | 51.41 |
| Account No. **A553**  COIHS PO Box 5729 Bend, OR 97708 | | - | | | Refund | | | | 113.42 |
| Account No. **A596**  COIHS PO Box 5729 Bend, OR 97708 | | - | | | Refund | | | | 103.09 |

Sheet no. __26__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          354.22

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                      ,        Case No.   **08-34585**
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Colin Gregory** <br> **1955 NE Cumulus Avenue** <br> **Mcminnville, OR 97128** | | - | | | **Loan** | | | | 100,000.00 |
| Account No.  **A18291** <br><br> **Colleen L. Templin** <br> **6602 SE Manning Ln.** <br> **Prineville, OR 97754** | | - | | | **Refund** | | | | 4.23 |
| Account No.  **A20723** <br><br> **Collen G. Grabar** <br> **3717 Cascade Vista Dr.** <br> **Redmond, OR 97756** | | - | | | **Refund** | | | | 20.00 |
| Account No.  **A21743** <br><br> **Comfort Suites** <br> **dba Vesta Hospitality** <br> **2243 SW Yew Avenue** <br> **Redmond, OR 97756** | | - | | | **Refund** | | | | 5.50 |
| Account No.  **A25046** <br><br> **Connie C. Munkres** <br> **3338 SW 35th St** <br> **Redmond, OR 97756** | | - | | | **Refund** | | | | 10.00 |

Sheet no. __27__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

100,039.73

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Marshall Group, LLC** ,  Case No.  **08-34585**
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.  **A14116** | | | | | Refund | | | | |
| **Consolidated** **PO Box 1400** **Portland, OR 97207-1400** | | - | | | | | | | 133.84 |
| Account No.  **A18021** | | | | | Refund | | | | |
| **Corrie E. Maxstadt** **2906 SW Juniper Ave.** **Redmond, OR 97756** | | - | | | | | | | 10.00 |
| Account No.  **A23165** | | | | | Refund | | | | |
| **Craig C Campbell** **2610 SW 23rd St** **Redmond, OR 97756** | | - | | | | | | | 10.00 |
| Account No.  **A15685** | | | | | Refund | | | | |
| **Craig C. Rosenberg** **5734 Elkhorn** **Terrebonne, OR 97760** | | - | | | | | | | 27.90 |
| Account No.  **A13053** | | | | | Refund | | | | |
| **Crawford & Co.** **12725 SW 66th, No. 207** **Portland, OR 97223** | | - | | | | | | | 97.00 |

Sheet no. __28__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

278.74

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Marshall Group, LLC**                                    ,    Case No.    **08-34585**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A455**<br><br>Crawford & Co.<br>12725 SW 66th #207<br>Portland, OR 97223 | | - | | | Refund | | | | 299.00 |
| Account No. **A17087**<br><br>Curtis G. Williams<br>PO Box 2135<br>Redmond, OR 97756 | | - | | | Refund | | | | 15.00 |
| Account No. **A21018**<br><br>Cy Smith<br>1635 Hillwood Ct. S<br>Salem, OR 97302 | | - | | | Refund | | | | 182.00 |
| Account No. **A2255**<br><br>Dan C. Bezdek<br>8189 Morning Glory<br>Terrebonne, OR 97760 | | - | | | Refund | | | | 29.19 |
| Account No. **A3326**<br><br>Danice K. Zinn<br>3501 SW 35th Pl<br>Redmond, OR 97756 | | - | | | Refund | | | | 25.40 |

Sheet no. __29__ of __149__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **550.59**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                      ,   Case No.   **08-34585**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A11403** <br><br> **Daniel A. Root** <br> **3437 NW Elm Ave.** <br> **Redmond, OR 97756** | | - | Refund | | | | 160.89 |
| Account No. **A18113** <br><br> **Daniel S. Butler** <br> **3296 Elm Lane** <br> **Madras, OR 97741** | | - | Refund | | | | 10.00 |
| Account No. **A12798** <br><br> **Daniel S. Ream** <br> **722 NE Robin Pl.** <br> **Prineville, OR 97754** | | - | Refund | | | | 3.16 |
| Account No. **A5917** <br><br> **Danny D. Davidson** <br> **3148 SW Indian Pl** <br> **Redmond, OR 97756** | | - | Refund | | | | 156.16 |
| Account No. **A13703** <br><br> **Darlene L. Netzer** <br> **9105 NE 13th St.** <br> **Vancouver, WA 98664** | | - | Refund | | | | 9.47 |

Sheet no. __30__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

339.68

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Marshall Group, LLC**                                                    Case No.    **08-34585**
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **A26017** <br><br> **Daryl A Santella** <br> **44476 Hazel Canyon Ln** <br> **Palm Desert, CA 92260** | | - | | Refund | | | | 142.00 |
| Account No. **A19232** <br><br> **David C. Elliott** <br> **PO Box 552** <br> **Neotsu, OR 97364** | | - | | Refund | | | | 20.00 |
| Account No. **A25411** <br><br> **David C. Lemke** <br> **62270 Powell Butte Hwy** <br> **Bend, OR 97701** | | - | | Refund | | | | 20.00 |
| Account No. <br><br> **David E. Mazzocco** <br> **975 SE Sandy Blv., Suite 101** <br> **Portland, OR 97214** | | - | | Loan | | | | 2,500,000.00 |
| Account No. **A370** <br><br> **David J. Quiett** <br> **2846 SW 37th Ct** <br> **Redmond, OR 97756** | | - | | Refund | | | | 120.00 |

Sheet no. __31__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,500,302.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __The Marshall Group, LLC_____,  Case No. ____08-34585_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A20857** <br><br> **David L. Knapp** <br> **PO Box 2232** <br> **Redmond, OR 97756** | | - | Refund | | | | 33.20 |
| Account No. **A16234** <br><br> **David L. Pallmer** <br> **1248 SW 17th, Apt. 23** <br> **Redmond, OR 97756** | | - | Refund | | | | 10.00 |
| Account No. **A11527** <br><br> **David L. Smith** <br> **2837 SW Volcano Ct.** <br> **Redmond, OR 97756** | | - | Refund | | | | 26.03 |
| Account No. **A2077** <br><br> **David R. Miller** <br> **PO Box 544** <br> **Toledo, OR 97391** | | - | Refund | | | | 9.78 |
| Account No. **A13252** <br><br> **David R. Nygaard** <br> **1144 SW 32nd Court** <br> **Redmond, OR 97756** | | - | Refund | | | | 52.00 |

Sheet no. __32__ of __149__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

131.01

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                  ,          Case No.    **08-34585**
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **A11812**<br><br>**David R. Putnam**<br>**3437 SW Canal**<br>**Redmond, OR 97756** | | - | | **Refund** | | | | **112.00** |
| Account No. **A4615**<br><br>**David T. Leja**<br>**139 Hazelbrook Dr.**<br>**Salem, OR 97303** | | - | | **Refund** | | | | **10.00** |
| Account No. **A5266**<br><br>**David Williamson**<br>**205 Howard Ave.**<br>**Burlingame, CA 94010** | | - | | **Refund** | | | | **5.67** |
| Account No. **A20685**<br><br>**Davion L. Leese**<br>**669 NW 24th St.**<br>**Redmond, OR 97756** | | - | | **Refund** | | | | **52.91** |
| Account No.<br><br>**Davis Wright et al**<br>**1300 SW Fifth Ave., Suite 2300**<br>**Portland, OR 97201-5682** | | - | | **Legal services.** | | | | **11,048.64** |

Sheet no. __33__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,229.22**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __The Marshall Group, LLC_____,    Case No. ___08-34585_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **A3736**<br><br>**Deana M. Bier**<br>**37 SE Mckinley Ave #1**<br>**Bend, OR 97702** | | - | | | Refund | | | | 3.00 |
| Account No. **A22236**<br><br>**Debbie A. Roe**<br>**5170 SW Wickiup Ave.**<br>**Redmond, OR 97756** | | - | | | Refund | | | | 20.00 |
| Account No. **A16030**<br><br>**Debbie L. Parret**<br>**20640 Couples Ln**<br>**Bend, OR 97702** | | - | | | Refund | | | | 15.00 |
| Account No. **A2565**<br><br>**Deborah C. Bales**<br>**415 NW 54th Place**<br>**Newport, OR 97365** | | - | | | Refund | | | | 25.32 |
| Account No. **A22253**<br><br>**Debra K. Russel**<br>**2601 NW Cedar Ave.**<br>**Redmond, OR 97756** | | - | | | Refund | | | | 40.00 |

Sheet no. __34__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

103.32

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                    ,        Case No.    **08-34585**
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A7984**<br><br>Debra L. Erickson<br>18572 SW Whiteoak Lane<br>Beaverton, OR 97007 | - | | | | Refund | | | | 25.00 |
| Account No. **A12875**<br><br>Debra S. Boone<br>PO Box 338<br>Pacific City, OR 97135 | - | | | | Refund | | | | 20.00 |
| Account No. **A12307**<br><br>Denise A. Walker<br>7370 NW Poplar Dr.<br>Redmond, OR 97756 | - | | | | Refund | | | | 77.00 |
| Account No. **A12999**<br><br>Denise L. Hudson<br>3114 SW Quartz Pl.<br>Redmond, OR 97756 | - | | | | Refund | | | | 25.00 |
| Account No. **A17469**<br><br>Derek E. Chamberlin<br>3960 NW Way<br>Redmond, OR 97756 | - | | | | Refund | | | | 20.00 |

Sheet no. __35__ of __149__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **167.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                    ,   Case No. ___**08-34585**___
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A21455**<br><br>**Deverne Adamson**<br>**64960 Valeview Dr.**<br>**Bend, OR 97701** | | - | Refund | | | | 5.00 |
| Account No. **A18153**<br><br>**Diana G. Frutos**<br>**PO Box 423**<br>**Madras, OR 97741** | | - | Refund | | | | 3.00 |
| Account No. **A1509**<br><br>**Diana L. Carrington**<br>**2554 NW 8th St.**<br>**Redmond, OR 97756** | | - | Refund | | | | 10.00 |
| Account No. **A19032**<br><br>**Diane J. Hansen**<br>**3637 SW Xero Way**<br>**Redmond, OR 97756** | | - | Refund | | | | 233.58 |
| Account No. **A3620**<br><br>**Diane W. Bohle**<br>**655 NE Ochoco Ave**<br>**Prineville, OR 97754** | | - | Refund | | | | 82.95 |

Sheet no. __**36**__ of __**149**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    334.53

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                          ,    Case No.   **08-34585**
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A13747** <br><br> **Dianne M. Link** <br> **3609 N. 49th St.** <br> **Milwaukee, WI 53216** | | - | Refund | | | | 20.00 |
| Account No. **A4307** <br><br> **Donald J. Fahlgren** <br> **11910 NW 43rd St** <br> **Terrebonne, OR 97760** | | - | Refund | | | | 81.48 |
| Account No. **A11821** <br><br> **Donald L. Jones** <br> **1519 NW Spruce Ave.** <br> **Redmond, OR 97756** | | - | Refund | | | | 50.00 |
| Account No. **A16224** <br><br> **Donald R. Rogers** <br> **6300 SW Canal Rd** <br> **Redmond, OR 97756** | | - | Refund | | | | 15.00 |
| Account No. **A5854** <br><br> **Donald T. Hicks** <br> **713 Sunset Way** <br> **Dayton, NV 89403** | | - | Refund | | | | 20.00 |

Sheet no. __37__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    186.48

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                                    ,   Case No.   **08-34585**
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A10471** <br><br> **Donita A. Thompson** <br> **1516 SW Pumice Ave.** <br> **Redmond, OR 97756** | | - | | | Refund | | | | 10.00 |
| Account No. **A3337** <br><br> **Donna J. Fox** <br> **66844 Central St** <br> **Bend, OR 97701** | | - | | | Refund | | | | 20.00 |
| Account No. **A13509** <br><br> **Donna K. Debo** <br> **2249 SW Metolious Ave.** <br> **Redmond, OR 97756** | | - | | | Refund | | | | 25.99 |
| Account No. **A12273** <br><br> **Dora L. French** <br> **8806 Omar Ct.** <br> **Elk Grove, CA 95758** | | - | | | Refund | | | | 10.00 |
| Account No. **A27330** <br><br> **Dorene A. Lawrence** <br> **224 SW Rimrock Dr. #49** <br> **Redmond, OR 97756** | | - | | | Refund | | | | 10.00 |

Sheet no. __**38**__ of __**149**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **75.99**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Marshall Group, LLC**                                              ,          Case No.  **08-34585**
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A16568** <br><br> **Douglas D. Holdorf** <br> **7810 NE Emerson** <br> **OR 97241** | - | | Refund | | | | 0.00 |
| Account No. **A5491** <br><br> **Douglas J. Siegle** <br> **1961 NW Nickernut** <br> **Redmond, OR 97756** | - | | Refund | | | | 10.65 |
| Account No. **A4483** <br><br> **Earl G. Adams** <br> **1629 Manhattan Blvd.** <br> **Hermosa Beach, CA 90254** | - | | Refund | | | | 244.15 |
| Account No. **A389** <br><br> **Eberhards Dairy** <br> **PO Box 845** <br> **Redmond, OR 97756** | - | | Refund | | | | 45.00 |
| Account No. **A5143** <br><br> **EBMS/Providence** <br> **PO Box 3125** <br> **Portland, OR 97208** | - | | Refund | | | | 113.96 |

Sheet no. __**39**__ of __**149**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **413.76**

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Marshall Group, LLC** ,    Case No.    **08-34585**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **A26341** | | | | Refund | | | | |
| **Eddy Hankins** **6007 Landon Dr.** **Amarillo, TX 79119** | - | | | | | | | 182.00 |
| Account No. **A26494** | | | | Refund | | | | |
| **Edward Pace** **1864 SW Salmon Ave** **Redmond, OR 97756** | - | | | | | | | 15.00 |
| Account No. **A18598** | | | | Refund | | | | |
| **Elizabeth A. Boisineau** **1335 NW 9th** **Redmond, OR 97756** | - | | | | | | | 90.85 |
| Account No. **A4872** | | | | Refund | | | | |
| **Elizabeth D. Peters** **2042 NE Elk St** **Prineville, OR 97754** | - | | | | | | | 3.00 |
| Account No. **A14309** | | | | Refund | | | | |
| **Elizabeth M. Bluhm** **705 NE Larch Ave.** **Redmond, OR 97756** | - | | | | | | | 10.00 |

Sheet no. __**40**__ of __**149**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **300.85**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**
                                                                              ,   Case No.   **08-34585**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **A16778** | | | | Refund | | | | |
| Elizabeth M. Swayne 998 NW 12th St. Prineville, OR 97754 | - | | | | | | | 10.00 |
| Account No. **A5492** | | | | Refund | | | | |
| Elsie E. Long PO Box 541 Terrebonne, OR 97760 | - | | | | | | | 18.38 |
| Account No. **A10600** | | | | Refund | | | | |
| Emily Kowalchuk 3685 SW Hillcrest Ct. Redmond, OR 97756 | - | | | | | | | 3.94 |
| Account No. **A1258** | | | | Refund | | | | |
| Emily R. Milano 4656 NE 45th St. Redmond, OR 97756 | - | | | | | | | 49.00 |
| Account No. **A23086** | | | | Refund | | | | |
| Emma D. Muffenbier 1515 NW Fir St Redmond, OR 97756 | - | | | | | | | 15.00 |

Sheet no. __41__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**96.32**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __The Marshall Group, LLC_____,    Case No. ____08-34585_____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A3011**<br><br>**Erain M. Scaggs**<br>**3609 SW Hillcreast Dr.**<br>**Redmond, OR 97756** | | - | Refund | | | | 9.54 |
| Account No. **A21946**<br><br>**Eric W. Bost**<br>**636 NE Apache Cr**<br>**Redmond, OR 97756** | | - | Refund | | | | 20.00 |
| Account No. **A17336**<br><br>**Eric Weybright**<br>**2833 SW 21st St.**<br>**Redmond, OR 97756** | | - | Refund | | | | 10.00 |
| Account No. **A25977**<br><br>**Erin Gailey**<br>**2006 42nd Ave East**<br>**Seattle, WA 98112** | | - | Refund | | | | 179.45 |
| Account No. **A10844**<br><br>**Erin L. Culley**<br>**2036 SW Salmon Ave.**<br>**Redmond, OR 97756** | | - | Refund | | | | 10.00 |

Sheet no. __42__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

228.99

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                              ,   Case No. ___**08-34585**___
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A16449** <br><br> **Esther L. Preston** <br> **1805 SW 26th St.** <br> **Redmond, OR 97756** | | - | Refund | | | | 30.00 |
| Account No. <br><br> **Farnham Electric Co.** <br> **1050 LaFayette Ave.** <br> **Mcminnville, OR 97128** | | - | Demolition | | | | 60,397.61 |
| Account No. **A21769** <br><br> **Feodor Kasachev** <br> **2995 Molalla Road** <br> **Woodburn, OR 97071** | | - | Refund | | | | 2.78 |
| Account No. **A5934** <br><br> **Fortunata Baza** <br> **2855 SW Quartz Ave** <br> **Redmond, OR 97756** | | - | Refund | | | | 2.00 |
| Account No. **A27082** <br><br> **Fran W. Derock** <br> **2857 NW 8th St** <br> **Redmond, OR 97756** | | - | Refund | | | | 15.00 |

Sheet no. __**43**__ of __**149**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **60,447.39**

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                          ,      Case No. ___**08-34585**___
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A12906**<br><br>**Gabriel D. Walker**<br>**PO Box 713**<br>**Warm Springs, OR 97761** | | - | Refund | | | | 10.00 |
| Account No. **A15341**<br><br>**Gaby E. Najera**<br>**1538 SW 33rd St.**<br>**Redmond, OR 97756** | | - | Refund | | | | 25.00 |
| Account No. **A11298**<br><br>**Gallagher**<br>**PO Box 23812**<br>**Tucson, AZ 85734** | | - | Refund | | | | 95.08 |
| Account No. **A14681**<br><br>**Gary Hatfield**<br>**21975 Katie Dr.**<br>**Bend, OR 97701** | | - | Refund | | | | 56.00 |
| Account No. **A5912**<br><br>**Gary M. Moore**<br>**21215 Young Ave**<br>**Bend, OR 97701** | | - | Refund | | | | 1.69 |

Sheet no. __**44**__ of __**149**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                187.77

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Marshall Group, LLC**                                             ,    Case No.    **08-34585**
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A5786** | | | Refund | | | | |
| **GEHA** **PO Box 4665** **Independence, MO 64051** | | - | | | | | |
| | | | | | | | 58.09 |
| Account No. **A5880** | | | Refund | | | | |
| **Genice D. Holley-Pearson** **2650 SW Obsidian** **Redmond, OR 97756** | | - | | | | | |
| | | | | | | | 21.73 |
| Account No. **A21950** | | | Refund | | | | |
| **Geofrey P. Reck** **1323 Hawthorne St.** **Forest Grove, OR 97116** | | - | | | | | |
| | | | | | | | 2.19 |
| Account No. **A15200** | | | Refund | | | | |
| **George G. Harris** **70345 McKenzie Canyon Rd.** **Terrebonne, OR 97760** | | - | | | | | |
| | | | | | | | 11.11 |
| Account No. **A11010** | | | Refund | | | | |
| **Gerald F. Corwin** **1029 SW 14th St.** **Redmond, OR 97756** | | - | | | | | |
| | | | | | | | 40.00 |

Sheet no. __45__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

133.12

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                          ,        Case No.   **08-34585**
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A12306** <br><br> **Gerald Gassler** <br> **2365 NW 21st St.** <br> **Redmond, OR 97756** | | - | Refund | | | | 5.00 |
| Account No. **A16487** <br><br> **Gerald M. Chaulet** <br> **2962 SW Juniper Ave.** <br> **Redmond, OR 97756** | | - | Refund | | | | 3.00 |
| Account No. **A14051** <br><br> **Gerald M. McCool** <br> **PO Box 24** <br> **Terrebonne, OR 97760** | | - | Refund | | | | 44.41 |
| Account No. **A753** <br><br> **Geraldine Bellerby** <br> **3480 NW Marine Drive** <br> **Lincoln City, OR 97367** | | - | Refund | | | | 40.00 |
| Account No. **A21075** <br><br> **Gina D. Kerzman** <br> **2338 SW 29th St.** <br> **Redmond, OR 97756** | | - | Refund | | | | 70.00 |

Sheet no. **46** of **149** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**162.41**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                    ,    Case No.   **08-34585**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **A3632**<br><br>Glen L. Moulton<br>834 NE Nickernut Ave<br>Redmond, OR 97756 | | - | | Refund | | | | 25.40 |
| Account No. **A15667**<br><br>Greg A. Jorgenson<br>20358 Mahsie Circle<br>Bend, OR 97702 | | - | | Refund | | | | 10.00 |
| Account No. **A14704**<br><br>Hans J. Huffman<br>302 SW 7th St.<br>Troutdale, OR 97060 | | - | | Refund | | | | 85.00 |
| Account No. **A1889**<br><br>Harvey F. Rohde<br>2633 SW Obsidian, No. 40<br>Redmond, OR 97756 | | - | | Refund | | | | 16.67 |
| Account No. **A12599**<br><br>Healthnet<br>PO Box 14130<br>Lexington, KY 40512 | | - | | Refund | | | | 167.00 |

Sheet no. __47__ of __149__ sheets attached to Schedule of                          Subtotal                304.07
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                    ,   Case No.   __08-34585__
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A21009**<br><br>**Healthnet**<br>**PO Box 14703**<br>**Lexington, KY 40512-4703** | | - | | | Refund | | | | 34.17 |
| Account No. **A11764**<br><br>**Healthnet Provider Refund**<br>**PO Box 14130**<br>**Lexington, KY 40512** | | - | | | Refund | | | | 121.68 |
| Account No. **A26030**<br><br>**Heather R Gregg**<br>**2745 SW Volcano Ct**<br>**Redmond, OR 97756** | | - | | | Refund | | | | 10.00 |
| Account No. **A12371**<br><br>**Heather T. Bondsteel**<br>**1898 NW Davidson Way**<br>**Terrebonne, OR 97760** | | - | | | Refund | | | | 1.36 |
| Account No. **A11480**<br><br>**Heidi Pate**<br>**2049 NW Ivy Place**<br>**Redmond, OR 97756** | | - | | | Refund | | | | 15.00 |

Sheet no. __48__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **182.21**

B6F (Official Form 6F) (12/07) - Cont.

In re __The Marshall Group, LLC_____,      Case No. ___08-34585_____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **A19924** | | | | Refund | | | | |
| Henry R. Wilson 740 SE Fairview St. Prineville, OR 97754 | | - | | | | | | 37.40 |
| Account No. **A10981** | | | | Refund | | | | |
| Howard L. McGuire 2731 NE Sugarpine Prineville, OR 97754 | | - | | | | | | 20.00 |
| Account No. **A15258** | | | | Refund | | | | |
| Ian Crawford PO Box 1936 Prineville, OR 97754 | | - | | | | | | 10.00 |
| Account No. **A1747** | | | | Refund | | | | |
| IdaMarie J. Settlemyer 8242 SW Copley Rd. Powell Butte, OR 97753 | | - | | | | | | 25.00 |
| Account No. | | | | Redmond. Telephone service (Aug/Sept 2008): $1,244.17 | | | | |
| Integra PO Box 34802 Seattle, WA 98124 | | - | | McMinnville. Telephone service (Sept. 2008): $315.00 | | | | 1,559.17 |

Sheet no. __49__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,651.57

B6F (Official Form 6F) (12/07) - Cont.

In re __The Marshall Group, LLC_____,   Case No. ___08-34585_____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **A15738**<br><br>**Iva M. Flack**<br>**1985 NW Joghua Ct.**<br>**Redmond, OR 97756** | | - | | | Refund | | | | 10.00 |
| Account No. **A20725**<br><br>**Jack D. Frison**<br>**PO Box 1535**<br>**Terrebonne, OR 97760** | | - | | | Refund | | | | 30.00 |
| Account No. **A13719**<br><br>**Jack M. Kennedy**<br>**8701 Crater Loop**<br>**Terrebonne, OR 97760** | | - | | | Refund | | | | 3.03 |
| Account No. **A4328**<br><br>**Jackie Abslag**<br>**2131 NW Elm Ave**<br>**Redmond, OR 97756** | | - | | | Refund | | | | 32.34 |
| Account No. **A4345**<br><br>**Jacklyn A. Quesenberry**<br>**1007 NW 35th St**<br>**Redmond, OR 97756** | | - | | | Refund | | | | 21.50 |

Sheet no. __50__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

96.87

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Marshall Group, LLC**                                             ,  Case No.    **08-34585**
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A18720** | | | | | Refund | | | | |
| Jacob Janzen 9223 SW Pamotma Rd. Terrebonne, OR 97760 | | - | | | | | | | 15.00 |
| Account No. **A14532** | | | | | Refund | | | | |
| James F. Phillips 7143 SW Onyx Rd. Prineville, OR 97754 | | - | | | | | | | 62.86 |
| Account No. **A12785** | | | | | Refund | | | | |
| James G. Trollier 11161 NW Nye Ave. Redmond, OR 97756 | | - | | | | | | | 3.14 |
| Account No. **A13321** | | | | | Refund | | | | |
| James I. Williams 10396 W. Irving Ct. Boise, ID 83704 | | - | | | | | | | 15.00 |
| Account No. **A13916** | | | | | Refund | | | | |
| James L. Axling 845 Victoria Falls Dr. Redmond, OR 97756 | | - | | | | | | | 15.00 |

Sheet no. __51__ of __149__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

111.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Marshall Group, LLC**                                              ,    Case No. ___**08-34585**___
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **A6116** <br><br> **James Paterson** <br> **1326 SW 16th St** <br> **Redmond, OR 97756** | | - | | | Refund | | | | 15.00 |
| Account No. **A11769** <br><br> **James R. Barnett** <br> **1922 SW 37th Street** <br> **Redmond, OR 97756** | | - | | | Refund | | | | 29.83 |
| Account No. **A17807** <br><br> **Jamie B. Pierce-Fangman** <br> **2141 NW Madras Hwy.** <br> **Prineville, OR 97754** | | - | | | Refund | | | | 7.69 |
| Account No. **A5160** <br><br> **Jane E. Joseph** <br> **1824 SE 23rd Ave** <br> **Portland, OR 97208** | | - | | | Refund | | | | 20.00 |
| Account No. **A494** <br><br> **Janet K. McCloughan** <br> **3202 NW Lamonta Rd** <br> **Prineville, OR 97754** | | - | | | Refund | | | | 10.00 |

Sheet no. __**52**__ of __**149**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                82.52

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                    ,      Case No. _____**08-34585**_____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A12340** | | | Refund | | | | |
| Janet L. Weathers<br>4591 SW Smith Lane<br>Culver, OR 97734 | | - | | | | | 1.96 |
| Account No. **A19619** | | | Refund | | | | |
| Janice H. Weiglein<br>PO Box 3433<br>Chico, CA 95927 | | - | | | | | 109.38 |
| Account No. **A12422** | | | Refund | | | | |
| Janice R. Gold<br>3744 SW Volcano Ave.<br>Redmond, OR 97756 | | - | | | | | 10.00 |
| Account No. **A19608** | | | Refund | | | | |
| Janna M. Limbert<br>PO Box 876<br>Siletz, OR 97380 | | - | | | | | 8.85 |
| Account No. **A3662** | | | Refund | | | | |
| Jasmine E. Thomas<br>2050 SW Timber Ave B-11<br>Redmond, OR 97756 | | - | | | | | 3.00 |

Sheet no. __**53**__ of __**149**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          133.19

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                    ,        Case No.   **08-34585**
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A18285** <br><br> **Jason W. Eastburn** <br> **4337 E. Morning Vista Lane** <br> **Cave Creek, AZ 85331** | | - | Refund | | | | **15.00** |
| Account No. **A13203** <br><br> **Jayne S. Oncea** <br> **2236 NW Ivy Ct.** <br> **Redmond, OR 97756** | | - | Refund | | | | **191.16** |
| Account No. **A16643** <br><br> **Jean E. Praefke** <br> **7955 SW Shad Rd.** <br> **Terrebonne, OR 97760** | | - | Refund | | | | **30.00** |
| Account No. **A16643** <br><br> **Jean E. Praefke** <br> **7955 SW Shad Rd.** <br> **Terrebonne, OR 97760** | | - | Refund | | | | **30.00** |
| Account No. **A19409** <br><br> **Jeane C. Hannen** <br> **470 Seagrove Loop** <br> **Lincoln City, OR 97367** | | - | Refund | | | | **30.00** |

Sheet no. __**54**__ of __**149**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**296.16**

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                      ,    Case No.    **08-34585**
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A15152** | | | - | | Refund | | | | |
| Jeanette I. Miller 63806 Hunters Circle Bend, OR 97701 | | | | | | | | | 10.00 |
| Account No. **A4943** | | | - | | Refund | | | | |
| Jeanie M. Traxtle 2856 SW Pumice Pl Redmond, OR 97756 | | | | | | | | | 10.00 |
| Account No. **A16822** | | | - | | Refund | | | | |
| Jeanne A. Watters 423 NW 6th St., No. 12 Redmond, OR 97756 | | | | | | | | | 25.00 |
| Account No. **A17783** | | | - | | Refund | | | | |
| Jeannette E. Ness 527 E. Maple St. Walla Walla, WA 99362 | | | | | | | | | 25.20 |
| Account No. **A13742** | | | - | | Refund | | | | |
| Jeannie D. Thomas 2050 SW Timber Ave., No. 1 Redmond, OR 97756 | | | | | | | | | 20.00 |

Sheet no. __55__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **90.20**

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                              ,        Case No.    **08-34585**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **A2699**<br><br>Jeannie L. Brown<br>1326 NW 19th St<br>Redmond, OR 97756 | | - | | | Refund | | | | 120.00 |
| Account No. **A6634**<br><br>Jeannie M. Murk<br>665 Crestline Dr.<br>Waldport, OR 97394 | | - | | | Refund | | | | 19.16 |
| Account No.<br><br>Jeannie Williams<br>c/o Charese A. Rohny<br>1515 SW 5th Avenue, Suite 1010<br>Portland, OR 97201 | | - | | | Settlement | | X | X | 66,000.00 |
| Account No. **A17101**<br><br>Jeff Tetz<br>134 NE Telima Lane<br>Bend, OR 97701 | | - | | | Refund | | | | 10.00 |
| Account No. **A18435**<br><br>Jeff W. McMillian<br>6125 SW Canal Blvd.<br>Redmond, OR 97756 | | - | | | Refund | | | | 20.24 |

Sheet no. __56__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

66,169.40

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                          ,    Case No.   **08-34585**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A23772**<br><br>Jefferey L. Nash<br>3113 SW Metolius Pl<br>Redmond, OR 97756 | | - | | | Refund | | | | 20.00 |
| Account No. **A12455**<br><br>Jeffrey A. Ingelse<br>65880 93rd Street<br>Bend, OR 97701 | | - | | | Refund | | | | 77.00 |
| Account No. **A13146**<br><br>Jeffrey G. Stevens<br>1947 NW Poplar Ave.<br>Redmond, OR 97756 | | - | | | Refund | | | | 47.12 |
| Account No. **A19731**<br><br>Jeffrey O. Ladd<br>518 NE O'Neil<br>Redmond, OR 97756 | | - | | | Refund | | | | 130.10 |
| Account No. **A13036**<br><br>Jenea D. Cardwell<br>2940 SW 24th Ct.<br>Redmond, OR 97756 | | - | | | Refund | | | | 32.30 |

Sheet no. __**57**__ of __**149**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                306.52

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __The Marshall Group, LLC_____,    Case No. ___08-34585_____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **A17590** <br><br> Jeneen R. Boren <br> 5981 SW 58th St. <br> Redmond, OR 97756 | | - | | | Refund | | | | 90.29 |
| Account No. **A16989** <br><br> Jenna M. McFarlane <br> PO Box 419 <br> Redmond, OR 97756 | | - | | | Refund | | | | 92.72 |
| Account No. **A20180** <br><br> Jennifer A. Whitmeyer <br> 1321 NE Rosemont <br> Prineville, OR 97754 | | - | | | Refund | | | | 10.00 |
| Account No. **A14156** <br><br> Jennifer D. Burns <br> 9010 NE Crooked River <br> Terrebonne, OR 97760 | | - | | | Refund | | | | 50.00 |
| Account No. **A14266** <br><br> Jennifer J. Rivard <br> 832 SE 6th <br> Bend, OR 97702 | | - | | | Refund | | | | 30.00 |

Sheet no. __58__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

273.01

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Marshall Group, LLC** _____,    Case No. ____**08-34585**_____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A5661** | | | Refund | | | | |
| Jennifer K. Petitmermet PO Box 653 Lincoln City, OR 97367 | | - | | | | | 9.00 |
| Account No. **A12521** | | | Refund | | | | |
| Jennifer L. Shaver 421 NE Larch Place Redmond, OR 97756 | | - | | | | | 79.99 |
| Account No. **A18802** | | | Refund | | | | |
| Jennifer R. Dent PO Box 130 Redmond, OR 97756 | | - | | | | | 10.00 |
| Account No. **A21794** | | | Refund | | | | |
| Jennifer R. Harrison 2760 NE Reef Lincoln City, OR 97367 | | - | | | | | 20.00 |
| Account No. **A23463** | | | Refund | | | | |
| Jenny L. Carleton 2002 SW Canyon #13 Redmond, OR 97756 | | - | | | | | 3.00 |

Sheet no. __**59**__ of __**149**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

121.99

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                    ,       Case No.   **08-34585**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **A24422** | | - | | | Refund | | | | |
| Jeremy M. Roach 5063 S HWY 96#57 Redmond, OR 97756 | | | | | | | | | 25.00 |
| Account No. **A16245** | | - | | | Refund (Redmond) | | | | |
| Jerry L. Walker 2349 NW 19th St. | | | | | | | | | 72.88 |
| Account No. **A10094** | | - | | | Refund | | | | |
| Jessica C. Siler 2231 SW 34th St. Redmond, OR 97756 | | | | | | | | | 24.30 |
| Account No. **A22669** | | - | | | Refund | | | | |
| Jessica L. Slocum 720 NW 10th St. Prineville, OR 97754 | | | | | | | | | 10.00 |
| Account No. **A14438** | | - | | | Refund | | | | |
| Jessie L. Kiefer 13976 SW Ridge Pl. Terrebonne, OR 97760 | | | | | | | | | 22.36 |

Sheet no. __60__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        154.54

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                            ,   Case No.    **08-34585**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A24942** | | - | | | Refund | | | | |
| Jewel Spruell 12471 SW Cinder Crooked River Ranch, OR 97760 | | | | | | | | | 5.00 |
| Account No. **A17741** | | - | | | Refund | | | | |
| Jill E. Ward 139 SW 26th Redmond, OR 97756 | | | | | | | | | 1.60 |
| Account No. **A14122** | | - | | | Refund | | | | |
| Jill Galgraith PO Box 1587 Terrebonne, OR 97760 | | | | | | | | | 64.73 |
| Account No. **A18557** | | - | | | Refund | | | | |
| Joan A. Wescott 1708 Gold Ruch Ave. Helena, MT 59601 | | | | | | | | | 112.94 |
| Account No. **A14258** | | - | | | Refund | | | | |
| Jodee M. Fitzgerald 1812 W. Idaho Blvd. Emmett, ID 83617 | | | | | | | | | 82.00 |

Sheet no. __61__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                          266.27
(Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                        ,   Case No.   **08-34585**
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A22141** <br><br> **Jodi Boyer** <br> **1247 SW 27th** <br> **Redmond, OR 97756** | | - | Refund | | | | 10.00 |
| Account No. **R22141** <br><br> **Jodi Boyer** <br> **1247 SW 27th** <br> **Redmond, OR 97756** | | - | Refund | | | | 10.00 |
| Account No. **A18985** <br><br> **Jodi R. Skellenger** <br> **8527 SW Culver Hwy.** <br> **Culver, OR 97734** | | - | Refund | | | | 15.00 |
| Account No. **A21865** <br><br> **Jodie M. Barber** <br> **1828 Center Rd.** <br> **Novato, CA 94947** | | - | Refund | | | | 20.00 |
| Account No. **A20098** <br><br> **John C. Bailey** <br> **700 Old County Road, No. 1** <br> **Brookings, OR 97415** | | - | Refund | | | | 8.24 |

Sheet no. __62__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **63.24**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Marshall Group, LLC**                              ,    Case No.    **08-34585**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A10425** | | | | | Refund | | | | |
| John G. Swires 1706 NW Rimrock St. Redmond, OR 97756 | | - | | | | | | | 17.28 |
| Account No. **A4528** | | | | | Refund | | | | |
| John R. Benner 13553 SE Clay Bourne Portland, OR 97236 | | - | | | | | | | 2.96 |
| Account No. **A2722** | | | | | Refund | | | | |
| John R. Patrouch 26 Brandywine Way Middletown, NJ 07748 | | - | | | | | | | 109.80 |
| Account No. **A13288** | | | | | Refund | | | | |
| John S. Brooks 69760 Del View Lane North Bend, OR 97459 | | - | | | | | | | 35.72 |
| Account No. **A18154** | | | | | Refund | | | | |
| John S. Purcell 12800 SE Sunnyview Dr. Clackamas, OR 97015 | | - | | | | | | | 31.15 |

Sheet no. __63__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    196.91

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __The Marshall Group, LLC_____,    Case No. ____08-34585_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **A28469** <br><br> John T. Davis <br> 601 SW 55th Pl <br> Redmond, OR 97756 | | - | | | Refund | | | | 6.00 |
| Account No. **A4027** <br><br> John T. Heilmeyer <br> 62635 Steinkamp Rd <br> Bend, OR 97701 | | - | | | Refund | | | | 36.00 |
| Account No. **A12597** <br><br> John T. Winstead <br> 2080 Redwood Ave. <br> Redmond, OR 97756 | | - | | | Refund | | | | 15.33 |
| Account No. **A13861** <br><br> Joint Labor <br> 1305 SW 12th <br> Portland, OR 97201 | | - | | | Refund | | | | 81.77 |
| Account No. **A4281** <br><br> Joint Labor <br> PO Box 1187 <br> Portland, OR 97207 | | - | | | Refund | | | | 9.73 |

Sheet no. __64__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                148.83

B6F (Official Form 6F) (12/07) - Cont.

In re __The Marshall Group, LLC_____,    Case No. ___08-34585_____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **A13783** <br><br> **Jonathan L. Matson** <br> **2466 NW 8th St.** <br> **Redmond, OR 97756** | | - | | | Refund | | | | 1.00 |
| Account No. **A5019** <br><br> **Jonathon A. Ball** <br> **67 Aspen Dr. Trails** <br> **Durango, CO 81301** | | - | | | Refund | | | | 84.79 |
| Account No. **A24638** <br><br> **Jonathon T. Boyer** <br> **363 NW Antler LP** <br> **Redmond, OR 97756** | | - | | | Refund | | | | 25.00 |
| Account No. **A22625** <br><br> **Jose L. Terrazas** <br> **300 C St.** <br> **Culver, OR 97734** | | - | | | Refund | | | | 3.00 |
| Account No. **A14547** <br><br> **Jose M. Araujo Mendoza** <br> **61545 Parrell Rd., No. 8** <br> **Bend, OR 97702** | | - | | | Refund | | | | 8.20 |

Sheet no. __65__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

121.99

B6F (Official Form 6F) (12/07) - Cont.

In re __The Marshall Group, LLC_____,    Case No. ____08-34585_____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **A14351** | | - | | Refund | | | | |
| Joseph R. Talmage 4676 Commercial St. S, No. 280 Salem, OR 97302 | | | | | | | | 5.82 |
| Account No. **A11308** | | - | | Refund | | | | |
| Josie L. Perry 7900 NW 19th St. Terrebonne, OR 97760 | | | | | | | | 3.29 |
| Account No. **A3857** | | - | | Refund | | | | |
| Judith A. McKay PO Box 763 Neotsu, OR 97364 | | | | | | | | 7.12 |
| Account No. **A25841** | | - | | Refund | | | | |
| Judith L. Davis PO Box 598 Prineville, OR 97754 | | | | | | | | 15.00 |
| Account No. **A1400** | | - | | Refund | | | | |
| Judy A. Kennedy 1813 NW Ivy Ave. Redmond, OR 97756 | | | | | | | | 20.00 |

Sheet no. __66__ of __149__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    51.23

B6F (Official Form 6F) (12/07) - Cont.

In re __The Marshall Group, LLC_____,    Case No. ___08-34585_____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A5401** | | | Refund | | | | |
| **Julie A. Jeppsen**<br>**3310 SW Yew Ave**<br>**Redmond, OR 97756** | | - | | | | | 29.01 |
| Account No. **A18682** | | | Refund | | | | |
| **Julie Ballin**<br>**16100 SW Grimson Ct.**<br>**Lincoln City, OR 97367** | | - | | | | | 4.52 |
| Account No. **A27089** | | | Refund | | | | |
| **Julie M. Charley**<br>**2905 SW Volcano Circle**<br>**Redmond, OR 97756** | | - | | | | | 41.52 |
| Account No. **A8478** | | | Refund | | | | |
| **Julie M. Karamitis**<br>**42 Maplewood Dr.**<br>**Salinas, CA 93901** | | - | | | | | 10.00 |
| Account No. **A16120** | | | Refund | | | | |
| **Justin A. Guy**<br>**8019 SW Feather Dr.**<br>**Culver, OR 97734** | | - | | | | | 65.00 |

Sheet no. __67__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

150.05

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Marshall Group, LLC**                                    ,    Case No.    **08-34585**
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A4444**<br><br>**Justin C. James<br>4063 NW 43rd St.<br>Neotsu, OR 97364** | | - | Refund | | | | 50.00 |
| Account No. **A22430**<br><br>**Kaia Q. Seiffert<br>2814 NE Sycamore Ct.<br>Bend, OR 97701** | | - | Refund | | | | 2.71 |
| Account No. **A12570**<br><br>**Kaiser<br>500 NE Multnomah, No. 100<br>Portland, OR 97232** | | - | Refund | | | | 117.00 |
| Account No. **A13021**<br><br>**Kaiser<br>500 NE Multnomah<br>Portland, OR 97232** | | - | Refund | | | | 221.00 |
| Account No. **A16162**<br><br>**Kaiser<br>PO Box 12923<br>Oakland, CA 94604-2923** | | - | Refund | | | | 64.00 |

Sheet no. __68__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

454.71

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Marshall Group, LLC**                                    ,    Case No.    **08-34585**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A20506** <br><br> **Karen A. Panella** <br> **PO Box 423** <br> **Redmond, OR 97756** | | - | Refund | | | | 3.00 |
| Account No. **A15776** <br><br> **Karen K. Barr** <br> **1244 SW Juniper Ave.** <br> **Redmond, OR 97756** | | - | Refund | | | | 20.00 |
| Account No. **A6123** <br><br> **Karen L. Smith** <br> **228 NW Antler LP** <br> **Redmond, OR 97756** | | - | Refund | | | | 14.30 |
| Account No. **A14039** <br><br> **Karen M. George** <br> **705 W. Antler** <br> **Redmond, OR 97756** | | - | Refund | | | | 13.42 |
| Account No. **A14479** <br><br> **Karen Thenell** <br> **704 Elm Ave.** <br> **Tillamook, OR 97141** | | - | Refund | | | | 18.94 |

Sheet no. __69__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

69.66

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                      ,   Case No.   **08-34585**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A4702** <br><br> **Karlie K. Bradley** <br> **2612SW Umatilla Ct** <br> **Redmond, OR 97756** | - | | Refund | | | | 22.31 |
| Account No. **A20035** <br><br> **Katherine E. Huyck** <br> **8705 NW Thicket Lane** <br> **Terrebonne, OR 97760** | - | | Refund | | | | 10.00 |
| Account No. **A11305** <br><br> **Kathleen A. Nash** <br> **21629 88th Ave. W** <br> **Edmonds, WA 98026** | - | | Refund | | | | 36.00 |
| Account No. **A10152** <br><br> **Kathleen E. McBrady** <br> **1746 SW Juniper Ave.** <br> **Redmond, OR 97756** | - | | Refund | | | | 10.00 |
| Account No. **A11314** <br><br> **Kathleen J. Hawkins** <br> **4582 NE Vaughn Ave.** <br> **Terrebonne, OR 97760** | - | | Refund | | | | 50.40 |

Sheet no. __**70**__ of __**149**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**128.71**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __The Marshall Group, LLC_____,    Case No. ____08-34585_____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. **A21375** | | - | | | Refund | | | | |
| Kathleen M. Weaver 438 SW 19th Redmond, OR 97756 | | | | | | | | | 10.00 |
| Account No. **A20268** | | - | | | Refund | | | | |
| Kathryn M. Hischar 1840 Pinedale St. Medford, OR 97504 | | | | | | | | | 5.00 |
| Account No. **A19879** | | - | | | Refund | | | | |
| Kathy A. Orton 570 N. Pleasure Dr. Otis, OR 97368 | | | | | | | | | 15.00 |
| Account No. **A11476** | | - | | | Refund | | | | |
| Keeney D. Vanhorn 3770 SW Summit Ave. Redmond, OR 97756 | | | | | | | | | 71.58 |
| Account No. **A25107** | | - | | | Refund | | | | |
| Keiko M. Middlestad 319 NW 27th Ct Redmond, OR 97756 | | | | | | | | | 10.00 |

Sheet no. __71__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

111.58

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                    ,   Case No.   **08-34585**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A170** | | | Refund | | | | |
| Kellee J. Vernam 6662 S. Hwy. 97 Redmond, OR 97756 | | - | | | | | 300.00 |
| Account No. **A14069** | | | Refund | | | | |
| Kelley A. Scribner 20283 Schaeffer Dr. Bend, OR 97701 | | - | | | | | 35.00 |
| Account No. **A11809** | | | Refund | | | | |
| Kelly E. Budge 1814 NW Jackpine Ave. Redmond, OR 97756 | | - | | | | | 2.40 |
| Account No. **A4452** | | | Refund | | | | |
| Kelly Johnson 577 N. North Bank Road Otis, OR 97368 | | - | | | | | 5.67 |
| Account No. **A15811** | | | Refund | | | | |
| Kelly R. Godfrey 1129 NW Teal Loop Prineville, OR 97754 | | - | | | | | 20.00 |

Sheet no. **72** of **149** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

363.07

B6F (Official Form 6F) (12/07) - Cont.

In re __The Marshall Group, LLC_____, Case No. ___08-34585_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **A22224** <br><br> **Kelsey D. Nolan** <br> **1199 NE Hemlock Ave.** <br> **Redmond, OR 97756** | | - | | Refund | | | | **20.00** |
| Account No. **A5378** <br><br> **Ken A. Carraher** <br> **12488 SW Kame Terrace Ct** <br> **Sherwood, OR 97140** | | - | | Refund | | | | **24.24** |
| Account No. **A1475** <br><br> **Kendall L. Haff** <br> **794 NE Belknap St.** <br> **Prineville, OR 97754** | | - | | Refund | | | | **10.59** |
| Account No. **A2735** <br><br> **Kenneth F. Sigler** <br> **8152 SW Hall Blvd #114** <br> **Beaverton, OR 97008** | | - | | Refund | | | | **17.00** |
| Account No. **A24296** <br><br> **Kevin B. Skyces** <br> **922 NW Poplar Ave** <br> **Redmond, OR 97756** | | - | | Refund | | | | **30.00** |

Sheet no. __73__ of __149__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**101.83**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Marshall Group, LLC**                                    ,    Case No.    **08-34585**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A156**<br><br>**Kevin E. Hughes<br>2555 SW Timber Ave.<br>Redmond, OR 97756** | | - | | | Refund | | | | 10.00 |
| Account No. **A4461**<br><br>**Kevin E. Smalling<br>3300 NW Helmholtz<br>Redmond, OR 97756** | | - | | | Refund | | | | 30.00 |
| Account No. **A23044**<br><br>**Kevin H. Fine<br>52503 River Pine<br>La Pine, OR 97739** | | - | | | Refund | | | | 4.06 |
| Account No. **A3923**<br><br>**Kim Dobbs<br>1201 SW 28th #13<br>Redmond, OR 97756** | | - | | | Refund | | | | 3.00 |
| Account No. **A6199**<br><br>**Kim M. Schmidt<br>12734 Eagle Vista Pl<br>Crooked River Ranch, OR 97760** | | - | | | Refund | | | | 125.73 |

Sheet no. __**74**__ of __**149**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **172.79**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                          ,   Case No.   **08-34585**
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A18791** | | | Refund | | | | |
| **Kimberlee D. Ankrum** **717 NE Ute Ct.** **Redmond, OR 97756** | - | | | | | | 7.64 |
| Account No. **A14348** | | | Refund | | | | |
| **Kimberly A. McClung** **2234 SW 31st** **Redmond, OR 97756** | - | | | | | | 30.00 |
| Account No. **A485** | | | Refund | | | | |
| **Kimberly A. Ristoff** **2150 NW Elm Ave** **Redmond, OR 97756** | - | | | | | | 20.55 |
| Account No. **A22710** | | | Refund | | | | |
| **Kimberly J. Kunz** **66835 Lance Rd.** **Bend, OR 97701** | - | | | | | | 25.00 |
| Account No. **A16123** | | | Refund | | | | |
| **Kimberly J. Macy** **5628 SW Macy Ln** **Fort Rock, OR 97735** | - | | | | | | 15.00 |

Sheet no. __75__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

98.19

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                          ,    Case No.    **08-34585**
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A26426** | | | | | Refund | | | | |
| Korissa M. Zornes 532 NW 8th St Redmond, OR 97756 | - | | | | | | | | 10.00 |
| Account No. **A4823** | | | | | Refund | | | | |
| Kris M. Cranston 63850 Johnson Rd Bend, OR 97701 | - | | | | | | | | 5.00 |
| Account No. **A17405** | | | | | Refund | | | | |
| Kristi C. Anderson 20012 72nd Drive SE Snohomish, WA 98296 | - | | | | | | | | 3.00 |
| Account No. **A14981** | | | | | Refund | | | | |
| Kristin G. Kristensen 745 NW 19th Place Redmond, OR 97756 | - | | | | | | | | 51.85 |
| Account No. **A18430** | | | | | Refund | | | | |
| Kristopher M. Johnson PO Box 47 Redmond, OR 97756 | - | | | | | | | | 15.00 |

Sheet no. __**76**__ of __**149**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  **84.85**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Marshall Group, LLC**                                    ,    Case No.    **08-34585**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A5041** | | | Refund | | | | |
| **Kristy L. Lemmon**<br>**44 N. Holiday Lane**<br>**Otis, OR 97368** | | - | | | | | 13.89 |
| Account No. **A12291** | | | Refund | | | | |
| **Kyle L. Joye**<br>**64860 Grande Loop**<br>**Bend, OR 97701** | | - | | | | | 10.00 |
| Account No. **A26478** | | | Refund | | | | |
| **Kyle T. Bomberger**<br>**1340 16th St**<br>**Redmond, OR 97756** | | - | | | | | 53.00 |
| Account No. **A453** | | | Refund | | | | |
| **Lacee M. Freres**<br>**3258 SW Quartz Ave**<br>**Redmond, OR 97756** | | - | | | | | 34.88 |
| Account No. **A3964** | | | Refund | | | | |
| **Lacey Small**<br>**247 N. Westview**<br>**Lincoln City, OR 97367** | | - | | | | | 20.00 |

Sheet no. __**77**__ of __**149**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

131.77

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                    ,   Case No.   **08-34585**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **A5485**<br><br>Lana M. Carrell<br>3765 SW Xero Pl<br>Redmond, OR 97756 | | - | | Refund | | | | 107.87 |
| Account No. **A4020**<br><br>Lane IPA (LIPA)<br>Attn: Gerry-Finance<br>PO Box 11740<br>Eugene, OR 97440-1740 | | - | | Refund | | | | 15.00 |
| Account No. **A11960**<br><br>Lane Johnson<br>PO Box 631<br>Terrebonne, OR 97760 | | - | | Refund | | | | 6.29 |
| Account No. **A20281**<br><br>Larena L. Zitek<br>PO Box 2047<br>Terrebonne, OR 97760 | | - | | Refund | | | | 3.00 |
| Account No. **A11991**<br><br>Larry F. Svendsen<br>61040 S Queen, No. 35<br>Bend, OR 97702 | | - | | Refund | | | | 3.64 |

Sheet no. **78** of **149** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   135.80

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                    ,   Case No.   **08-34585**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A15912** | | | Refund | | | | |
| **Larry J. Stewart**<br>**7265 NE 41st St.**<br>**Redmond, OR 97756** | - | | | | | | 4.71 |
| Account No. **A12580** | | | Refund | | | | |
| **Larry R. Chamberlin**<br>**1335 NE Hollinshead Dr.**<br>**Bend, OR 97701** | - | | | | | | 151.02 |
| Account No. **A23675** | | | Refund | | | | |
| **Larry S. Wood**<br>**1105 SW Indian Ave**<br>**Redmond, OR 97756** | - | | | | | | 10.00 |
| Account No. **A15307** | | | Refund | | | | |
| **Laura Bryant**<br>**2097 NW Canyon Dr.**<br>**Redmond, OR 97756** | - | | | | | | 15.16 |
| Account No. **A20230** | | | Refund | | | | |
| **Laura E. Sweitz**<br>**1111 N. Bear Creek Rd.**<br>**Otis, OR 97368** | - | | | | | | 20.43 |

Sheet no. __79__ of __149__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **201.32**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                    ,    Case No.   **08-34585**
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A6067**<br><br>Laura L. Browning<br>1272 S. 1410 E.<br>Provo, UT 84606 | | - | Refund | | | | 7.44 |
| Account No. **A23488**<br><br>Laura L. Wattenbarger<br>3296 SW Evergreen Ave<br>Redmond, OR 97756 | | - | Refund | | | | 10.00 |
| Account No. **A19954**<br><br>Laura Perry<br>2888 SW Deschutes<br>Redmond, OR 97756 | | - | Refund | | | | 10.00 |
| Account No. **A26062**<br><br>Leann M. Peterson<br>2232 SW Newberry Ct<br>Redmond, OR 97756 | | - | Refund | | | | 15.00 |
| Account No. **A152**<br><br>Lee R. Alley<br>10600 SW Green Dr.<br>Culver, OR 97734 | | - | Refund | | | | 37.40 |

Sheet no.  **80**  of  **149**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    79.84

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Marshall Group, LLC**                                              ,     Case No.     **08-34585**
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **A14695** <br><br> **Lena J. Craig** <br> **589 N. Tam Rim Dr.** <br> **Sisters, OR 97759** | | - | | Refund | | | | 10.00 |
| Account No. **A12865** <br><br> **Lesie F. Hole** <br> **2417 SW Reindeer Ave.** <br> **Redmond, OR 97756** | | - | | Refund | | | | 55.24 |
| Account No. **A6063** <br><br> **Leslie A. Jennings** <br> **260 Seagrove Loop** <br> **Lincoln City, OR 97367** | | - | | Refund | | | | 25.00 |
| Account No. **A18499** <br><br> **Leslie H. Priday** <br> **724 N. Jim Wright Fwy.** <br> **Fort Worth, TX 76108** | | - | | Refund | | | | 12.00 |
| Account No. **A1951** <br><br> **Linda G. Walling** <br> **545 SE Neptune** <br> **Lincoln City, OR 97367** | | - | | Refund | | | | 16.61 |

Sheet no. __81__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **118.85**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                              ,        Case No.   **08-34585**
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **A4401**<br><br>**Linda K. Rushing**<br>**2482 N. Silverside Drive**<br>**Otis, OR 97368** | | - | | **Refund** | | | | **150.35** |
| Account No. **A25869**<br><br>**LInda M. Howey**<br>**759 NE Nickernutave**<br>**Redmond, OR 97756** | | - | | **Refund** | | | | **10.00** |
| Account No. **A19450**<br><br>**Linda Nye**<br>**2166 NW Quince  Place**<br>**Redmond, OR 97756** | | - | | **Refund** | | | | **2.50** |
| Account No. **A21511**<br><br>**Lindsay Andreasen**<br>**1941 SW Canyon Dr.**<br>**Redmond, OR 97756** | | - | | **Refund** | | | | **20.00** |
| Account No. **A20690**<br><br>**Lisa Brown**<br>**318 NW 55th St.**<br>**Newport, OR 97365** | | - | | **Refund** | | | | **75.00** |

Sheet no. __**82**__ of __**149**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **257.85**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **The Marshall Group, LLC**                                    , Case No. **08-34585**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A10884**<br><br>Lisa K. Nielsen<br>2238 SW Newberry Ct.<br>Redmond, OR 97756 | | - | Refund | | | | 39.00 |
| Account No. **A13642**<br><br>Livian M. Rand<br>845 NW Ogden Ave.<br>Bend, OR 97701 | | - | Refund | | | | 15.00 |
| Account No. **A26491**<br><br>Lloyd H. Smith<br>228 NW Antler Loop<br>Redmond, OR 97756 | | - | Refund | | | | 10.00 |
| Account No. **A3496**<br><br>Lonnie G. Dooley<br>2906 SW Canal<br>Redmond, OR 97756 | | - | Refund | | | | 50.00 |
| Account No. **A18851**<br><br>Lonnie M. Hill<br>5766 SW Coyote<br>Redmond, OR 97756 | | - | Refund | | | | 5.00 |

Sheet no. __83__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**119.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __The Marshall Group, LLC_____,    Case No. ____08-34585_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A6438** | | | | | Refund | | | | |
| **Lorelei A. Roseland<br>PO Box 114<br>Lincoln City, OR 97367** | | - | | | | | | | 33.76 |
| Account No. **A24821** | | | | | Refund | | | | |
| **Lori Blades<br>2615 Seattle Hill Road<br>Bothell, WA 98012** | | - | | | | | | | 12.00 |
| Account No. **A13261** | | | | | Refund | | | | |
| **Lori E. Turel<br>836 SW 14th<br>Redmond, OR 97756** | | - | | | | | | | 119.21 |
| Account No. **A5128** | | | | | Refund | | | | |
| **Lori Waguespack<br>5321 Corporate Blvd<br>Baton Rouge, LA 70808** | | - | | | | | | | 12.53 |
| Account No. **A12930** | | | | | Refund | | | | |
| **Lorraine Frandsen<br>1184 NW 35th St.<br>Redmond, OR 97756** | | - | | | | | | | 3.00 |

Sheet no. __84__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    180.50

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                    ,   Case No.   **08-34585**
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A23548**<br><br>**Lorraine K Campbell**<br>**2610 SW 23rd St #3**<br>**Redmond, OR 97756** | | - | Refund | | | | 10.00 |
| Account No. **A18280**<br><br>**Lou Degaetano**<br>**60459 Umatilla Circle**<br>**Bend, OR 97702** | | - | Refund | | | | 5.00 |
| Account No. **A5930**<br><br>**Luis A. Morales**<br>**1822 W Antler Ave #6**<br>**Redmond, OR 97756** | | - | Refund | | | | 20.00 |
| Account No. **A22873**<br><br>**Lydia M. Deross**<br>**1624 NW Ivy Ave**<br>**Redmond, OR 97756** | | - | Refund | | | | 15.00 |
| Account No. **A13790**<br><br>**Lyndsay M. Rzegocki**<br>**505 SW Evergreen Ave., No. 1**<br>**OR 97556** | | - | Refund | | | | 20.00 |

Sheet no. __**85**__ of __**149**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **70.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                    ,        Case No.   **08-34585**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A16486**<br><br>**Lyndsay M. Whitecotton**<br>**1742 SW 27th**<br>**Redmond, OR 97756** | | - | | | Refund | | | | 30.04 |
| Account No. **A4333**<br><br>**Lynn K. Simmons**<br>**3609 SW 35th Pl**<br>**Redmond, OR 97756** | | - | | | Refund | | | | 25.00 |
| Account No. **A1549**<br><br>**Mackey D. Carlson**<br>**1960 SW 38th Street**<br>**Redmond, OR 97756** | | - | | | Refund | | | | 95.72 |
| Account No. **A5765**<br><br>**Magaret E. Carlson**<br>**241 W Antler Ave**<br>**Redmond, OR 97756** | | - | | | Refund | | | | 5.45 |
| Account No. **A10398**<br><br>**Malissa R. Banton**<br>**3111 SW Pumice Ave.**<br>**Redmond, OR 97756** | | - | | | Refund | | | | 5.00 |

Sheet no. **86** of **149** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**161.21**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Marshall Group, LLC**                          ,    Case No. ____**08-34585**____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **A10411** <br><br> **Mandee R. Jensen** <br> **2750 SW Indian Ave., No. 104** <br> **Redmond, OR 97756** | | - | | Refund | | | | 10.00 |
| Account No. **A23655** <br><br> **Margaret Sacha** <br> **16340 Dayton Ave N** <br> **Seattle, WA 98133** | | - | | Refund | | | | 24.07 |
| Account No. **A18041** <br><br> **Margaret Schindler** <br> **21623 Boonesborough Dr.** <br> **Bend, OR 97701** | | - | | Refund | | | | 1.94 |
| Account No. **A20007** <br><br> **Marguerite J. Groat** <br> **811 SE 5th, No. 34** <br> **Newport, OR 97365** | | - | | Refund | | | | 3.16 |
| Account No. **A12922** <br><br> **Maria A. Valenzuela** <br> **785 Adams Ave.** <br> **Madras, OR 97741** | | - | | Refund | | | | 26.20 |

Sheet no. __**87**__ of __**149**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        65.37

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __The Marshall Group, LLC_____,  Case No. ___08-34585_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A11708** | | | Refund | | | | |
| **Marilyn C. Warner 65400 Kiowa Drive Bend, OR 97701** | | - | | | | | 9.85 |
| Account No. **A18980** | | | Refund | | | | |
| **Marjorie F. Petersen 801 S. Orange Grove Blvd. Pasadena, CA 91105** | | - | | | | | 61.06 |
| Account No. **A20599** | | | Refund | | | | |
| **Mark Dwyer 70 W 26th Ave. Eugene, OR 97405** | | - | | | | | 20.00 |
| Account No. **A16816** | | | Refund | | | | |
| **Mark J. Hentze 938 SW 12th St. Redmond, OR 97756** | | - | | | | | 20.00 |
| Account No. **A18583** | | | Refund | | | | |
| **Mark J. Nowak 852 NW Spruce Pl. Redmond, OR 97756** | | - | | | | | 25.00 |

Sheet no. __88__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

135.91

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __The Marshall Group, LLC_____,    Case No. ____08-34585_____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **A12961** <br><br> **Mark L. Langeliers** <br> **PO Box 5274** <br> **Bend, OR 97708** | | - | | | Refund | | | | 11.91 |
| Account No. **A13622** <br><br> **Mark Smith** <br> **6379 Old Stage** <br> **Central Point, OR 97502** | | - | | | Refund | | | | 15.00 |
| Account No. **A25787** <br><br> **Marlo H. Kennedy** <br> **7915 Hwy 126 #9** <br> **Redmond, OR 97756** | | - | | | Refund | | | | 10.00 |
| Account No. **A12187** <br><br> **Martin O. Sanchez** <br> **244 SW Rimrock Way, No. 10** <br> **OR 97556** | | - | | | Refund | | | | 15.00 |
| Account No. **A3408** <br><br> **Martin R. Cooley** <br> **6415 NE 23rd Ave.** <br> **Portland, OR 97211** | | - | | | Refund | | | | 10.00 |

Sheet no. __89__ of __149__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

61.91

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Marshall Group, LLC**                                              ,          Case No. **08-34585**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A579** <br><br> **Marvin D. Harris** <br> **4233 NW Happy Hollow** <br> **Prineville, OR 97754** | | - | Refund | | | | 20.00 |
| Account No. **A6079** <br><br> **Marvin G. Kramer** <br> **8050 Granite Falls Ct** <br> **Redmond, OR 97756** | | - | Refund | | | | 10.00 |
| Account No. **A26190** <br><br> **Marvin L. Newton** <br> **2796 NE Walnut Ave** <br> **Redmond, OR 97756** | | - | Refund | | | | 50.00 |
| Account No. **A18035** <br><br> **Mary D. Aulie** <br> **3615 NW Way** <br> **Redmond, OR 97756** | | - | Refund | | | | 2.98 |
| Account No. **A1746** <br><br> **Mary E. Williams** <br> **4797 NE Butler Ave.** <br> **Redmond, OR 97756** | | - | Refund | | | | 25.00 |

Sheet no. **90** of **149** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

107.98

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                                    ,    Case No.   **08-34585**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A19174** <br><br> **Mary J. Poppe** <br> **500 N. Jefferson, Space 49** <br> **Redmond, OR 97756** | | - | | | Refund | | | | 10.00 |
| Account No. **A11386** <br><br> **Mary M. Rico** <br> **2058 SW 33rd St.** <br> **Redmond, OR 97756** | | - | | | Refund | | | | 112.00 |
| Account No. **A11386** <br><br> **Mary M. Rico** <br> **2058 SW 33rd St.** <br> **Redmond, OR 97756** | | - | | | Refund | | | | 112.00 |
| Account No. **A6332** <br><br> **Mary R. Arkoosh** <br> **PO Box 1484** <br> **Depoe Bay, OR 97341** | | - | | | Refund | | | | 15.00 |
| Account No. **A22401** <br><br> **Mary S. Bryant** <br> **6820 NW 69th Pl** <br> **Redmond, OR 97756** | | - | | | Refund | | | | 10.00 |

Sheet no. __91__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

259.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __The Marshall Group, LLC_____,  Case No. ____08-34585_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A12044** | | | - | | Refund | | | | |
| Mary W. McClung PO Box 331 Terrebonne, OR 97760 | | | | | | | | | 10.00 |
| Account No. **A12953** | | | - | | Refund | | | | |
| Mathew V. Henderson 1236 NE 4th St. Redmond, OR 97756 | | | | | | | | | 9.03 |
| Account No. **A18560** | | | - | | Refund | | | | |
| Matt L. Tradewell 2840 Salmon Ave. Redmond, OR 97756 | | | | | | | | | 3.00 |
| Account No. **A2260** | | | - | | Refund | | | | |
| Matthew D. Proudfoot 3605 E. Woolard Rd. Colbert, WA 99005 | | | | | | | | | 15.00 |
| Account No. **A13090** | | | - | | Refund | | | | |
| Matthew W. Pendergraft 853 SW Hill St. Bend, OR 97702 | | | | | | | | | 4.41 |

Sheet no. _**92**_ of _**149**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    41.44

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Marshall Group, LLC**                                    Case No. __**08-34585**__
                                                        ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**McMinnville Water and Light**<br>**PO Box 638**<br>**Mcminnville, OR 97128** | - | | **Sept. 2008**<br>**#59513-2  Water/sewer  $44.56**<br>**#72459-1  Elect/water/sewer  $39.75**<br>**#84686-5  Elect/water/sewer  $445.72**<br>**#74764-2  Electric $186.35**<br>**#84697-2  Electric  $43.77**<br>**#84690-7  Electric  $35.09**<br>**#84689-9  Electric  $18.15** | | | | 813.39 |
| Account No.<br><br>**McMinnville Water and Light**<br>**PO Box 638**<br>**Mcminnville, OR 97128** | - | | **Sept. 2008**<br>**#84688-1  Electric  $18.15**<br>**#59687-4  Electric  $16.40**<br>**#84685-7  Electric  $125.48** | | | | 160.03 |
| Account No.  **A2309**<br><br>**Meadow A. Caroll**<br>**1910 SW 22nd St.**<br>**Redmond, OR 97756** | - | | **Refund** | | | | 34.10 |
| Account No.  **A11624**<br><br>**Melanie D. Troup**<br>**933 NW Canal Dr. No. 118**<br>**Redmond, OR 97756** | - | | **Refund** | | | | 10.00 |
| Account No.  **A3429**<br><br>**Melinda R. Ferguson**<br>**543 SW 9th St**<br>**Redmond, OR 97756** | - | | **Refund** | | | | 20.00 |

Sheet no. __**93**__ of __**149**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,037.52

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                    ,    Case No.    **08-34585**
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A13143** <br><br> Melissa A. Anderson <br> 12323 SW Terresan Pl. <br> Terrebonne, OR 97760 | | - | | | Refund | | | | 3.00 |
| Account No. **A20734** <br><br> Melissa M. Woodcock <br> 2155 SW 29th St. <br> Redmond, OR 97756 | | - | | | Refund | | | | 6.00 |
| Account No. **A26123** <br><br> Melissa R. Rea <br> PO Box 2235 <br> Terrebonne, OR 97760 | | - | | | Refund | | | | 53.25 |
| Account No. **A26774** <br><br> Melissa S. Hopson <br> 2112 SW Quartz <br> Redmond, OR 97756 | | - | | | Refund | | | | 10.00 |
| Account No. **A3697** <br><br> Melodyan A. Smith <br> 1444 N. Alvord Lane <br> Otis, OR 97368 | | - | | | Refund | | | | 55.06 |

Sheet no. __94__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **127.31**

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                              ,        Case No.   **08-34585**
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A119**<br><br>Melonie A. Knode<br>2939 NE Canyon Dr.<br>Redmond, OR 97756 | | - | | | Refund | | | | 15.62 |
| Account No. **A5609**<br><br>Mereline L. Schneidecker<br>622 NE 11th Street<br>Newport, OR 97365 | | - | | | Refund | | | | 155.43 |
| Account No. **A22032**<br><br>Merle M. Knight<br>2640 SW 26th St.<br>Redmond, OR 97756 | | - | | | Refund | | | | 30.00 |
| Account No. **A22032**<br><br>Merle M. Knight<br>2640 SW 26th St.<br>Redmond, OR 97756 | | - | | | Refund | | | | 30.00 |
| Account No. **A18253**<br><br>Meryl D. Lester<br>PO Box 670<br>Redmond, OR 97756 | | - | | | Refund | | | | 9.92 |

Sheet no. __95__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          240.97

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __The Marshall Group, LLC_____,    Case No. ___08-34585_____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A14190**<br><br>**Michael D. Finley**<br>**1846 N. Danebo Ave.**<br>**Eugene, OR 97402** | | - | | | Refund | | | | 9.92 |
| Account No. **A12337**<br><br>**Michael D. Magnuson**<br>**3112 SW Pumice Ave.**<br>**Redmond, OR 97756** | | - | | | Refund | | | | 36.15 |
| Account No. **A12568**<br><br>**Michael H. Brown**<br>**948 SE Douglas St.**<br>**Bend, OR 97702** | | - | | | Refund | | | | 10.00 |
| Account No. **A14120**<br><br>**Michael J. Affinito**<br>**2410 Camino Ramon, Ste. 105**<br>**San Ramon, CA 94583** | | - | | | Split refund | | | | 82.00 |
| Account No. **A17162**<br><br>**Michael T. Woolley**<br>**2246 SW Canyon Dr.**<br>**Redmond, OR 97756** | | - | | | Refund | | | | 25.00 |

Sheet no. __96__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

163.07

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                          ,    Case No.    **08-34585**
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A271** | | | Refund | | | | |
| Michelle E. Arsenault 1758 NW Kingwood Redmond, OR 97756 | | - | | | | | 16.23 |
| Account No. **A1699** | | | Refund | | | | |
| Michelle J. Stark 1936 SW 38th St. Redmond, OR 97756 | | - | | | | | 10.00 |
| Account No. **A1765** | | | Refund | | | | |
| Michelle L. Anderson 5063 S. Hwy. 97, No. 35 Redmond, OR 97756 | | - | | | | | 6.00 |
| Account No. **A12943** | | | Refund | | | | |
| Miguel A. Cueva 2442 NE Holmes Rd., Apt. 36 Lincoln City, OR 97367 | | - | | | | | 20.00 |
| Account No. **A17847** | | | Refund | | | | |
| Mildre L. Pinto PO Box 1354 Redmond, OR 97756 | | - | | | | | 4.82 |

Sheet no. __**97**__ of __**149**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **57.05**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Marshall Group, LLC**
                                                                            Case No.  __08-34585__
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Miles Newark** <br> **621 SW Morrison Str., #720** <br> **Portland, OR 97205** | - | H | **Unpaid Wages** | | | | 30,000.00 |
| Account No. <br><br> **Miscellaneous Refund** | - | | **McMinnville     $20,395.00** <br> **Redmond         $6,233.25** | | | | 26,629.01 |
| Account No.  **A17352** <br><br> **Mitzi G. Morris** <br> **660 W. Olympic Pl., Ste. 6** <br> **Seattle, WA 98119** | - | | **Refund** | | | | 2.82 |
| Account No.  **A4389** <br><br> **Monica L. Dahlen** <br> **3158 SW 32nd** <br> **Redmond, OR 97756** | - | | **Refund** | | | | 20.00 |
| Account No.  **A15480** <br><br> **Myrtle I. Newell** <br> **60 Mosquito Creek Rd.** <br> **Thompson Falls, MT 59873** | - | | **Refund** | | | | 35.60 |

Sheet no. __98__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

56,687.43

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **The Marshall Group, LLC**                                    Case No. **08-34585**
                                                            ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A2886**<br><br>N. CA Sheet Metal<br>PO Box 3000<br>Scottsdale, AZ 85271 | - | | Refund | | | | 44.00 |
| Account No. **A11950**<br><br>Nancy G. Frost<br>6050 NW 59th St.<br>Redmond, OR 97756 | - | | Refund | | | | 48.40 |
| Account No. **A26688**<br><br>Nancy Johnson<br>2725 SE Brooklyn<br>Portland, OR 97202 | - | | Refund | | | | 174.00 |
| Account No. **A18250**<br><br>Nancy L. Anderson<br>PO Box E<br>Ione, OR 97843 | - | | Refund | | | | 15.00 |
| Account No. **A23442**<br><br>Nancy L. Mendez<br>926 NW Redwood Ave<br>Redmond, OR 97756 | - | | Refund | | | | 3.98 |

Sheet no. __99__ of __149__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)          285.38

B6F (Official Form 6F) (12/07) - Cont.

In re **The Marshall Group, LLC**                                                    Case No. **08-34585**
_____ ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A15876** | | | | | Refund | | | | |
| Nancy P. Walter 4049 SW Summit Redmond, OR 97756 | | - | | | | | | | 20.00 |
| Account No. **A13646** | | | | | Refund | | | | |
| Nancy R. Camreta 3256 SW Quartz Pl. Redmond, OR 97756 | | - | | | | | | | 136.00 |
| Account No. **A14774** | | | | | Refund | | | | |
| Natalie B. Reed 940 SW Westvale St. Mcminnville, OR 97128 | | - | | | | | | | 25.00 |
| Account No. **A15198** | | | | | Refund | | | | |
| Natasha V. Simplicio 266 SW Rimrock Way, Apt. 23 Redmond, OR 97756 | | - | | | | | | | 10.00 |
| Account No. **A3986** | | | | | Refund | | | | |
| Neda R. Kimberlin PO Box 362 Terrebonne, OR 97760 | | - | | | | | | | 62.00 |

Sheet no. **100** of **149** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                253.00

B6F (Official Form 6F) (12/07) - Cont.

In re __The Marshall Group, LLC_____,    Case No. ____08-34585_____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A11573** <br><br> Neil D. Remlinger <br> 1856 Turnstone Rd. <br> Redmond, OR 97756 | | - | | | Refund | | | | 65.00 |
| Account No. **A22877** <br><br> Nicholas R. Dean <br> 733 Kerstrel Ct <br> Redmond, OR 97756 | | - | | | Refund | | | | 18.72 |
| Account No. <br><br> Nicole Affinito <br> 17 San Benito Ct. <br> Walnut Creek, CA 94598 | | | | | A14120 <br> Split Refund | | | | 50.00 |
| Account No. **A12109** <br><br> Nicole E. Lantz <br> 3415 SW Canal Blvd. <br> Redmond, OR 97756 | | - | | | Refund | | | | 30.00 |
| Account No. **A627** <br><br> Nicole R. Hager <br> 20699 NE Glisan St. #165 <br> Fairview, OR 97024 | | - | | | Refund | | | | 80.00 |

Sheet no. __101__ of __149__ sheets attached to Schedule of    Subtotal    243.72
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                    ,     Case No.   **08-34585**
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **A4330**<br><br>NIcolette M. Lewis<br>3411 SW Kalama Ave<br>Redmond, OR 97756 | | - | | | Refund | | | | 1.02 |
| Account No. **A20442**<br><br>Nola D. Slave<br>199 NE 10 St.<br>Prineville, OR 97754 | | - | | | Refund | | | | 10.00 |
| Account No. **A4178**<br><br>Nordian Medicare<br>PO Box 6702<br>Fargo, ND 58107-6702 | | - | | | Refund | | | | 83.12 |
| Account No. **A13126**<br><br>Noridian Medicare<br>PO Box 6702<br>Fargo, ND 58107-6702 | | - | | | Refund | | | | 221.02 |
| Account No.<br><br>Northwest Natural Gas Company<br>PO Box 6017<br>Portland, OR 97228-6017 | | - | | | August/Sept. 2008<br>McMinnville. Natural gas service. | | | | 183.88 |

Sheet no. __102__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        499.04

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Marshall Group, LLC**                                    , Case No. **08-34585**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A15163**<br><br>**ODS**<br>**PO Box 40384**<br>**Portland, OR 97240-0384** | | - | Refund | | | | 27.61 |
| Account No.<br><br>**On Line NW**<br>**PO Box 1357**<br>**Mcminnville, OR 97128** | | - | September 2008<br>McMinnville.  Internet Service. | | | | 149.90 |
| Account No. **A7004**<br><br>**Oregon DHS**<br>**PO Box 14023**<br>**Salem, OR 97309-5023** | | - | Refund | | | | 44.63 |
| Account No.<br><br>**P.G.P. Valuation Inc.**<br>**5796 Armada Drive, Suite 210**<br>**Carlsbad, CA 92008** | | - | Appraisal | | | | 11,600.00 |
| Account No.<br><br>**Pace Staffing Services LLC**<br>**205 SE Wilson Ave., Suite 1**<br>**Bend, OR 97701** | | - | Plaintiff in lawsuit Deschutes Cty. Case No. 07CV0390MA. Defendant: Marshall Medical Group | | | | 35,403.52 |

Sheet no. **103** of **149** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                **47,225.66**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Marshall Group, LLC**                                      ,     Case No.    **08-34585**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Pacific Power** 1033 NE 6th Ave. Portland, OR 97256 | - | | August and Sept. 2008 Electrical service: Redmond:     $1,716.39 Redmond Suite 301: $127.57 | | | | 1,843.96 |
| Account No. **A19630** **Pacific Power** 600 S. 56th Place Ridgefield, WA 98642 | - | | Refund | | | | 13.00 |
| Account No. **A3968** **Pacificsource** PO Box 7068 Eugene, OR 97401-0068 | - | | Refund | | | | 124.67 |
| Account No. **AI3291** **Pamela D. Hermann** 65225 94th St. Bend, OR 97701 | - | | Refund | | | | 118.60 |
| Account No. **A18845** **Pamela G. Richardson** 115 NW Deer St., No. 3 Prineville, OR 97754 | - | | Refund | | | | 3.00 |

Sheet no. __104__ of __149__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          2,103.23

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Marshall Group, LLC**                                          ,    Case No. ___**08-34585**___
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Pamela Lester** PO Box 670 Bend, OR 97701 | - | | Refund | | | | 69.70 |
| Account No. A12654 **Parnline A. Norton** PO Box 36 Terrebonne, OR 97760 | - | | Refund | | | | 31.22 |
| Account No. A21360 **Patricia C. Ramstead** 1668 N. Nye Toledo, OR 97391 | - | | Refund | | | | 355.48 |
| Account No. A3579 **Patrick E. Dubois** 6095 E Blue Ridge Cave Creek, AZ 85331 | - | | Refund | | | | 38.40 |
| Account No. A11845 **Patrick J. Flesch** 450 NW 24th St. Redmond, OR 97756 | - | | Refund | | | | 15.00 |

Sheet no. __**105**__ of __**149**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **509.80**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                          ,    Case No.  __08-34585__
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A16317**<br><br>**Patrick J. McCullough**<br>**178 SW Ivy Ct.**<br>**Prineville, OR 97754** | | - | Refund | | | | 168.34 |
| Account No. **A16311**<br><br>**Patsy A. Walsh**<br>**24837 SW Daniel Rd.**<br>**Beaverton, OR 97007** | | - | Refund | | | | 4.20 |
| Account No. **A10987**<br><br>**Patty A. Johnstad**<br>**1710 SW 16th**<br>**Redmond, OR 97756** | | - | Refund | | | | 5.00 |
| Account No. **A27899**<br><br>**Patty Beghtel**<br>**8715 SW Turquoise Loop**<br>**Beaverton, OR 97007** | | - | Refund | | | | 182.00 |
| Account No. **A20502**<br><br>**Patty L. Dodson**<br>**1735 13th Street**<br>**Lincoln City, OR 97367** | | - | Refund | | | | 19.65 |

Sheet no. __106__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

379.19

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                              ,          Case No.   **08-34585**
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **A13521** <br><br> **Paula Simone** <br> **18030 Third Ave.** <br> **Bend, OR 97701** | | - | | Refund | | | | **13.61** |
| Account No. **A15047** <br><br> **Penny A. Sackhoff** <br> **11896 SW Horny Hollow Trl** <br> **Terrebonne, OR 97760** | | - | | Refund | | | | **100.00** |
| Account No. **A352** <br><br> **Pepper M. Casselman** <br> **319 NW Greenwood #3** <br> **PO Box 1930** <br> **Redmond, OR 97756** | | - | | Refund | | | | **6.00** |
| Account No. **A15396** <br><br> **Petroleum Helicopters** <br> **Attn: Ed Gatza** <br> **PO Box 90808** <br> **Lafayette, LA 70509** | | - | | Refund | | | | **23.00** |
| Account No. **A5286** <br><br> **Phaedra Palomo** <br> **1607 NW Teak** <br> **Redmond, OR 97756** | | - | | Refund | | | | **10.00** |

Sheet no. __**107**__ of __**149**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**152.61**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __The Marshall Group, LLC_____,    Case No. ___08-34585_____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A16936** | | | - | | Refund | | | | |
| Phil E. Swendt 22423 149th Pl. SE Monroe, WA 98272 | | | | | | | | | 157.00 |
| Account No. **A21949** | | | - | | Refund | | | | |
| Phillip E. McCormick 639 SE Evergreen Ave. Redmond, OR 97756 | | | | | | | | | 10.00 |
| Account No. **A19655** | | | - | | Refund | | | | |
| Phillup Neely 10187 Sanddance Ridge Loop Redmond, OR 97756 | | | | | | | | | 15.00 |
| Account No. **A14218** | | | - | | Refund | | | | |
| Phyllis Horn 63930 Deschutes Market Rd. Bend, OR 97701 | | | | | | | | | 15.00 |
| Account No. **A10701** | | | - | | Refund | | | | |
| Providence PO Box 3125 Portland, OR 97208-3125 | | | | | | | | | 38.60 |

Sheet no. __108__ of __149__ sheets attached to Schedule of    Subtotal    235.60
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Marshall Group, LLC**          Case No.   **08-34585**
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A23097** <br><br> **Providence** <br> **PO Box 3125** <br> **Portland, OR 97208** | | - | Refund | | | | 128.75 |
| Account No. **A5241** <br><br> **Providence** <br> **PO Box 3125** <br> **Portland, OR 97208-3125** | | - | Refund | | | | 123.00 |
| Account No. **A16261** <br><br> **Quality Truss/Parr Lumber** <br> **5630 NW Century Blvd.** <br> **Hillsboro, OR 97124** | | - | Refund - Cash/Corporate account | | | | 275.00 |
| Account No. **A21698** <br><br> **Rae M. Adkins** <br> **2730 NE 9th St.** <br> **Redmond, OR 97756** | | - | Refund | | | | 10.00 |
| Account No. **A20277** <br><br> **Ramon D. Alonso** <br> **2340 Quinn** <br> **Portland, OR 97201** | | - | Refund | | | | 25.00 |

Sheet no. __**109**__ of __**149**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **561.75**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __The Marshall Group, LLC_____,  Case No. ____08-34585_____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A5444** <br><br> Ramon L. Johnson <br> 20512 Whitstone <br> Bend, OR 97702 | | - | | | Refund | | | | 18.70 |
| Account No. **A1862** <br><br> Rand G. Kroessin <br> 8422 SW Abalone Street <br> South Beach, OR 97366 | | - | | | Refund | | | | 8.04 |
| Account No. <br><br> Randall McCreath <br> 207 E. 19th Street <br> Mcminnville, OR 97128 | | - | | | Tenant Improvements | | | | 116,000.00 |
| Account No. **A11307** <br><br> Randall R. Curtis <br> 392 NW 25th St. <br> Redmond, OR 97756 | | - | | | Refund | | | | 5.00 |
| Account No. **A4775** <br><br> Randall W. Miller <br> 6880 NW Narcissa <br> Terrebonne, OR 97760 | | - | | | Refund | | | | 97.00 |

Sheet no. __110__ of __149__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

116,128.74

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**
_____,
                              Debtor

Case No. ____**08-34585**____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A2226** <br><br> Randy J. Wharton <br> 35025 Hwy. 101 S <br> Cloverdale, OR 97112 | | - | Refund | | | | 16.96 |
| Account No. **A18227** <br><br> Raymond C. Cox <br> 0514 SW Texas St. <br> Portland, OR 97219 | | - | Refund | | | | 17.90 |
| Account No. **A21427** <br><br> Rebecca A. Valentine <br> 11032 N. 52 St, <br> Scottsdale, AZ 85254 | | - | Refund | | | | 2.00 |
| Account No. **A3282** <br><br> Rebecca L. Rogers <br> 2464 NW 8th St <br> Redmond, OR 97756 | | - | Refund | | | | 14.97 |
| Account No. **A5120** <br><br> Regence <br> Federal Employees <br> PO Box 1269 <br> Portland, OR 97207 | | - | Refund | | | | 88.94 |

Sheet no. __**111**__ of __**149**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

140.77

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                              ,     Case No.    **08-34585**
                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A15554**<br><br>Regence<br>PO Box 30805<br>Salt Lake City, UT 84130 | | - | | | Refund | | | | 5.16 |
| Account No. **A10037**<br><br>Regence<br>PO Box 30805<br>Salt Lake City, UT 84130-0805 | | - | | | Refund | | | | 166.56 |
| Account No. **A10104**<br><br>Regence<br>PO Box 30805<br>Salt Lake City, UT 84130-0805 | | - | | | Refund | | | | 114.83 |
| Account No. **A10452**<br><br>Regence<br>PO Box 30805<br>Salt Lake City, UT 84130-0805 | | - | | | Refund | | | | 88.36 |
| Account No. **A12601**<br><br>Regence<br>PO Box 30805<br>Salt Lake City, UT 84130-0805 | | - | | | Refund | | | | 66.27 |

Sheet no. __112__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

441.18

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Marshall Group, LLC**                                          ,    Case No.   **08-34585**
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A12717**<br><br>Regence<br>PO Box 30805<br>Salt Lake City, UT 84130-0805 | - | | Refund | | | | 175.00 |
| Account No. **A13382**<br><br>Regence<br>PO Box 30805<br>Salt Lake City, UT 84130-0805 | - | | Refund | | | | 57.36 |
| Account No. **A13729**<br><br>Regence<br>PO Box 30805<br>Salt Lake City, UT 84130-0805 | - | | Refund | | | | 93.36 |
| Account No. **A15533**<br><br>Regence<br>PO Box 30805<br>Salt Lake City, UT 84130-0805 | - | | Refund | | | | 141.28 |
| Account No. **A17847**<br><br>Regence<br>PO Box 30805<br>Salt Lake City, UT 84130-0805 | - | | Refund | | | | 96.69 |

Sheet no. __**113**_ of _**149**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  563.69

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                              , Case No. ___**08-34585**___
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **A18611** | | - | | | Refund | | | | |
| **Regence** **PO Box 30805** **Salt Lake City, UT 84130-0805** | | | | | | | | | 88.00 |
| Account No. **A3968** | | - | | | Refund | | | | |
| **Regence** **PO Box 30805** **Salt Lake City, UT 84130-0805** | | | | | | | | | 200.00 |
| Account No. **A5891** | | - | | | Refund | | | | |
| **Regence** **PO Box 30805** **Salt Lake City, UT 84130-0805** | | | | | | | | | 101.28 |
| Account No. **A13835** | | - | | | Refund | | | | |
| **Renae D. Poulin** **13835 SW Sheltered Pl.** **Terrebonne, OR 97760** | | | | | | | | | 108.00 |
| Account No. **A1753** | | - | | | Refund | | | | |
| **Renee A. Taunton** **PO Box 1049** **Depoe Bay, OR 97341** | | | | | | | | | 258.54 |

Sheet no. __**114**__ of __**149**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        755.82

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                      ,       Case No.   **08-34585**
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A2298** | | | | | Refund | | | | |
| Rhashell F. Jorgensen 2060 NE Tide Ave. Lincoln City, OR 97367 | | - | | | | | | | 96.26 |
| Account No. **A2369** | | | | | Refund | | | | |
| Richard M. Bixler 14955 NW Channa Dr Portland, OR 97229 | | - | | | | | | | 2.81 |
| Account No. **A13767** | | | | | Refund | | | | |
| Richard W. Stevenson 14260 SW Stallion Dr. Terrebonne, OR 97760 | | - | | | | | | | 24.00 |
| Account No. **A23105** | | | | | Refund | | | | |
| Rick Sanders 4414 E Enon Rd Yellow Springs, OH 45387 | | - | | | | | | | 182.00 |
| Account No. **A3648** | | | | | Refund | | | | |
| Rickie R. Radmacher 3340 N. Hwy. 101 Depoe Bay, OR 97341 | | - | | | | | | | 3.38 |

Sheet no. __115_ of _149__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          308.45

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Marshall Group, LLC**                                    ,    Case No.    **08-34585**
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A25642** <br><br> **Riedell M. Parks** <br> **1225 SW 17th St** <br> **Redmond, OR 97756** | | - | Refund | | | | 15.00 |
| Account No. **A15671** <br><br> **Riley L. Shelton** <br> **1883 NW Jackpine** <br> **Redmond, OR 97756** | | - | Refund | | | | 10.00 |
| Account No. **A15279** <br><br> **River Knife** <br> **Attn:  Carol Garrison** <br> **PO Box 83** <br> **Bend, OR 97709** | | - | Refund | | | | 45.00 |
| Account No. **A11946** <br><br> **Rob J. Aldridge** <br> **3010 SW Canal Blvd.** <br> **Redmond, OR 97756** | | - | Refund | | | | 3.00 |
| Account No. **A17075** <br><br> **Robb G. Hayden** <br> **64745 Sylvan Loop** <br> **Bend, OR 97701** | | - | Refund | | | | 9.92 |

Sheet no. **116** of **149** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **82.92**

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                          ,        Case No.   __08-34585__
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A14568**<br><br>**Robert A. Strouse**<br>**13000 Highway 20**<br>**Sisters, OR 97759** | | - | | | Refund | | | | 1.89 |
| Account No. **A3672**<br><br>**Robert B. Gallaugher**<br>**9205 SE Clackamas Rd. # 421**<br>**Clackamas, OR 97015** | | - | | | Refund | | | | 13.00 |
| Account No. **A14620**<br><br>**Robert D. Williams**<br>**65710 78th St.**<br>**Bend, OR 97701** | | - | | | Refund | | | | 50.00 |
| Account No. **A4521**<br><br>**Robert F. Olson**<br>**2045 NW Wildflower Pl**<br>**Redmond, OR 97756** | | - | | | Refund | | | | 167.00 |
| Account No. **A3309**<br><br>**Robert G. Gallenstein**<br>**8733 Apalachee Dr.**<br>**Cincinnati, OH 45249** | | - | | | Refund | | | | 20.00 |

Sheet no. __117__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

251.89

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **The Marshall Group, LLC**                                          , Case No. **08-34585**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A17248** <br><br> **Robert P. Kauffman** <br> **2028 NW Ivy Pl.** <br> **Redmond, OR 97756** | | - | | | Refund | | | | **214.20** |
| Account No. **A15197** <br><br> **Robert T. Lyons** <br> **11225 NW Dove Rd.** <br> **Terrebonne, OR 97760** | | - | | | Refund | | | | **55.60** |
| Account No. **A5789** <br><br> **Robin A. Hubbard** <br> **3348 SW Salmon Ct** <br> **Redmond, OR 97756** | | - | | | Refund | | | | **25.00** |
| Account No. **A2465** <br><br> **Robin L. Seay** <br> **20569 Raymond Ct** <br> **Bend, OR 97701** | | - | | | Refund | | | | **3.00** |
| Account No. **A18809** <br><br> **Robin Murbach** <br> **985 Windgate St. S** <br> **Salem, OR 97302-5638** | | - | | | Refund | | | | **50.00** |

Sheet no. **118** of **149** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **347.80**

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Marshall Group, LLC**                              ,  Case No.  **08-34585**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A19136** <br><br> Robyn L. Tsuji <br> 5745 Lake St. Clair Dr. SE <br> Olympia, WA 98513 | | - | Refund | | | | 10.00 |
| Account No. **A4619** <br><br> Rodney T. Stodd <br> 1671 NW Quincy Ave <br> Bend, OR 97701 | | - | Refund | | | | 10.00 |
| Account No. **A19547** <br><br> Ron Boley <br> 15815 Shannon Road <br> Los Gatos, CA 95032 | | - | Refund | | | | 182.00 |
| Account No. **A21053** <br><br> Ronnie L. Starkey <br> 3131 SW Metolius Pl. <br> Redmond, OR 97756 | | - | Refund | | | | 10.00 |
| Account No. **A102** <br><br> Rosalia T. Macias <br> 200 SW D St., Space 9 <br> Madras, OR 97741 | | - | Refund | | | | 51.00 |

Sheet no. __119__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **263.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Marshall Group, LLC**
                                                                           ,    Case No.    **08-34585**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. **A1526** | | | | | Refund | | | | |
| Roseann A. Maich PO Box 2324 Redmond, OR 97756 | | - | | | | | | | |
| | | | | | | | | | 5.00 |
| Account No. **A11571** | | | | | Refund | | | | |
| Roxia C. Thorton-Todor 9885 W. Hwy. 126 Redmond, OR 97756 | | - | | | | | | | |
| | | | | | | | | | 15.00 |
| Account No. **A13369** | | | | | Refund | | | | |
| Roy G. Morris 845 NE Modoc Ct. Redmond, OR 97756 | | - | | | | | | | |
| | | | | | | | | | 14.54 |
| Account No. **A20846** | | | | | Refund | | | | |
| Roya Leriche 562 NE  Begonia Madras, OR 97741 | | - | | | | | | | |
| | | | | | | | | | 3.32 |
| Account No. **A18754** | | | | | Refund | | | | |
| Ruby Sharp 1567 E. Jefferson Way, Apt. 311 Simi Valley, CA 93065 | | - | | | | | | | |
| | | | | | | | | | 120.00 |

Sheet no. __120__ of __149__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    157.86

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                      ,    Case No.   **08-34585**
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A5465** <br><br> **Ryan A. Burke** <br> **108 NW Dogwood** <br> **Redmond, OR 97756** | - | | Refund | | | | 3.30 |
| Account No. **A11297** <br><br> **Ryan J. Lantz** <br> **3415 SW Canal Blvd.** <br> **Redmond, OR 97756** | - | | Refund | | | | 10.00 |
| Account No. **A5438** <br><br> **Ryan L. Stinchomb** <br> **3002 NW 9th Pl** <br> **Redmond, OR 97756** | - | | Refund | | | | 10.00 |
| Account No. **A11820** <br><br> **Sadell L. Scarbrough** <br> **2350 SW 29th St.** <br> **Redmond, OR 97756** | - | | Refund | | | | 5.00 |
| Account No. **A4377** <br><br> **SAIF** <br> **400 High St SE** <br> **Salem, OR 97312** | - | | Refund | | | | 167.00 |

Sheet no. __121__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   195.30

B6F (Official Form 6F) (12/07) - Cont.

In re __The Marshall Group, LLC_____,    Case No. ____08-34585_____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A18698** <br><br> **Sally Jones** <br> **232 NW 3rd** <br> **Redmond, OR 97756** | | - | Refund | | | | 3.00 |
| Account No. **A11406** <br><br> **Sally L. Weddle** <br> **2730 SW Volcano Ct.** <br> **Redmond, OR 97756** | | - | Refund | | | | 72.00 |
| Account No. **A12523** <br><br> **Salvador Espinoza** <br> **830 NW Poplar** <br> **Redmond, OR 97756** | | - | Refund | | | | 17.40 |
| Account No. **A5096** <br><br> Samantha M. Rasor <br> **5720 NW Odin Falls Way** <br> **Redmond, OR 97756** | | - | Refund | | | | 10.00 |
| Account No. **A11273** <br><br> **Sandee Henry** <br> **354 Vienna St.** <br> **San Francisco, CA 94112** | | - | Refund | | | | 194.00 |

Sheet no. __122_ of __149_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    296.40

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                              ,   Case No.   **08-34585**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A22868**<br><br>**Sandra D. Cazier**<br>**1553 NW Ivy Ave.**<br>**Redmond, OR 97756** | | - | Refund | | | | 10.00 |
| Account No. **A19649**<br><br>**Sandra D. Wilson**<br>**2256 SW 23rd St.**<br>**Redmond, OR 97756** | | - | Refund | | | | 3.00 |
| Account No. **A12535**<br><br>**Sandra K. Phillips**<br>**3736 SW Sam Snead Ct.**<br>**Redmond, OR 97756** | | - | Refund | | | | 10.00 |
| Account No. **A11008**<br><br>**Sandra Ruybalid**<br>**PO Box 464**<br>**Redmond, OR 97756** | | - | Refund | | | | 28.00 |
| Account No. **A24012**<br><br>**Sarah A. Walker**<br>**1530 NE 8th St**<br>**Redmond, OR 97756** | | - | Refund | | | | 10.00 |

Sheet no. **123** of **149** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **61.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **The Marshall Group, LLC**                                        Case No. **08-34585**
                                        ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A16206** <br><br> Sarah J. Maxey <br> 2077 NW Kingwood Ave. <br> Redmond, OR 97756 | | - | | | Refund | | | | 70.00 |
| Account No. **A19893** <br><br> Sarah J. Reece <br> 9339 NW 5th St. <br> Terrebonne, OR 97760 | | - | | | Refund | | | | 10.00 |
| Account No. **A20699** <br><br> Sarah R. Churchill <br> 2515 NW 10th St. <br> Redmond, OR 97756 | | - | | | Refund | | | | 7.00 |
| Account No. **A5319** <br><br> Savannah A. Burns <br> 2002 SW Canyon Dr. #9 <br> Redmond, OR 97756 | | - | | | Refund | | | | 20.00 |
| Account No. **A16066** <br><br> Savannah D. Stanger <br> 700 Eckler St. <br> Dayton, WA 99328 | | - | | | Refund | | | | 15.00 |

Sheet no. __124__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **122.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Marshall Group, LLC**                                    , Case No. __**08-34585**__
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **A19293** | | | | | Refund | | | | |
| Scott D. Allard 20865 Pony Ave. Bend, OR 97701 | | - | | | | | | | 22.64 |
| Account No. **A4123** | | | | | Refund | | | | |
| Scott E. Polen 3206 NE Yellowpine Prineville, OR 97754 | | - | | | | | | | 16.07 |
| Account No. | | | | | Legal Services | | | | |
| Scott Hookland PO Box 23414 Tigard, OR 97281 | | - | | | | | | | 9,739.31 |
| Account No. **A17230** | | | | | Refund | | | | |
| Scott N. Hanney 15454 SE Rhine St. Portland, OR 97236 | | - | | | | | | | 44.09 |
| Account No. **A1517** | | | | | Refund | | | | |
| Scott W. Lockridge 3755 SW Crest Ct. Redmond, OR 97756 | | - | | | | | | | 25.00 |

Sheet no. __**125**__ of __**149**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     9,847.11

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                              ,        Case No.    **08-34585**
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A12723**<br><br>**Sean Marsters**<br>**3385 SW Lava Ave.**<br>**Redmond, OR 97756** | | - | | | Refund | | | | **10.00** |
| Account No. **A11001**<br><br>**Sean W. McMullen**<br>**1246 NE 4th Street**<br>**Redmond, OR 97756** | | - | | | Refund | | | | **5.44** |
| Account No.<br><br>**Service Master**<br>**PO Box 6073**<br>**Bend, OR 97708** | | - | | | Refund | | | | **Unknown** |
| Account No. **A15647**<br><br>**Shan L. Ledbury**<br>**5810 NW Lone Pine Ln.**<br>**Redmond, OR 97756** | | - | | | Refund | | | | **20.04** |
| Account No. **A16589**<br><br>**Shannon Salyers**<br>**84338 Christsen Rd.**<br>**Eugene, OR 97405** | | - | | | Refund | | | | **174.00** |

Sheet no. **126** of **149** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **209.48**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                      ,      Case No.    **08-34585**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A3096** <br><br> Sharla D. Shields <br> 3811 NW 38th St <br> Redmond, OR 97756 | - | | Refund | | | | 2.70 |
| Account No. **A1972** <br><br> Shauna L. Fowler <br> 5511 SW Harvest Ave. <br> Redmond, OR 97756 | - | | Refund | | | | 51.95 |
| Account No. **A16845** <br><br> Shawn T. Kirkpatrick <br> 4182 SW Reindeer Ave. <br> Redmond, OR 97756 | - | | Refund | | | | 30.00 |
| Account No. **A19967** <br><br> Shaylene M. Vanantwep <br> 20773 Liberty Lane <br> Bend, OR 97701 | - | | Refund | | | | 10.00 |
| Account No. **A14189** <br><br> Shelly A. Duhn <br> 20011 Glen Vista Rd. <br> Bend, OR 97701 | - | | Refund | | | | 14.05 |

Sheet no. __127__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **108.70**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __The Marshall Group, LLC_____,    Case No. ____08-34585_____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A15929** <br><br> **Shelly A. Gowdy** <br> **10139 Juniper Glen Circle** <br> **Redmond, OR 97756** | | - | Refund | | | | 5.00 |
| Account No. **A10704** <br><br> **Shelly S. Osterhout** <br> **2212 SW Stoneledge** <br> **Redmond, OR 97756** | | - | Refund | | | | 124.00 |
| Account No. **A11421** <br><br> **Shimry A. Breese** <br> **PO Box 211** <br> **Redmond, OR 97756** | | - | Refund | | | | 70.00 |
| Account No. **A1948** <br><br> **Shirley D. Wanker** <br> **752 NW Redwood Ave.** <br> **Redmond, OR 97756** | | - | Refund | | | | 40.86 |
| Account No. **A12474** <br><br> **Sonia M. Mata** <br> **659 SW 29th Street** <br> **Redmond, OR 97756** | | - | Refund | | | | 26.20 |

Sheet no. __128__ of __149__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

266.06

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                      ,      Case No.   **08-34585**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A21713**<br><br>Stacey M. Davies<br>6415 SW Jaguar Ave.<br>Redmond, OR 97756 | | - | | | Refund | | | | 83.64 |
| Account No. **A1963**<br><br>Stacie L. Wagner<br>3176 NW Fox Tail Pl.<br>Corvallis, OR 97330 | | - | | | Refund | | | | 20.00 |
| Account No. **A2473**<br><br>Stacy L. Glover<br>2625 SW Salmon<br>Redmond, OR 97756 | | - | | | Refund | | | | 27.88 |
| Account No. **A1048**<br><br>Stacy L. Skauge<br>955 NW Hwy. 20<br>Toledo, OR 97391 | | - | | | Refund | | | | 20.00 |
| Account No. **A12277**<br><br>Stanley H. Snyder<br>14835 Haywagon<br>Sisters, OR 97759 | | - | | | Refund | | | | 3.16 |

Sheet no.  **129**  of  **149**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **154.68**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Marshall Group, LLC**
                                                                                          ,    Case No.    __08-34585__
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Staples** <br> **Dept. LA 1368** <br> **P.O. Box 83689** <br> **Chicago, IL 60696-3689** | | - | Supplies | | | | 9,418.38 |
| Account No. **A15589** <br><br> **STAR** <br> **PO Box 55270** <br> **Phoenix, AZ 85078** | | - | Refund | | | | 83.20 |
| Account No. **A20645** <br><br> **Stella L. Traweek** <br> **1177 S. Bent Loop** <br> **Powell Butte, OR 97753** | | - | Refund | | | | 126.27 |
| Account No. **A14075** <br><br> **Stephen Cerruti** <br> **831 Anthony Ct.** <br> **Leesburg, VA 20175** | | - | Refund | | | | 121.28 |
| Account No. **A17890** <br><br> **Stephen E. Macon** <br> **1209 S. Main** <br> **Lindale, TX 75771** | | - | Refund | | | | 50.00 |

Sheet no. __130__ of __149__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,799.13

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __The Marshall Group, LLC_____,    Case No. ___08-34585_____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A3138** <br><br> **Stephen Gockley** <br> **2315 J St** <br> **Bellingham, WA 98225** | | - | | | Refund | | | | 363.00 |
| Account No. **A3969** <br><br> **Stephen J. Brabeck** <br> **12 Paso Del Rio** <br> **Carmel Valley, CA 93924** | | - | | | Refund | | | | 390.00 |
| Account No. **A12717** <br><br> **Steve C. Lyublanovits** <br> **3920 NE 45th St.** <br> **Redmond, OR 97756** | | - | | | Refund | | | | 33.26 |
| Account No. **A603** <br><br> **Steve G. Brewer** <br> **20860 89th St** <br> **Bend, OR 97701** | | - | | | Refund | | | | 1.00 |
| Account No. **A22633** <br><br> **Steve W. Carlson** <br> **5055 NW Coyner** <br> **Redmond, OR 97756** | | - | | | Refund | | | | 10.00 |

Sheet no. __131__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    797.26

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **The Marshall Group, LLC**                                                                    Case No. ____**08-34585**_____
                                                              ,
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A15678**<br><br>**Steven A. Hagan**<br>**4225 SW Ben Hogan Dr.**<br>**Redmond, OR 97756** | | - | | | Refund | | | | 11.64 |
| Account No. **A19788**<br><br>**Steven B. Wyatt**<br>**PO Box 1446**<br>**Depoe Bay, OR 97341** | | - | | | Refund | | | | 24.00 |
| Account No. **A1286**<br><br>**Steven K. Christiansen**<br>**4980 SW McVey**<br>**Redmond, OR 97756** | | - | | | Refund | | | | 20.95 |
| Account No. **A15123**<br><br>**Steven W. Kyman**<br>**61146 Brookhollow Dr.**<br>**Bend, OR 97702** | | - | | | Refund | | | | 25.00 |
| Account No. **A3730**<br><br>**Steven W. Rogers**<br>**61079 Honkers Ct**<br>**Bend, OR 97702** | | - | | | Refund | | | | 1.94 |

Sheet no. __**132**__ of __**149**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     83.53

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Marshall Group, LLC**                                           ,  Case No. ___**08-34585**___
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Stoner Electric Group** <br> **1904 SE Ochoco Street** <br> **Portland, OR 97222** | | - | | **Services provided. Amount undetermined.** | | | | **Unknown** |
| Account No. **A2547** <br><br> **Susan B. Jackson** <br> **PO Box 987** <br> **Pacific City, OR 97135** | | - | | **Refund** | | | | **74.92** |
| Account No. **A21556** <br><br> **Susan Bristol** <br> **PO Box 416** <br> **Lincoln City, OR 97367** | | - | | **Refund** | | | | **9.05** |
| Account No. **A617** <br><br> **Susan E. Lester** <br> **472 NW Terrace Ln** <br> **Prineville, OR 97754** | | - | | **Refund** | | | | **78.20** |
| Account No. **A14089** <br><br> **Susan G. Smythe** <br> **4651 SW 43rd** <br> **Redmond, OR 97756** | | - | | **Refund** | | | | **63.60** |

Sheet no. __**133**_ of _**149**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **225.77**

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                    ,   Case No.    **08-34585**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A17126**<br><br>**Susan J. Rae**<br>**22651 NW West Union Rd.**<br>**Hillsboro, OR 97124** | | - | | | Refund | | | | 51.90 |
| Account No. **A13121**<br><br>**Susan K. Wheeler**<br>**PO Box 368**<br>**Gleneden Beach, OR 97388** | | - | | | Refund | | | | 20.00 |
| Account No. **A25294**<br><br>**Susan L. Browne**<br>**500 Highland Meadow LP**<br>**Redmond, OR 97756** | | - | | | Refund | | | | 40.40 |
| Account No. **A16024**<br><br>**Susan O'Brien**<br>**7469 SW Onyx**<br>**Terrebonne, OR 97760** | | - | | | Refund | | | | 16.73 |
| Account No. **A15869**<br><br>**Susan P. Maffai**<br>**1017 NW Larch Ct.**<br>**Redmond, OR 97756** | | - | | | Refund | | | | 15.00 |

Sheet no. __**134**__ of __**149**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     144.03

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                    ,   Case No.   __08-34585__
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A14989** | | | | | Refund | | | | |
| Suzann B. Brawley 66260 Rebecca Ln. Bend, OR 97701 | | - | | | | | | | |
| | | | | | | | | | 3.54 |
| Account No. **A12457** | | | | | Refund | | | | |
| Suzanne Yarbrough 15340 Smithrock Way Terrebonne, OR 97760 | | - | | | | | | | |
| | | | | | | | | | 133.60 |
| Account No. **A14269** | | | | | Refund | | | | |
| Sylvia L. Klukkert 11960 Horny Hollow Tr Terrebonne, OR 97760 | | - | | | | | | | |
| | | | | | | | | | 5.00 |
| Account No. **A137** | | | | | Refund | | | | |
| Tamara K. Boegelsack-Shaw 3237 SE Juniper Ave. Redmond, OR 97756 | | - | | | | | | | |
| | | | | | | | | | 3.04 |
| Account No. **A22558** | | | | | Refund | | | | |
| Tamara Rufener 8142 SE Hay Creek Rd. Madras, OR 97741 | | - | | | | | | | |
| | | | | | | | | | 9.71 |

Sheet no. __135__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    154.89

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                          ,        Case No.   **08-34585**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **A1824** <br><br> **Tami D. Mills** <br> **8585 NW Eagle Dr.** <br> **Redmond, OR 97756** | | - | | Refund | | | | **92.00** |
| Account No. **A14264** <br><br> **Tami J. Nelson** <br> **2938 NW 22nd St.** <br> **Redmond, OR 97756** | | - | | Refund | | | | **5.00** |
| Account No. **A12418** <br><br> **Tammy R. Rudd** <br> **12669 SW Spur Place** <br> **Redmond, OR 97756** | | - | | Refund | | | | **20.00** |
| Account No. **A26319** <br><br> **Tana M. Jordan** <br> **PO Box 451** <br> **Prineville, OR 97754** | | - | | Refund | | | | **10.00** |
| Account No. **A21028** <br><br> **Tanya M. Blair** <br> **2830 NW 19th St.** <br> **Redmond, OR 97756** | | - | | Refund | | | | **4.58** |

Sheet no. __**136**__ of __**149**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**131.58**

B6F (Official Form 6F) (12/07) - Cont.

In re __The Marshall Group, LLC_____,  Case No. ___08-34585_____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A23967** | | | Refund | | | | |
| Tasha L. James 717 NE Larch Ave Redmond, OR 97756 | | - | | | | | 10.00 |
| Account No. **A12603** | | | Refund | | | | |
| Tera M. Adamson PO Box 864 Prineville, OR 97754 | | - | | | | | 51.40 |
| Account No. **A23908** | | | Refund | | | | |
| Teri L. Manselle 936 NW Spruce Tree Pl Redmond, OR 97756 | | - | | | | | 77.73 |
| Account No. **A2371** | | | Refund | | | | |
| Terri L. Baxter PO Box 1922 Redmond, OR 97756 | | - | | | | | 10.00 |
| Account No. **A18668** | | | Refund | | | | |
| Terrilynn Hargas 2140 SW Canyon Dr., No. C Redmond, OR 97756 | | - | | | | | 10.13 |

Sheet no. __137__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                159.26

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                              ,       Case No.    **08-34585**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **A16844** | | | | Refund | | | | |
| **Terry A. Mischke** **PO Box 2365** **Redmond, OR 97756** | | - | | | | | | 28.30 |
| Account No. **A15334** | | | | Refund | | | | |
| **Terry L. Kudrna** **3840 SW Sumitt Ave.** **Redmond, OR 97756** | | - | | | | | | 15.92 |
| Account No. **A16266** | | | | Refund | | | | |
| **Terry M. VanCleve** **2440 SW 33rd St.** **Redmond, OR 97756** | | - | | | | | | 19.41 |
| Account No. **A12289** | | | | Refund | | | | |
| **Terry R. Kindle** **PO Box 671** **Oakridge, OR 97463** | | - | | | | | | 38.00 |
| Account No. **A22473** | | | | Refund | | | | |
| **Theresa A. Moss** **3135 SW Bear Dr.** **Madras, OR 97741** | | - | | | | | | 20.00 |

Sheet no. __138__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                121.63

B6F (Official Form 6F) (12/07) - Cont.

In re __The Marshall Group, LLC_____,    Case No. ___08-34585_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. **A12243** | | | | | Refund | | | | |
| Therese M. Helton 615 Center Ridge Dr. Culver, OR 97734 | | - | | | | | | | |
| | | | | | | | | | 1.70 |
| Account No. **A24688** | | | | | Refund | | | | |
| Thomas A. Tucker 3810 Gene Sarazan Dr. Redmond, OR 97756 | | - | | | | | | | |
| | | | | | | | | | 10.00 |
| Account No. **A245** | | | | | Refund | | | | |
| Thomas G. Kirk 2506 NW Canyon Redmond, OR 97756 | | - | | | | | | | |
| | | | | | | | | | 15.00 |
| Account No. **A2969** | | | | | Refund | | | | |
| Thomas J. Moreau 4500 NE East Devils Lake Rd. Otis, OR 97368 | | - | | | | | | | |
| | | | | | | | | | 117.16 |
| Account No. **A11972** | | | | | Refund | | | | |
| Thomas W. Edwards 619 SW 15th Redmond, OR 97756 | | - | | | | | | | |
| | | | | | | | | | 10.00 |

Sheet no. __139_ of _149__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)
153.86

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Marshall Group, LLC**                                    ,        Case No.   **08-34585**
                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **ThySsen Elevator** <br> **PO Box 933004** <br> **Atlanta, GA 31193-3004** | | - | | | Services provided. Amount undetermined. | | | | **0.00** |
| Account No. **A12221** <br><br> **Tiffany A. Shaw** <br> **2929 SW Deshutes Ave.** <br> **Redmond, OR 97756** | | - | | | Refund | | | | **10.00** |
| Account No. **A18413** <br><br> **Tiffany C. Drum** <br> **3911 NE Killingsworth St., No. 7** <br> **Portland, OR 97211** | | - | | | Refund | | | | **2.50** |
| Account No. **A14462** <br><br> **Tiffany J. Hall** <br> **18760 NW Rook Creek Cir., No. 116** <br> **Portland, OR 97229** | | - | | | Refund | | | | **1.00** |
| Account No. **A14510** <br><br> **Tim Swihart** <br> **20727 SW Santa Fe Terrace** <br> **Sherwood, OR 97140** | | - | | | Refund | | | | **10.00** |

Sheet no. **140** of **149** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**23.50**

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                           ,    Case No.    **08-34585**
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A14556** | | | - | | Refund | | | | |
| **Timothy D. Hyatt** **2992 SW Indian Cr.** **Redmond, OR 97756** | | | | | | | | | 25.00 |
| Account No. **A4268** | | | - | | Refund | | | | |
| **Tina Dunaway** **6792 SE Juniper Canyon Rd.** **Prineville, OR 97754** | | | | | | | | | 33.12 |
| Account No. **A2346** | | | - | | Refund | | | | |
| **Todd M. Brown** **122331 NW 29th** **Terrebonne, OR 97760** | | | | | | | | | 132.48 |
| Account No. **A12842** | | | - | | Refund | | | | |
| **Toni K. Buettner** **2276 NW Canyon Dr.** **Redmond, OR 97756** | | | | | | | | | 21.74 |
| Account No. **A15785** | | | - | | Refund | | | | |
| **Tonya D. Kennedy** **815 NW 6th St.** **Prineville, OR 97754** | | | | | | | | | 10.00 |

Sheet no. __141__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    222.34

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __The Marshall Group, LLC_____,    Case No. ___08-34585_____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A4932** | | | | | Refund | | | | |
| Tracey Jones 7309 S Eudora Court Centennial, CO 80122 | | - | | | | | | | 100.00 |
| Account No. **A526** | | | | | Refund | | | | |
| Traci L. Jones 2484 SW039th Pl Redmond, OR 97756 | | - | | | | | | | 20.00 |
| Account No. **A27129** | | | | | Refund | | | | |
| Traci M. Trimble 2515 NW Cedar Ave Redmond, OR 97756 | | - | | | | | | | 10.00 |
| Account No. **A15273** | | | | | Refund | | | | |
| Tracy C. Henry 2793 SW Indian Ave. Redmond, OR 97756 | | - | | | | | | | 5.00 |
| Account No. **A18011** | | | | | Refund | | | | |
| Tracy S. Gulan 430 S. Niagara St., No. 209 Burbank, CA 91505 | | - | | | | | | | 10.00 |

Sheet no. __142__ of __149__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     145.00

B6F (Official Form 6F) (12/07) - Cont.

In re __The Marshall Group, LLC__ _____,    Case No. ___08-34585_____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A1827**<br><br>**Travas W. Crumley**<br>**5335 NW Irwin Lane**<br>**Redmond, OR 97756** | | - | Refund | | | | 5.00 |
| Account No. **A13778**<br><br>**Treasha K. Linton**<br>**4806 SW Obsidian**<br>**Redmond, OR 97756** | | - | Refund | | | | 155.56 |
| Account No. **A14151**<br><br>**Tricare**<br>**PO Box 77028**<br>**Madison, WI 53707** | | - | Refund | | | | 14.45 |
| Account No. **A12112**<br><br>**Tricare**<br>**PO Box 7890**<br>**Madison, WI 53707-7890** | | - | Refund | | | | 18.38 |
| Account No. **A12232**<br><br>**Tricare**<br>**PO Box 7890**<br>**Madison, WI 53707-7890** | | - | Refund | | | | 18.38 |

Sheet no. __143_ of _149__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal      
(Total of this page)            211.77

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re　　**The Marshall Group, LLC**　　　　　　　　　　　　　　, 　　Case No.　　**08-34585**

　　　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **A3110** | | | | Refund | | | | |
| Tricare PO Box 7890 Madison, WI 53707-7890 | - | | | | | | | 29.60 |
| Account No. **A2077** | | | | Refund | | | | |
| Tricare West Region Provider Refunds PO Box 77028 Madison, WI 53707 | - | | | | | | | 11.46 |
| Account No. **A20282** | | | | Refund | | | | |
| Tyann M. Ough 5415 SW 58th Redmond, OR 97756 | - | | | | | | | 3.00 |
| Account No. **A14978** | | | | Refund | | | | |
| Tyson J. Burruss PO Box 2151 Terrebonne, OR 97760 | - | | | | | | | 10.00 |
| Account No. **A20965** | | | | Refund | | | | |
| UMR PO Box 145804 Cincinnati, OH 45250-5804 | - | | | | | | | 141.28 |

Sheet no. __**144**__ of __**149**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal　　　　　　　195.34
(Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                          ,      Case No.      **08-34585**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A4020** | | | | | Refund | | | | |
| United Healthcare PO Box 30557 Salt Lake City, UT 84130 | | - | | | | | | | 318.65 |
| Account No. **A26525** | | | | | Refund | | | | |
| Valerie Wright 18206 100th St Ct E Bonney Lake, WA 98391 | | - | | | | | | | 194.00 |
| Account No. **A3534** | | | | | Refund | | | | |
| Vicki L. Montgomery-Howe 584 SW Bent Loop Powell Butte, OR 97753 | | - | | | | | | | 25.00 |
| Account No. **A5580** | | | | | Refund | | | | |
| Vickie L. Lansford 608 SW014th St Redmond, OR 97756 | | - | | | | | | | 105.00 |
| Account No. **A5728** | | | | | Refund | | | | |
| Victoria F. Roediger 3238 SW Metolius Ave Redmond, OR 97756 | | - | | | | | | | 177.00 |

Sheet no. __**145**__ of __**149**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

819.65

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __The Marshall Group, LLC_____,    Case No. ___08-34585_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **A11767** | | | | | Refund | | | | |
| Victoria M. Leason 69451 Goodrich Rd. Sisters, OR 97759 | | - | | | | | | | 20.00 |
| Account No. **A26622** | | | | | Refund | | | | |
| Vincent F. Rotter 433 NE Irving Ave #1 Bend, OR 97701 | | - | | | | | | | 10.00 |
| Account No. **A20891** | | | | | Refund | | | | |
| Violet B. Douglass 552 NE Franklin Bend, OR 97701 | | - | | | | | | | 5.00 |
| Account No. **A404** | | | | | Refund | | | | |
| Virgil (Ike) Monzula 2402 SW Valley View Dr Redmond, OR 97756 | | - | | | | | | | 12.00 |
| Account No. **A23655** | | | | | Refund | | | | |
| WA Teamsters TRST 2323 Eastlake Ave E. Seattle, WA 98102-3393 | | - | | | | | | | 20.17 |

Sheet no. __146_ of __149_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

67.17

B6F (Official Form 6F) (12/07) - Cont.

In re __The Marshall Group, LLC_____,    Case No. ___08-34585_____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. **A1908** | | | | | Refund | | | | |
| Warren D. Snyder 2254 SW 37th Redmond, OR 97756 | | - | | | | | | | 20.00 |
| Account No. **A25713** | | | | | Refund | | | | |
| Warren R. Mines 604 NE Shoshone Dr. Redmond, OR 97756 | | - | | | | | | | 5.00 |
| Account No. **A17099** | | | | | Refund | | | | |
| Wayne R. Rowe 2574 SW Xero Ave. Redmond, OR 97756 | | - | | | | | | | 38.86 |
| Account No. **A14095** | | | | | Refund | | | | |
| Wende L. Benner PO Box 201 Redmond, OR 97756 | | - | | | | | | | 12.15 |
| Account No. **A16007** | | | | | Refund | | | | |
| Wendy A. Joslin 20028 Mt. Hope Lane Bend, OR 97702 | | - | | | | | | | 87.00 |

Sheet no. __147__ of __149__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    163.01

B6F (Official Form 6F) (12/07) - Cont.

In re __The Marshall Group, LLC_____,        Case No. ___08-34585_____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **13105** <br><br> **Wendy C. Blackman** <br> **PO Box 2125** <br> **Redmond, OR 97756** | | - | Refund | | | | 34.46 |
| Account No. **A1334** <br><br> **Wesley L. Westcott** <br> **807 West Elm St.** <br> **Redmond, OR 97756** | | - | Refund | | | | 149.00 |
| Account No. <br><br> **Western Oregon Waste** <br> **PO Box 270** <br> **Mcminnville, OR 97128** | | | August/Sept. 2008 Garbage service. | | | | 140.80 |
| Account No. **A4258** <br><br> **William Cooper** <br> **300 FErndale Rd West** <br> **Wayzata, MN 55391** | | - | Refund | | | | 1.20 |
| Account No. **A3975** <br><br> **William Cowan** <br> **5552 S Beehive Ave** <br> **Tucson, AZ 85746** | | - | Refund | | | | 25.00 |

Sheet no. __148_ of _149_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

350.46

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Marshall Group, LLC**                                   ,   Case No.   **08-34585**
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A4793** <br><br> **William W. Hulgan** <br> **2520 SW Glacier** <br> **Redmond, OR 97756** | | - | Refund | | | | 30.99 |
| Account No. **A14219** <br><br> **Yvonne Delgado** <br> **437 NW 27th St.** <br> **Redmond, OR 97756** | | - | Refund | | | | 27.60 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __149_ of __149_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 58.59 |
| Total <br> (Report on Summary of Schedules) | 4,738,334.02 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **The Marshall Group, LLC**                                                    ,    Case No.    __08-34585__
                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Asabache Inc.**<br>**5518 S. Bridge Street**<br>**Sheridan, OR 97378** | **Lease for property at 325 N. Hwy 99W.**<br>**Landlord:  Mark Marshall and Cathy Jo Marshall**<br>**Tenant:  Asabache Inc.**<br>**The premises are owned by Marshall McMinnville LLC** |
| **Dell** | **Computer lease.  Debtor is lessee.** |
| **IKON** | **Lease for office equipment. Debtor is lessee.** |
| **Safe Conduct LLC**<br>**321 NE Hwy. 99W, Suite B**<br>**Mcminnville, OR 97128** | **Lease for 321 NE 99W Landlord: Marshall McMinnville, LLC/Mark Marshall - State Farm**<br>**Tenant:  Safe Conduct LLC Month to month lease.**<br>**The property is owned by debtor M & CJ, LLC** |
| **Summit Leasing Inc.**<br>**PO Box 7**<br>**Yakima, WA 98907-0007** | **Lincoln City Immediate Care, LLC; Cathy Jo Marshall; mark R. Marshall (lessees)** |
| **Summit leasing Inc.**<br>**PO Box 7**<br>**Yakima, WA 98907-0007** | **Redmond Immediate Care, LLC, Mark R. Marshall, Cathy Jo Marshall (lessees)** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

In re **The Marshall Group, LLC** _____ , Case No. **08-34585** _____

Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Mark R. Marshall**<br>**P.O. Box 177**<br>**Mcminnville, OR 97128** | **Arland and Jean Keeton**<br>**18159 West Hwy. 126**<br>**Bend, OR 97702** |
| **Mark R. Marshall**<br>**P.O. Box 177**<br>**Mcminnville, OR 97128** | **Keeton-King Construction Inc.**<br>**18159 Hwy. 126**<br>**Sisters, OR** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Oregon

In re   **The Marshall Group, LLC**                                          Case No.   **08-34585**
                                              Debtor(s)         Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**165**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **October  3, 2008**                        Signature   **/s/ Mark Marshall**
                                                         **Mark Marshall**
                                                         **Member**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## District of Oregon

In re  **The Marshall Group, LLC**                           Case No.    **08-34585**

                             Debtor(s)           Chapter     **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

-------------------------------------------

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| **$1,600,000.00** | **Patient fees  Jan. - Sept. 2008 (approximate)** |
| **$1,640,457.46** | **Patient fees 2007 (approximate)** |
| **$410,000.00** | **Patient fees 2006 (approximate)** |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$105,427.53** | **Rental income Jan. - Sept. 2008 (approximate)** |
| **$171,220.23** | **Rental income 2007 (approximate)** |
| **$202,000.00** | **Rental income 2006 (approximate)** |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Pace Staffing Services LLC v. Marshall Medical LLC dba Marshall Medical Group Case No. 07CV0390MA** | **Civil Contract** | **Deschutes County Circuit Court 1164 NW Bond Bend, OR  97701** | **General Judgment creating lien and Money Award entered 3/11/08** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Arland Keeton et al v. Mark Marshall, Cathy J. Marshall, Marshall McMinnville LLC, M & CJ LLC, Endeavors Inc. dba Endeavors LLC, Marshall Properties LLC, The Marshall Group LLC, and Lake Plaza LLC Case No. CV080289** | **Civil Foreclosure** | **Yamhill County Circuit Court 535 NE 5th Street McMinnville, OR 97128-4504** | **Pending** |
| **Commercial Industrial Design A dba Cida Inc. v. Marshall Group LLC Case No. 080608050** | **Breach of Contract, account, services rendered, unjust-enrichment.** | **Multnomah County Circuit Court 1021 SW 4th Avenue Portland, OR  97204** | **Pending** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **McEwen Gisvold LLP**<br>**1100 SW 6th Ave., #1600**<br>**Portland, OR 97201** | **July 31, 2008.  Paid by Mark Marshall.** | **$59,891.19** |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **US Bank** | | |
| **US Bank** | | |

5

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **1105 SE Jetty Ave.**<br>**Lincoln City, OR** | **Lincoln City Immediate Health Care LLC** | |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be
■     or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
      the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■     Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■     the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
      docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
☐     ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
      partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
      immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
      within **six years** immediately preceding the commencement of this case.

      *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
      ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
      years** immediately preceding the commencement of this case.

      *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
      ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
      years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Marshall Properties, LLC** | **Need** | **107 E. 19th St. Mcminnville, OR 97128** | **Real Estate** | **5/30/03 - 7/21/08** |
| **M&CJ LLC** | **5299** | **207 E 19th St. Mcminnville, OR 97128** | **Real Estate** | **12/26/03 - 7/21/08** |
| **Marshall Medical, LLC** | **9937** | **207 E. 19th St. Mcminnville, OR 97128** | **Health Care** | **5/30/03 - 7/21/08** |

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

| NAME | ADDRESS |
|---|---|

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

     *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above,
within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

**19. Books, records and financial statements**

None    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
■    supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED

None    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
■    of account and records, or prepared a financial statement of the debtor.

NAME                            ADDRESS                            DATES SERVICES RENDERED

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
■    of the debtor. If any of the books of account and records are not available, explain.

NAME                                            ADDRESS

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■    issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                            DATE ISSUED

**20. Inventories**

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■    and the dollar amount and basis of each inventory.

DATE OF INVENTORY              INVENTORY SUPERVISOR                  DOLLAR AMOUNT OF INVENTORY
                                                                    (Specify cost, market or other basis)

None    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

                                            NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                            RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

NAME AND ADDRESS                      NATURE OF INTEREST            PERCENTAGE OF INTEREST

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐    controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                                    NATURE AND PERCENTAGE
NAME AND ADDRESS                      TITLE                          OF STOCK OWNERSHIP
**Mark R. Marshall**                  **Member**                     **50% membership interest**
**207 E. 19th St.**
**Mcminnville, OR 97128**

**Cathy Jo Marshall**                 **Member**                     **50% Membership interest**
**207 NE 19th Street**
**Mcminnville, OR 97128**

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                ADDRESS                                DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                        TITLE                        DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                            DATE AND PURPOSE                    AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR                   OF WITHDRAWAL                      OR DESCRIPTION AND
                                                                          VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                        TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                        TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **October  3, 2008**                        Signature   **/s/ Mark Marshall**
                                                              **Mark Marshall**
                                                              **Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

A & E Security and Electronics
PO Box 179
Mcminnville, OR 97128

Aaron A. Smith
6248 SW Mesa
Redmond, OR 97756

Aaron R. Alldredge
3795 SW Crest Ct.
Redmond, OR 97756

AARP
PO Box 740819
Atlanta, GA 30374-0819

Accent Insurance
PO Box 952366
Saint Louis, MO 63195

Adrian J. White
1595 NW Teakwook Lane
Redmond, OR 97756

Adrienne Dell
1861 Anne Way
San Jose, CA 95124

Advantage Nurse Staffing
16420 SE McGilliray, Suite 103
Vancouver, WA 98683

Aetna
PO Box 14100
Lexington, KY 40512

Aetna EPO
PO Box 14089
Lexington, KY 40512-4089

Alan Arthur
2 Camellia
Rancho Santa Margarita, CA 92688

Alan T. Millar
995 Nutcracker Dr.
Redmond, OR 97756

Amanda I. Abell
2422 SW 30th Street
Redmond, OR 97756

Amanda J. Franklet
110 NW Wilmington Ave.
Bend, OR 97701

Amanda M. Martin
1150 NW 21st Pl
Redmond, OR 97756

Amber D. Martinson
2980 SW Indian Cir
Redmond, OR 97756

Amber J. Hill
2223 NW Poplar Pl
Redmond, OR 97756

Amber K. Kelly
65245 76th St.
Bend, OR 97701

Amber L. Carlson
69175 Lariat
Sisters, OR 97759

Amber L. Owen
3867 NW Lower Bridge Way
Terrebonne, OR 97760

Amber L. Rogers
1905 SW 35th St.
Redmond, OR 97756

Amy J. Bannon
3524 S Crooked River
Prineville, OR 97754

Amy L. Dawydiuk
15770 Trapper Point Rd.
Sisters, OR 97759

Amy M. Hardin
1311 Wild Rose Lane
Gearhart, OR 97138

Andre Hutchinson
1320 Carolyn Dr.
Virginia Beach, VA 23451

Andrea J. Buerger
PO Box 5
Redmond, OR 97756

Andrea L. Simonson
PO Box 784
Neskowin, OR 97149

Andrea N. Boothby
14420 NW Park Ln.
Culver, OR 97734

Angela C. Alvarez
2380 NW Fir Ave
Redmond, OR 97756

Angela E. Hudsoeth
3346 SW Volcano
Redmond, OR 97756

Angela J. Nace
13093 SW Cinder Drive
Terrebonne, OR 97760

Angela M. Landry
2050 SW 21st St.
Redmond, OR 97756

Angela R. Loible
3404 SW Pumice Ave
Redmond, OR 97756

Angie L. Neal
363 NW 27th
Redmond, OR 97756


Ann Borer
7510 80th Pl SE
Mercer Island, WA 98040


Anne E. Goldner
1744 NW 12th St
Portland, OR 97201


Annie Ellison
1331 NW 19th
Redmond, OR 97756


Ansel J. Evans
1645 NW Teak Ave
Redmond, OR 97756


Anthony Bridgeman
17088 Blue Jay
Terrebonne, OR 97760


Anthony H. Franklin
2125 SW 23rd St
Redmond, OR 97756


Anthony L. Alley
10600 SW Green Dr.
Culver, OR 97734


April Tovar
4035 SW Ben Hogan Dr.
Redmond, OR 97756


Aramatrk
PO Box 21210
Eugene, OR 97402-0450


Architectural Metal Works, Inc.
306 N. Main Street
Newberg, OR 97132

Arland and Jean Keeton
18159 West Hwy. 126
Bend, OR 97702


Asabache Inc.
5518 S. Bridge Street
Sheridan, OR 97378


Ashleigh N. Davis
9412 High Oak Drive
Bakersfield, CA 93311


Ashley M. Gamboa
7948 SW Shad Rd.
Terrebonne, OR 97760


Ashley N. Hudson
2612 SW Umatilla
Redmond, OR 97756


AT & T Mobility
PO Box 30459
Los Angeles, CA 90030-0459


B. Cody Suing
PO Box 1748
Prineville, OR 97754


Barbara Bodyfelt
15740 SW 79th Ave.
Tigard, OR 97224


Barry S. McGarvey
PO Box 58
Redmond, OR 97756


Barton L. Garrison
3752 SW Volcano Pl.
Redmond, OR 97756


Bend BroadBand
PO Box 7180
Pasadena, CA 91109-7180

Bend Garbage and Recycling
PO Box 504
Bend, OR 97709-0504


Benjamin C. Mann
536 NE Negus Lp
Redmond, OR 97756


Benjamin R. Field
1227 SW 28th St.
Redmond, OR 97756


Beth A. Hamilton
936 NE Stoneridge Loop
Prineville, OR 97754


Bethany Y. Hammack
847 C Ave
Terrebonne, OR 97760


Betty L. Amis
4798 S. Briar Lane
Powell Butte, OR 97753


Beverly J. Holliday
33041 Takena SW
Albany, OR 97321


Bighorn Capital, Inc.
1734 SE Martin Luther King
Portland, OR


Bighorn Capital, Inc.
3960 Howard Hughes Parkway, 5th Flr.
Las Vegas, NV 89109


Bill E. Perkins
798 NW Locust St.
Prineville, OR 97754


Blanca P. Trejo
8193 SW Shad Road
Terrebonne, OR 97760

Bonnie L. Waite
856 E. Dutton
Eagle Point, OR 97524

Brad A. Schantz
16315 S. Hattan Road
Oregon City, OR 97045

Brad Berry, D.A.
Yamhill County
535 E. 5th St.
Mcminnville, OR 97128

Bradley J. Perrine
3244 SW Lava Ave.
Redmond, OR 97756

Bradley K. Gordon
119 7th Ave.
San Francisco, CA 94118

Brandy B. Bruder
9715 SW Houston Lake Rd
Powell Butte, OR 97753

Brandy J. Gregory
1530 NW 101st
Redmond, OR 97756

Brett E. Hudson
67905 Cloverdale Rd.
Sisters, OR 97759

Brett L. Halderman
PO Box 1025
Sisters, OR 97759

Brian C. Neault
1421 SW Canyon
Redmond, OR 97756

Brian Hinman
14 Glen Ridge Ave.
Los Gatos, CA 95030

Brian L. Cooley
1332 NE 4th St.
Redmond, OR 97756


Brittney E. Cain
2610 SW 23rd St
Redmond, OR 97756


Bruce C. Fremont
7172 SE Wearherby Lp.
Prineville, OR 97754


Bullard Smith Jernstedt Wilson
1000 SW Broadway, Suite 1900
Portland, OR 97205


Byron W. Potter
3711 NW 21st St.
Redmond, OR 97756


Calvan H. Hugie
1749 N Village Ct
Prineville, OR 97754


Cami R. Sitsler
17540 Plainview Rd.
Bend, OR 97701


Candace N. Owen
PO Box 861
Redmond, OR 97756


Cardinal Health
P.O. Box 100316
Pasadena, CA 91189


Carol Gilbert
4990 NE O'Neil Way
Redmond, OR 97756


Carol Stewart
PO Box 451
Pacific City, OR 97135

Carolyn E. Stallings
2425 SW Yew
Redmond, OR 97756

Cascade Natural Gas
PO Box 34344
Seattle, WA 98124-1344

Casey J. King
1939 NW Larch Spur Ct.
Redmond, OR 97756

Casey L. Jadlon
3811 NW Gerke Rd.
Prineville, OR 97754

Casey R. Moore
722 S Ash St.
Sisters, OR 97759

Cassandra D. Godwin
908 SE Loren Lane
Toledo, OR 97391

Catherine A. Morris
9292 SW Meadow Rd
Crooked River Ranch, OR 97760

Catherine A. Savage
PO Box 189
South Beach, OR 97366

Catherine A. Slatic
961 Finnell Way
Placentia, CA 92870

Catherine M. Valenzuela
1334 SE 43rd Ave.
Lincoln City, OR 97367

Cathleen M. Sherland
14549 86th Pl. NE
Kenmore, WA 98028

Cecil J. Ghan
12941 Cinder Dr.
Terrebonne, OR 97760

Chandra K. Biggs
3038 NW 8th St.
Redmond, OR 97756

Charese A. Rohny
Charese Rohny Law Office
1515 SW 5th Ave., Suite 1010
Portland, OR 97201

Charie Bray
PO Box 189
Powell Butte, OR 97753

Charles Gatwood
5105 Forest Creek Rd.
OR 97606

Charles Winter
1828 Shimo Yamagnchi Hayama Machi
Kana Gawa Ken, JAPAN

Charlotte A. Amburn
10170 NE 1st St.
Terrebonne, OR 97760

Charlotte A. Symons
1345 Majestic Rock Dr.
Terrebonne, OR 97760

Chassie L. Walker
7370 SW Poplar Dr
Redmond, OR 97756

Chelsea D. Guyer
1819 NE Surf Ave.
Lincoln City, OR 97367

Chelsea M. Schmidt
7944 Sama LP #1
Bend, OR 97701

Cherrel Stephens dba HCMA
PO Box 1770
Redmond, OR 97756

Chris Rycewicz
1211 Baynerry Rd
Lake Oswego, OR 97034

Christi J. Vogt
6033 SE Riordan Rd
Prineville, OR 97754

Christina A. Barnes
2233 SW 29th St.
Redmond, OR 97756

Christine M. Becerra
72452 Julia Way
Thousand Palms, CA 92276

Christine M. Danner
PO Box 186
Neotsu, OR 97364

Christine M. Tomlin
3475 SW Lava Ave.
Redmond, OR 97756

Christopher J. Mueller
2850 SW Volcano Cir
Redmond, OR 97756

Christy F. Pilon
2929 SW Volcano
Redmond, OR 97756

CIDA
4445 SW Barbur Blvd., Suite 200
Portland, OR 97239

Cindy L. Salter
1515 NW Fir #31
Redmond, OR 97756

Cindy M. Batease
PO Box 135
Mount Vernon, OR 97865

City of Redmond
PO Box 577
Redmond, OR 97756-0131

Claire Holmes
921 Hastings Dr.
Concord, CA 94518

Clarence E. Treadway
HC 71 Box 30
Maupin, OR 97037

Claudia W. Leonard
980 NW 95th St
Redmond, OR 97756

Clayton R. Johnson
908 NW Quince Pl
Redmond, OR 97756

Clear Choice
PO Box 91057
Seattle, WA 98111

Clear Choice
PO Box 7619
Bend, OR 97708

Clifford Ball
8100 Oak Ave.
Roseville, CA 95747

Clinton J. Dunne
565 NW 5th St.
Prineville, OR 97754

Coho
Samaritan Healthcare
PO Box 1310
Corvallis, OR 97330

COIHS
PO Box 5729
Bend, OR 97708

Colin Gregory
1955 NE Cumulus Avenue
Mcminnville, OR 97128

Colleen L. Templin
6602 SE Manning Ln.
Prineville, OR 97754

Collen G. Grabar
3717 Cascade Vista Dr.
Redmond, OR 97756

Comfort Suites
dba Vesta Hospitality
2243 SW Yew Avenue
Redmond, OR 97756

Connie C. Munkres
3338 SW 35th St
Redmond, OR 97756

Consolidated
PO Box 1400
Portland, OR 97207-1400

Corrie E. Maxstadt
2906 SW Juniper Ave.
Redmond, OR 97756

Craig C Campbell
2610 SW 23rd St
Redmond, OR 97756

Craig C. Rosenberg
5734 Elkhorn
Terrebonne, OR 97760

Crawford & Co.
12725 SW 66th, No. 207
Portland, OR 97223

Crawford & Co.
12725 SW 66th #207
Portland, OR 97223

Curtis G. Williams
PO Box 2135
Redmond, OR 97756

Cy Smith
1635 Hillwood Ct. S
Salem, OR 97302

Dan C. Bezdek
8189 Morning Glory
Terrebonne, OR 97760

Danice K. Zinn
3501 SW 35th Pl
Redmond, OR 97756

Daniel A. Root
3437 NW Elm Ave.
Redmond, OR 97756

Daniel S. Butler
3296 Elm Lane
Madras, OR 97741

Daniel S. Ream
722 NE Robin Pl.
Prineville, OR 97754

Danny D. Davidson
3148 SW Indian Pl
Redmond, OR 97756

Darlene L. Netzer
9105 NE 13th St.
Vancouver, WA 98664

Daryl A Santella
44476 Hazel Canyon Ln
Palm Desert, CA 92260

David C. Elliott
PO Box 552
Neotsu, OR 97364

David C. Lemke
62270 Powell Butte Hwy
Bend, OR 97701

David E. Mazzocco
975 SE Sandy Blv., Suite 101
Portland, OR 97214

David J. Quiett
2846 SW 37th Ct
Redmond, OR 97756

David L. Knapp
PO Box 2232
Redmond, OR 97756

David L. Pallmer
1248 SW 17th, Apt. 23
Redmond, OR 97756

David L. Smith
2837 SW Volcano Ct.
Redmond, OR 97756

David Lawson
Yamhill County Assessor
535 E. 5th Street
Mcminnville, OR 97128

David R. Miller
PO Box 544
Toledo, OR 97391

David R. Nygaard
1144 SW 32nd Court
Redmond, OR 97756

David R. Putnam
3437 SW Canal
Redmond, OR 97756

David T. Leja
139 Hazelbrook Dr.
Salem, OR 97303


David Williamson
205 Howard Ave.
Burlingame, CA 94010


Davion L. Leese
669 NW 24th St.
Redmond, OR 97756


Davis Wright et al
1300 SW Fifth Ave., Suite 2300
Portland, OR 97201-5682


Deana M. Bier
37 SE Mckinley Ave #1
Bend, OR 97702


Debbie A. Roe
5170 SW Wickiup Ave.
Redmond, OR 97756


Debbie L. Parret
20640 Couples Ln
Bend, OR 97702


Deborah C. Bales
415 NW 54th Place
Newport, OR 97365


Debra K. Russel
2601 NW Cedar Ave.
Redmond, OR 97756


Debra L. Erickson
18572 SW Whiteoak Lane
Beaverton, OR 97007


Debra S. Boone
PO Box 338
Pacific City, OR 97135

Dell


Denise A. Walker
7370 NW Poplar Dr.
Redmond, OR 97756


Denise L. Hudson
3114 SW Quartz Pl.
Redmond, OR 97756


Derek E. Chamberlin
3960 NW Way
Redmond, OR 97756


Deverne Adamson
64960 Valeview Dr.
Bend, OR 97701


Diana G. Frutos
PO Box 423
Madras, OR 97741


Diana L. Carrington
2554 NW 8th St.
Redmond, OR 97756


Diane J. Hansen
3637 SW Xero Way
Redmond, OR 97756


Diane W. Bohle
655 NE Ochoco Ave
Prineville, OR 97754


Dianne M. Link
3609 N. 49th St.
Milwaukee, WI 53216


Donald J. Fahlgren
11910 NW 43rd St
Terrebonne, OR 97760

Donald L. Jones
1519 NW Spruce Ave.
Redmond, OR 97756

Donald R. Rogers
6300 SW Canal Rd
Redmond, OR 97756

Donald T. Hicks
713 Sunset Way
Dayton, NV 89403

Donita A. Thompson
1516 SW Pumice Ave.
Redmond, OR 97756

Donna J. Fox
66844 Central St
Bend, OR 97701

Donna K. Debo
2249 SW Metolious Ave.
Redmond, OR 97756

Dora L. French
8806 Omar Ct.
Elk Grove, CA 95758

Dorene A. Lawrence
224 SW Rimrock Dr. #49
Redmond, OR 97756

Douglas D. Holdorf
7810 NE Emerson
OR 97241

Douglas J. Siegle
1961 NW Nickernut
Redmond, OR 97756

Earl G. Adams
1629 Manhattan Blvd.
Hermosa Beach, CA 90254

Eberhards Dairy
PO Box 845
Redmond, OR 97756


EBMS/Providence
PO Box 3125
Portland, OR 97208


Eddy Hankins
6007 Landon Dr.
Amarillo, TX 79119


Edward Pace
1864 SW Salmon Ave
Redmond, OR 97756


Elizabeth A. Boisineau
1335 NW 9th
Redmond, OR 97756


Elizabeth D. Peters
2042 NE Elk St
Prineville, OR 97754


Elizabeth M. Bluhm
705 NE Larch Ave.
Redmond, OR 97756


Elizabeth M. Swayne
998 NW 12th St.
Prineville, OR 97754


Elsie E. Long
PO Box 541
Terrebonne, OR 97760


Emily Kowalchuk
3685 SW Hillcrest Ct.
Redmond, OR 97756


Emily R. Milano
4656 NE 45th St.
Redmond, OR 97756

Emma D. Muffenbier
1515 NW Fir St
Redmond, OR 97756

Erain M. Scaggs
3609 SW Hillcreast Dr.
Redmond, OR 97756

Eric W. Bost
636 NE Apache Cr
Redmond, OR 97756

Eric Weybright
2833 SW 21st St.
Redmond, OR 97756

Erin Gailey
2006 42nd Ave East
Seattle, WA 98112

Erin L. Culley
2036 SW Salmon Ave.
Redmond, OR 97756

Esther L. Preston
1805 SW 26th St.
Redmond, OR 97756

Farnham Electric Co.
1050 LaFayette Ave.
Mcminnville, OR 97128

Feodor Kasachev
2995 Molalla Road
Woodburn, OR 97071

Fortunata Baza
2855 SW Quartz Ave
Redmond, OR 97756

Fran W. Derock
2857 NW 8th St
Redmond, OR 97756

Gabriel D. Walker
PO Box 713
Warm Springs, OR 97761


Gaby E. Najera
1538 SW 33rd St.
Redmond, OR 97756


Gallagher
PO Box 23812
Tucson, AZ 85734


Gary Hatfield
21975 Katie Dr.
Bend, OR 97701


Gary M. Moore
21215 Young Ave
Bend, OR 97701


GEHA
PO Box 4665
Independence, MO 64051


Genice D. Holley-Pearson
2650 SW Obsidian
Redmond, OR 97756


Geofrey P. Reck
1323 Hawthorne St.
Forest Grove, OR 97116


George G. Harris
70345 McKenzie Canyon Rd.
Terrebonne, OR 97760


Gerald F. Corwin
1029 SW 14th St.
Redmond, OR 97756


Gerald Gassler
2365 NW 21st St.
Redmond, OR 97756

Gerald M. Chaulet
2962 SW Juniper Ave.
Redmond, OR 97756


Gerald M. McCool
PO Box 24
Terrebonne, OR 97760


Geraldine Bellerby
3480 NW Marine Drive
Lincoln City, OR 97367


Gina D. Kerzman
2338 SW 29th St.
Redmond, OR 97756


Glen L. Moulton
834 NE Nickernut Ave
Redmond, OR 97756


Greg A. Jorgenson
20358 Mahsie Circle
Bend, OR 97702


Hans J. Huffman
302 SW 7th St.
Troutdale, OR 97060


Harvey F. Rohde
2633 SW Obsidian, No. 40
Redmond, OR 97756


Healthnet
PO Box 14130
Lexington, KY 40512


Healthnet
PO Box 14703
Lexington, KY 40512-4703


Healthnet Provider Refund
PO Box 14130
Lexington, KY 40512

Heather R Gregg
2745 SW Volcano Ct
Redmond, OR 97756


Heather T. Bondsteel
1898 NW Davidson Way
Terrebonne, OR 97760


Heidi Pate
2049 NW Ivy Place
Redmond, OR 97756


Henry R. Wilson
740 SE Fairview St.
Prineville, OR 97754


Howard L. McGuire
2731 NE Sugarpine
Prineville, OR 97754


Ian Crawford
PO Box 1936
Prineville, OR 97754


IdaMarie J. Settlemyer
8242 SW Copley Rd.
Powell Butte, OR 97753


IKON


Integra
PO Box 34802
Seattle, WA 98124


IRS
PO Box 21126
Philadelphia, PA 19114


Iva M. Flack
1985 NW Joghua Ct.
Redmond, OR 97756

Jack D. Frison
PO Box 1535
Terrebonne, OR 97760

Jack M. Kennedy
8701 Crater Loop
Terrebonne, OR 97760

Jackie Abslag
2131 NW Elm Ave
Redmond, OR 97756

Jacklyn A. Quesenberry
1007 NW 35th St
Redmond, OR 97756

Jacob Janzen
9223 SW Pamotma Rd.
Terrebonne, OR 97760

James F. Phillips
7143 SW Onyx Rd.
Prineville, OR 97754

James G. Trollier
11161 NW Nye Ave.
Redmond, OR 97756

James I. Williams
10396 W. Irving Ct.
Boise, ID 83704

James L. Axling
845 Victoria Falls Dr.
Redmond, OR 97756

James Paterson
1326 SW 16th St
Redmond, OR 97756

James R. Barnett
1922 SW 37th Street
Redmond, OR 97756

Jamie B. Pierce-Fangman
2141 NW Madras Hwy.
Prineville, OR 97754


Jane E. Joseph
1824 SE 23rd Ave
Portland, OR 97208


Janet K. McCloughan
3202 NW Lamonta Rd
Prineville, OR 97754


Janet L. Weathers
4591 SW Smith Lane
Culver, OR 97734


Janice H. Weiglein
PO Box 3433
Chico, CA 95927


Janice R. Gold
3744 SW Volcano Ave.
Redmond, OR 97756


Janna M. Limbert
PO Box 876
Siletz, OR 97380


Jasmine E. Thomas
2050 SW Timber Ave B-11
Redmond, OR 97756


Jason W. Eastburn
4337 E. Morning Vista Lane
Cave Creek, AZ 85331


Jayne S. Oncea
2236 NW Ivy Ct.
Redmond, OR 97756


Jean E. Praefke
7955 SW Shad Rd.
Terrebonne, OR 97760

Jeane C. Hannen
470 Seagrove Loop
Lincoln City, OR 97367

Jeanette I. Miller
63806 Hunters Circle
Bend, OR 97701

Jeanie M. Traxtle
2856 SW Pumice Pl
Redmond, OR 97756

Jeanne A. Watters
423 NW 6th St., No. 12
Redmond, OR 97756

Jeannette E. Ness
527 E. Maple St.
Walla Walla, WA 99362

Jeannie D. Thomas
2050 SW Timber Ave., No. 1
Redmond, OR 97756

Jeannie L. Brown
1326 NW 19th St
Redmond, OR 97756

Jeannie M. Murk
665 Crestline Dr.
Waldport, OR 97394

Jeannie Williams
c/o Charese A. Rohny
1515 SW 5th Avenue, Suite 1010
Portland, OR 97201

Jeff Tetz
134 NE Telima Lane
Bend, OR 97701

Jeff W. McMillian
6125 SW Canal Blvd.
Redmond, OR 97756

Jefferey L. Nash
3113 SW Metolius Pl
Redmond, OR 97756


Jeffrey A. Ingelse
65880 93rd Street
Bend, OR 97701


Jeffrey G. Stevens
1947 NW Poplar Ave.
Redmond, OR 97756


Jeffrey O. Ladd
518 NE O'Neil
Redmond, OR 97756


Jenea D. Cardwell
2940 SW 24th Ct.
Redmond, OR 97756


Jeneen R. Boren
5981 SW 58th St.
Redmond, OR 97756


Jenna M. McFarlane
PO Box 419
Redmond, OR 97756


Jennifer A. Whitmeyer
1321 NE Rosemont
Prineville, OR 97754


Jennifer D. Burns
9010 NE Crooked River
Terrebonne, OR 97760


Jennifer J. Rivard
832 SE 6th
Bend, OR 97702


Jennifer K. Petitmermet
PO Box 653
Lincoln City, OR 97367

Jennifer L. Shaver
421 NE Larch Place
Redmond, OR 97756


Jennifer R. Dent
PO Box 130
Redmond, OR 97756


Jennifer R. Harrison
2760 NE Reef
Lincoln City, OR 97367


Jenny L. Carleton
2002 SW Canyon #13
Redmond, OR 97756


Jeremy M. Roach
5063 S HWY 96#57
Redmond, OR 97756


Jerry L. Walker
2349 NW 19th St.


Jessica C. Siler
2231 SW 34th St.
Redmond, OR 97756


Jessica L. Slocum
720 NW 10th St.
Prineville, OR 97754


Jessie L. Kiefer
13976 SW Ridge Pl.
Terrebonne, OR 97760


Jewel Spruell
12471 SW Cinder
Crooked River Ranch, OR 97760


Jill E. Ward
139 SW 26th
Redmond, OR 97756

Jill Galgraith
PO Box 1587
Terrebonne, OR 97760

Joan A. Wescott
1708 Gold Ruch Ave.
Helena, MT 59601

Jodee M. Fitzgerald
1812 W. Idaho Blvd.
Emmett, ID 83617

Jodi Boyer
1247 SW 27th
Redmond, OR 97756

Jodi R. Skellenger
8527 SW Culver Hwy.
Culver, OR 97734

Jodie M. Barber
1828 Center Rd.
Novato, CA 94947

John C. Bailey
700 Old County Road, No. 1
Brookings, OR 97415

John G. Swires
1706 NW Rimrock St.
Redmond, OR 97756

John R. Benner
13553 SE Clay Bourne
Portland, OR 97236

John R. Patrouch
26 Brandywine Way
Middletown, NJ 07748

John S. Brooks
69760 Del View Lane
North Bend, OR 97459

John S. Purcell
12800 SE Sunnyview Dr.
Clackamas, OR 97015

John T. Davis
601 SW 55th Pl
Redmond, OR 97756

John T. Heilmeyer
62635 Steinkamp Rd
Bend, OR 97701

John T. Winstead
2080 Redwood Ave.
Redmond, OR 97756

Joint Labor
1305 SW 12th
Portland, OR 97201

Joint Labor
PO Box 1187
Portland, OR 97207

Jonathan L. Matson
2466 NW 8th St.
Redmond, OR 97756

Jonathon A. Ball
67 Aspen Dr. Trails
Durango, CO 81301

Jonathon T. Boyer
363 NW Antler LP
Redmond, OR 97756

Jose L. Terrazas
300 C St.
Culver, OR 97734

Jose M. Araujo Mendoza
61545 Parrell Rd., No. 8
Bend, OR 97702

Joseph R. Talmage
4676 Commercial St. S, No. 280
Salem, OR 97302


Josie L. Perry
7900 NW 19th St.
Terrebonne, OR 97760


Judith A. McKay
PO Box 763
Neotsu, OR 97364


Judith L. Davis
PO Box 598
Prineville, OR 97754


Judy A. Kennedy
1813 NW Ivy Ave.
Redmond, OR 97756


Julie A. Jeppsen
3310 SW Yew Ave
Redmond, OR 97756


Julie Ballin
16100 SW Grimson Ct.
Lincoln City, OR 97367


Julie M. Charley
2905 SW Volcano Circle
Redmond, OR 97756


Julie M. Karamitis
42 Maplewood Dr.
Salinas, CA 93901


Justin A. Guy
8019 SW Feather Dr.
Culver, OR 97734


Justin C. James
4063 NW 43rd St.
Neotsu, OR 97364

Kaia Q. Seiffert
2814 NE Sycamore Ct.
Bend, OR 97701


Kaiser
500 NE Multnomah, No. 100
Portland, OR 97232


Kaiser
500 NE Multnomah
Portland, OR 97232


Kaiser
PO Box 12923
Oakland, CA 94604-2923


Karen A. Panella
PO Box 423
Redmond, OR 97756


Karen K. Barr
1244 SW Juniper Ave.
Redmond, OR 97756


Karen L. Smith
228 NW Antler LP
Redmond, OR 97756


Karen M. George
705 W. Antler
Redmond, OR 97756


Karen Thenell
704 Elm Ave.
Tillamook, OR 97141


Karlie K. Bradley
2612SW Umatilla Ct
Redmond, OR 97756


Katherine E. Huyck
8705 NW Thicket Lane
Terrebonne, OR 97760

Kathleen A. Nash
21629 88th Ave. W
Edmonds, WA 98026

Kathleen E. McBrady
1746 SW Juniper Ave.
Redmond, OR 97756

Kathleen J. Hawkins
4582 NE Vaughn Ave.
Terrebonne, OR 97760

Kathleen M. Weaver
438 SW 19th
Redmond, OR 97756

Kathryn M. Hischar
1840 Pinedale St.
Medford, OR 97504

Kathy A. Orton
570 N. Pleasure Dr.
Otis, OR 97368

Keeney D. Vanhorn
3770 SW Summit Ave.
Redmond, OR 97756

Keeton-King Construction Inc.
18159 Hwy. 126
Sisters, OR

Keiko M. Middlestad
319 NW 27th Ct
Redmond, OR 97756

Kellee J. Vernam
6662 S. Hwy. 97
Redmond, OR 97756

Kelley A. Scribner
20283 Schaeffer Dr.
Bend, OR 97701

Kelly E. Budge
1814 NW Jackpine Ave.
Redmond, OR 97756


Kelly Johnson
577 N. North Bank Road
Otis, OR 97368


Kelly R. Godfrey
1129 NW Teal Loop
Prineville, OR 97754


Kelsey D. Nolan
1199 NE Hemlock Ave.
Redmond, OR 97756


Ken A. Carraher
12488 SW Kame Terrace Ct
Sherwood, OR 97140


Kendall L. Haff
794 NE Belknap St.
Prineville, OR 97754


Kenneth F. Sigler
8152 SW Hall Blvd #114
Beaverton, OR 97008


Kevin B. Skyces
922 NW Poplar Ave
Redmond, OR 97756


Kevin E. Hughes
2555 SW Timber Ave.
Redmond, OR 97756


Kevin E. Smalling
3300 NW Helmholtz
Redmond, OR 97756


Kevin H. Fine
52503 River Pine
La Pine, OR 97739

Kim Dobbs
1201 SW 28th #13
Redmond, OR 97756


Kim M. Schmidt
12734 Eagle Vista Pl
Crooked River Ranch, OR 97760


Kimberlee D. Ankrum
717 NE Ute Ct.
Redmond, OR 97756


Kimberly A. McClung
2234 SW 31st
Redmond, OR 97756


Kimberly A. Ristoff
2150 NW Elm Ave
Redmond, OR 97756


Kimberly J. Kunz
66835 Lance Rd.
Bend, OR 97701


Kimberly J. Macy
5628 SW Macy Ln
Fort Rock, OR 97735


Korissa M. Zornes
532 NW 8th St
Redmond, OR 97756


Kris M. Cranston
63850 Johnson Rd
Bend, OR 97701


Kristi C. Anderson
20012 72nd Drive SE
Snohomish, WA 98296


Kristin G. Kristensen
745 NW 19th Place
Redmond, OR 97756

Kristopher M. Johnson
PO Box 47
Redmond, OR 97756


Kristy L. Lemmon
44 N. Holiday Lane
Otis, OR 97368


Kyle L. Joye
64860 Grande Loop
Bend, OR 97701


Kyle T. Bomberger
1340 16th St
Redmond, OR 97756


Lacee M. Freres
3258 SW Quartz Ave
Redmond, OR 97756


Lacey Small
247 N. Westview
Lincoln City, OR 97367


Lana M. Carrell
3765 SW Xero Pl
Redmond, OR 97756


Lane IPA (LIPA)
Attn: Gerry-Finance
PO Box 11740
Eugene, OR 97440-1740


Lane Johnson
PO Box 631
Terrebonne, OR 97760


Larena L. Zitek
PO Box 2047
Terrebonne, OR 97760


Larry F. Svendsen
61040 S Queen, No. 35
Bend, OR 97702

Larry J. Stewart
7265 NE 41st St.
Redmond, OR 97756

Larry R. Chamberlin
1335 NE Hollinshead Dr.
Bend, OR 97701

Larry S. Wood
1105 SW Indian Ave
Redmond, OR 97756

Laura Bryant
2097 NW Canyon Dr.
Redmond, OR 97756

Laura E. Sweitz
1111 N. Bear Creek Rd.
Otis, OR 97368

Laura L. Browning
1272 S. 1410 E.
Provo, UT 84606

Laura L. Wattenbarger
3296 SW Evergreen Ave
Redmond, OR 97756

Laura Perry
2888 SW Deschutes
Redmond, OR 97756

Leann M. Peterson
2232 SW Newberry Ct
Redmond, OR 97756

Lee R. Alley
10600 SW Green Dr.
Culver, OR 97734

Lena J. Craig
589 N. Tam Rim Dr.
Sisters, OR 97759

Lesie F. Hole
2417 SW Reindeer Ave.
Redmond, OR 97756


Leslie A. Jennings
260 Seagrove Loop
Lincoln City, OR 97367


Leslie H. Priday
724 N. Jim Wright Fwy.
Fort Worth, TX 76108


Linda G. Walling
545 SE Neptune
Lincoln City, OR 97367


Linda K. Rushing
2482 N. Silverside Drive
Otis, OR 97368


LInda M. Howey
759 NE Nickernutave
Redmond, OR 97756


Linda Nye
2166 NW Quince Place
Redmond, OR 97756


Lindsay Andreasen
1941 SW Canyon Dr.
Redmond, OR 97756


Lisa Brown
318 NW 55th St.
Newport, OR 97365


Lisa K. Nielsen
2238 SW Newberry Ct.
Redmond, OR 97756


Livian M. Rand
845 NW Ogden Ave.
Bend, OR 97701

Lloyd H. Smith
228 NW Antler Loop
Redmond, OR 97756


Lonnie G. Dooley
2906 SW Canal
Redmond, OR 97756


Lonnie M. Hill
5766 SW Coyote
Redmond, OR 97756


Lorelei A. Roseland
PO Box 114
Lincoln City, OR 97367


Lori Blades
2615 Seattle Hill Road
Bothell, WA 98012


Lori E. Turel
836 SW 14th
Redmond, OR 97756


Lori Waguespack
5321 Corporate Blvd
Baton Rouge, LA 70808


Lorraine Frandsen
1184 NW 35th St.
Redmond, OR 97756


Lorraine K Campbell
2610 SW 23rd St #3
Redmond, OR 97756


Lou Degaetano
60459 Umatilla Circle
Bend, OR 97702


Luis A. Morales
1822 W Antler Ave #6
Redmond, OR 97756

Lydia M. Deross
1624 NW Ivy Ave
Redmond, OR 97756


Lyndsay M. Rzegocki
505 SW Evergreen Ave., No. 1
OR 97556


Lyndsay M. Whitecotton
1742 SW 27th
Redmond, OR 97756


Lynn K. Simmons
3609 SW 35th Pl
Redmond, OR 97756


Mackey D. Carlson
1960 SW 38th Street
Redmond, OR 97756


Magaret E. Carlson
241 W Antler Ave
Redmond, OR 97756


Malissa R. Banton
3111 SW Pumice Ave.
Redmond, OR 97756


Mandee R. Jensen
2750 SW Indian Ave., No. 104
Redmond, OR 97756


Margaret Sacha
16340 Dayton Ave N
Seattle, WA 98133


Margaret Schindler
21623 Boonesborough Dr.
Bend, OR 97701


Marguerite J. Groat
811 SE 5th, No. 34
Newport, OR 97365

Maria A. Valenzuela
785 Adams Ave.
Madras, OR 97741

Marilyn C. Warner
65400 Kiowa Drive
Bend, OR 97701

Marjorie F. Petersen
801 S. Orange Grove Blvd.
Pasadena, CA 91105

Mark Dwyer
70 W 26th Ave.
Eugene, OR 97405

Mark J. Hentze
938 SW 12th St.
Redmond, OR 97756

Mark J. Nowak
852 NW Spruce Pl.
Redmond, OR 97756

Mark L. Langeliers
PO Box 5274
Bend, OR 97708

Mark R. Marshall
P.O. Box 177
Mcminnville, OR 97128

Mark Smith
6379 Old Stage
Central Point, OR 97502

Marlo H. Kennedy
7915 Hwy 126 #9
Redmond, OR 97756

Martin O. Sanchez
244 SW Rimrock Way, No. 10
OR 97556

Martin R. Cooley
6415 NE 23rd Ave.
Portland, OR 97211

Marvin D. Harris
4233 NW Happy Hollow
Prineville, OR 97754

Marvin G. Kramer
8050 Granite Falls Ct
Redmond, OR 97756

Marvin L. Newton
2796 NE Walnut Ave
Redmond, OR 97756

Mary D. Aulie
3615 NW Way
Redmond, OR 97756

Mary E. Williams
4797 NE Butler Ave.
Redmond, OR 97756

Mary J. Poppe
500 N. Jefferson, Space 49
Redmond, OR 97756

Mary M. Rico
2058 SW 33rd St.
Redmond, OR 97756

Mary R. Arkoosh
PO Box 1484
Depoe Bay, OR 97341

Mary S. Bryant
6820 NW 69th Pl
Redmond, OR 97756

Mary W. McClung
PO Box 331
Terrebonne, OR 97760

Maryann Yelnosky
Bullard Smith Jernstedt Wilson
1000 SW Broadway, Suite 1900
Portland, OR 97205

Mathew V. Henderson
1236 NE 4th St.
Redmond, OR 97756

Matt L. Tradewell
2840 Salmon Ave.
Redmond, OR 97756

Matthew D. Proudfoot
3605 E. Woolard Rd.
Colbert, WA 99005

Matthew W. Pendergraft
853 SW Hill St.
Bend, OR 97702

McMinnville Water and Light
PO Box 638
Mcminnville, OR 97128

Meadow A. Caroll
1910 SW 22nd St.
Redmond, OR 97756

Melanie D. Troup
933 NW Canal Dr. No. 118
Redmond, OR 97756

Melinda R. Ferguson
543 SW 9th St
Redmond, OR 97756

Melissa A. Anderson
12323 SW Terresan Pl.
Terrebonne, OR 97760

Melissa M. Woodcock
2155 SW 29th St.
Redmond, OR 97756

Melissa R. Rea
PO Box 2235
Terrebonne, OR 97760

Melissa S. Hopson
2112 SW Quartz
Redmond, OR 97756

Melodyan A. Smith
1444 N. Alvord Lane
Otis, OR 97368

Melonie A. Knode
2939 NE Canyon Dr.
Redmond, OR 97756

Mereline L. Schneidecker
622 NE 11th Street
Newport, OR 97365

Merle M. Knight
2640 SW 26th St.
Redmond, OR 97756

Meryl D. Lester
PO Box 670
Redmond, OR 97756

Michael D. Finley
1846 N. Danebo Ave.
Eugene, OR 97402

Michael D. Magnuson
3112 SW Pumice Ave.
Redmond, OR 97756

Michael H. Brown
948 SE Douglas St.
Bend, OR 97702

Michael J. Affinito
2410 Camino Ramon, Ste. 105
San Ramon, CA 94583

Michael T. Woolley
2246 SW Canyon Dr.
Redmond, OR 97756

Michelle E. Arsenault
1758 NW Kingwood
Redmond, OR 97756

Michelle J. Stark
1936 SW 38th St.
Redmond, OR 97756

Michelle L. Anderson
5063 S. Hwy. 97, No. 35
Redmond, OR 97756

Miguel A. Cueva
2442 NE Holmes Rd., Apt. 36
Lincoln City, OR 97367

Mildre L. Pinto
PO Box 1354
Redmond, OR 97756

Miles Newark
621 SW Morrison Str., #720
Portland, OR 97205

Miscellaneous Refund

Mitzi G. Morris
660 W. Olympic Pl., Ste. 6
Seattle, WA 98119

Monica L. Dahlen
3158 SW 32nd
Redmond, OR 97756

Myrtle I. Newell
60 Mosquito Creek Rd.
Thompson Falls, MT 59873

N. CA Sheet Metal
PO Box 3000
Scottsdale, AZ 85271

Nancy G. Frost
6050 NW 59th St.
Redmond, OR 97756

Nancy Johnson
2725 SE Brooklyn
Portland, OR 97202

Nancy L. Anderson
PO Box E
Ione, OR 97843

Nancy L. Mendez
926 NW Redwood Ave
Redmond, OR 97756

Nancy P. Walter
4049 SW Summit
Redmond, OR 97756

Nancy R. Camreta
3256 SW Quartz Pl.
Redmond, OR 97756

Natalie B. Reed
940 SW Westvale St.
Mcminnville, OR 97128

Natasha V. Simplicio
266 SW Rimrock Way, Apt. 23
Redmond, OR 97756

Neda R. Kimberlin
PO Box 362
Terrebonne, OR 97760

Neil D. Remlinger
1856 Turnstone Rd.
Redmond, OR 97756

Nicholas R. Dean
733 Kerstrel Ct
Redmond, OR 97756


Nicole Affinito
17 San Benito Ct.
Walnut Creek, CA 94598


Nicole E. Lantz
3415 SW Canal Blvd.
Redmond, OR 97756


Nicole R. Hager
20699 NE Glisan St. #165
Fairview, OR 97024


NIcolette M. Lewis
3411 SW Kalama Ave
Redmond, OR 97756


Nola D. Slave
199 NE 10 St.
Prineville, OR 97754


Nordian Medicare
PO Box 6702
Fargo, ND 58107-6702


Noridian Medicare
PO Box 6702
Fargo, ND 58107-6702


Northwest Natural Gas Company
PO Box 6017
Portland, OR 97228-6017


ODR Bkcy
955 Center NE #353
Salem, OR 97301-2555


ODS
PO Box 40384
Portland, OR 97240-0384

On Line NW
PO Box 1357
Mcminnville, OR 97128

Oregon DHS
PO Box 14023
Salem, OR 97309-5023

P.G.P. Valuation Inc.
5796 Armada Drive, Suite 210
Carlsbad, CA 92008

Pace Staffing Services LLC
205 SE Wilson Ave., Suite 1
Bend, OR 97701

Pacific Power
1033 NE 6th Ave.
Portland, OR 97256

Pacific Power
600 S. 56th Place
Ridgefield, WA 98642

Pacificsource
PO Box 7068
Eugene, OR 97401-0068

Pamela D. Hermann
65225 94th St.
Bend, OR 97701

Pamela G. Richardson
115 NW Deer St., No. 3
Prineville, OR 97754

Pamela Lester
PO Box 670
Bend, OR 97701

Parnline A. Norton
PO Box 36
Terrebonne, OR 97760

Patricia C. Ramstead
1668 N. Nye
Toledo, OR 97391


Patrick E. Dubois
6095 E Blue Ridge
Cave Creek, AZ 85331


Patrick J. Flesch
450 NW 24th St.
Redmond, OR 97756


Patrick J. McCullough
178 SW Ivy Ct.
Prineville, OR 97754


Patsy A. Walsh
24837 SW Daniel Rd.
Beaverton, OR 97007


Patty A. Johnstad
1710 SW 16th
Redmond, OR 97756


Patty Beghtel
8715 SW Turquoise Loop
Beaverton, OR 97007


Patty L. Dodson
1735 13th Street
Lincoln City, OR 97367


Paula Simone
18030 Third Ave.
Bend, OR 97701


Penny A. Sackhoff
11896 SW Horny Hollow Trl
Terrebonne, OR 97760


Pepper M. Casselman
319 NW Greenwood #3
PO Box 1930
Redmond, OR 97756

Petroleum Helicopters
Attn: Ed Gatza
PO Box 90808
Lafayette, LA 70509


Phaedra Palomo
1607 NW Teak
Redmond, OR 97756


Phil E. Swendt
22423 149th Pl. SE
Monroe, WA 98272


Phillip E. McCormick
639 SE Evergreen Ave.
Redmond, OR 97756


Phillup Neely
10187 Sanddance Ridge Loop
Redmond, OR 97756


Phyllis Horn
63930 Deschutes Market Rd.
Bend, OR 97701


Providence
PO Box 3125
Portland, OR 97208-3125


Providence
PO Box 3125
Portland, OR 97208


Quality Truss/Parr Lumber
5630 NW Century Blvd.
Hillsboro, OR 97124


Rae M. Adkins
2730 NE 9th St.
Redmond, OR 97756


Ramon D. Alonso
2340 Quinn
Portland, OR 97201

Ramon L. Johnson
20512 Whitstone
Bend, OR 97702

Rand G. Kroessin
8422 SW Abalone Street
South Beach, OR 97366

Randall McCreath
207 E. 19th Street
Mcminnville, OR 97128

Randall R. Curtis
392 NW 25th St.
Redmond, OR 97756

Randall W. Miller
6880 NW Narcissa
Terrebonne, OR 97760

Randy J. Wharton
35025 Hwy. 101 S
Cloverdale, OR 97112

Raymond C. Cox
0514 SW Texas St.
Portland, OR 97219

Rebecca A. Valentine
11032 N. 52 St,
Scottsdale, AZ 85254

Rebecca L. Rogers
2464 NW 8th St
Redmond, OR 97756

Regence
Federal Employees
PO Box 1269
Portland, OR 97207

Regence
PO Box 30805
Salt Lake City, UT 84130

Regence
PO Box 30805
Salt Lake City, UT 84130-0805

Renae D. Poulin
13835 SW Sheltered Pl.
Terrebonne, OR 97760

Renee A. Taunton
PO Box 1049
Depoe Bay, OR 97341

Rhashell F. Jorgensen
2060 NE Tide Ave.
Lincoln City, OR 97367

Richard M. Bixler
14955 NW Channa Dr
Portland, OR 97229

Richard W. Stevenson
14260 SW Stallion Dr.
Terrebonne, OR 97760

Rick Sanders
4414 E Enon Rd
Yellow Springs, OH 45387

Rickie R. Radmacher
3340 N. Hwy. 101
Depoe Bay, OR 97341

Riedell M. Parks
1225 SW 17th St
Redmond, OR 97756

Riley L. Shelton
1883 NW Jackpine
Redmond, OR 97756

River Knife
Attn: Carol Garrison
PO Box 83
Bend, OR 97709

Rob J. Aldridge
3010 SW Canal Blvd.
Redmond, OR 97756

Robb G. Hayden
64745 Sylvan Loop
Bend, OR 97701

Robert A. Strouse
13000 Highway 20
Sisters, OR 97759

Robert B. Gallaugher
9205 SE Clackamas Rd. # 421
Clackamas, OR 97015

Robert D. Williams
65710 78th St.
Bend, OR 97701

Robert F. Olson
2045 NW Wildflower Pl
Redmond, OR 97756

Robert G. Gallenstein
8733 Apalachee Dr.
Cincinnati, OH 45249

Robert P. Kauffman
2028 NW Ivy Pl.
Redmond, OR 97756

Robert T. Lyons
11225 NW Dove Rd.
Terrebonne, OR 97760

Robin A. Hubbard
3348 SW Salmon Ct
Redmond, OR 97756

Robin L. Seay
20569 Raymond Ct
Bend, OR 97701

Robin Murbach
985 Windgate St. S
Salem, OR 97302-5638


Robyn L. Tsuji
5745 Lake St. Clair Dr. SE
Olympia, WA 98513


Rodney T. Stodd
1671 NW Quincy Ave
Bend, OR 97701


Ron Boley
15815 Shannon Road
Los Gatos, CA 95032


Ronnie L. Starkey
3131 SW Metolius Pl.
Redmond, OR 97756


Rosalia T. Macias
200 SW D St., Space 9
Madras, OR 97741


Roseann A. Maich
PO Box 2324
Redmond, OR 97756


Roxia C. Thorton-Todor
9885 W. Hwy. 126
Redmond, OR 97756


Roy G. Morris
845 NE Modoc Ct.
Redmond, OR 97756


Roya Leriche
562 NE  Begonia
Madras, OR 97741


Ruby Sharp
1567 E. Jefferson Way, Apt. 311
Simi Valley, CA 93065

Ryan A. Burke
108 NW Dogwood
Redmond, OR 97756


Ryan J. Lantz
3415 SW Canal Blvd.
Redmond, OR 97756


Ryan L. Stinchomb
3002 NW 9th Pl
Redmond, OR 97756


Sadell L. Scarbrough
2350 SW 29th St.
Redmond, OR 97756


Safe Conduct LLC
321 NE Hwy. 99W, Suite B
Mcminnville, OR 97128


SAIF
400 High St SE
Salem, OR 97312


Sally Jones
232 NW 3rd
Redmond, OR 97756


Sally L. Weddle
2730 SW Volcano Ct.
Redmond, OR 97756


Salvador Espinoza
830 NW Poplar
Redmond, OR 97756


Samantha M. Rasor
5720 NW Odin Falls Way
Redmond, OR 97756


Sandee Henry
354 Vienna St.
San Francisco, CA 94112

Sandra D. Cazier
1553 NW Ivy Ave.
Redmond, OR 97756

Sandra D. Wilson
2256 SW 23rd St.
Redmond, OR 97756

Sandra K. Phillips
3736 SW Sam Snead Ct.
Redmond, OR 97756

Sandra Ruybalid
PO Box 464
Redmond, OR 97756

Sarah A. Walker
1530 NE 8th St
Redmond, OR 97756

Sarah J. Maxey
2077 NW Kingwood Ave.
Redmond, OR 97756

Sarah J. Reece
9339 NW 5th St.
Terrebonne, OR 97760

Sarah R. Churchill
2515 NW 10th St.
Redmond, OR 97756

Savannah A. Burns
2002 SW Canyon Dr. #9
Redmond, OR 97756

Savannah D. Stanger
700 Eckler St.
Dayton, WA 99328

Scott D. Allard
20865 Pony Ave.
Bend, OR 97701

Scott E. Polen
3206 NE Yellowpine
Prineville, OR 97754

Scott Hookland
PO Box 23414
Tigard, OR 97281

Scott N. Hanney
15454 SE Rhine St.
Portland, OR 97236

Scott W. Lockridge
3755 SW Crest Ct.
Redmond, OR 97756

Sean Marsters
3385 SW Lava Ave.
Redmond, OR 97756

Sean W. McMullen
1246 NE 4th Street
Redmond, OR 97756

Service Master
PO Box 6073
Bend, OR 97708

Shan L. Ledbury
5810 NW Lone Pine Ln.
Redmond, OR 97756

Shannon Salyers
84338 Christsen Rd.
Eugene, OR 97405

Sharla D. Shields
3811 NW 38th St
Redmond, OR 97756

Shauna L. Fowler
5511 SW Harvest Ave.
Redmond, OR 97756

Shawn T. Kirkpatrick
4182 SW Reindeer Ave.
Redmond, OR 97756

Shaylene M. Vanantwep
20773 Liberty Lane
Bend, OR 97701

Shelly A. Duhn
20011 Glen Vista Rd.
Bend, OR 97701

Shelly A. Gowdy
10139 Juniper Glen Circle
Redmond, OR 97756

Shelly S. Osterhout
2212 SW Stoneledge
Redmond, OR 97756

Shimry A. Breese
PO Box 211
Redmond, OR 97756

Shirley D. Wanker
752 NW Redwood Ave.
Redmond, OR 97756

Sonia M. Mata
659 SW 29th Street
Redmond, OR 97756

Stacey M. Davies
6415 SW Jaguar Ave.
Redmond, OR 97756

Stacie L. Wagner
3176 NW Fox Tail Pl.
Corvallis, OR 97330

Stacy L. Glover
2625 SW Salmon
Redmond, OR 97756

Stacy L. Skauge
955 NW Hwy. 20
Toledo, OR 97391


Stanley H. Snyder
14835 Haywagon
Sisters, OR 97759


Staples
Dept. LA 1368
P.O. Box 83689
Chicago, IL 60696-3689


STAR
PO Box 55270
Phoenix, AZ 85078


Stella L. Traweek
1177 S. Bent Loop
Powell Butte, OR 97753


Stephen Cerruti
831 Anthony Ct.
Leesburg, VA 20175


Stephen E. Macon
1209 S. Main
Lindale, TX 75771


Stephen Gockley
2315 J St
Bellingham, WA 98225


Stephen J. Brabeck
12 Paso Del Rio
Carmel Valley, CA 93924


Steve C. Lyublanovits
3920 NE 45th St.
Redmond, OR 97756


Steve G. Brewer
20860 89th St
Bend, OR 97701

Steve W. Carlson
5055 NW Coyner
Redmond, OR 97756

Steven A. Hagan
4225 SW Ben Hogan Dr.
Redmond, OR 97756

Steven B. Wyatt
PO Box 1446
Depoe Bay, OR 97341

Steven K. Christiansen
4980 SW McVey
Redmond, OR 97756

Steven W. Kyman
61146 Brookhollow Dr.
Bend, OR 97702

Steven W. Rogers
61079 Honkers Ct
Bend, OR 97702

Stoner Electric Group
1904 SE Ochoco Street
Portland, OR 97222

Summit Leasing Inc.
PO Box 7
Yakima, WA 98907-0007

Susan B. Jackson
PO Box 987
Pacific City, OR 97135

Susan Bristol
PO Box 416
Lincoln City, OR 97367

Susan E. Lester
472 NW Terrace Ln
Prineville, OR 97754

Susan G. Smythe
4651 SW 43rd
Redmond, OR 97756

Susan J. Rae
22651 NW West Union Rd.
Hillsboro, OR 97124

Susan K. Wheeler
PO Box 368
Gleneden Beach, OR 97388

Susan L. Browne
500 Highland Meadow LP
Redmond, OR 97756

Susan O'Brien
7469 SW Onyx
Terrebonne, OR 97760

Susan P. Maffai
1017 NW Larch Ct.
Redmond, OR 97756

Suzann B. Brawley
66260 Rebecca Ln.
Bend, OR 97701

Suzanne Yarbrough
15340 Smithrock Way
Terrebonne, OR 97760

Sylvia L. Klukkert
11960 Horny Hollow Tr
Terrebonne, OR 97760

Tamara K. Boegelsack-Shaw
3237 SE Juniper Ave.
Redmond, OR 97756

Tamara Rufener
8142 SE Hay Creek Rd.
Madras, OR 97741

Tami D. Mills
8585 NW Eagle Dr.
Redmond, OR 97756

Tami J. Nelson
2938 NW 22nd St.
Redmond, OR 97756

Tammy R. Rudd
12669 SW Spur Place
Redmond, OR 97756

Tana M. Jordan
PO Box 451
Prineville, OR 97754

Tanya M. Blair
2830 NW 19th St.
Redmond, OR 97756

Tasha L. James
717 NE Larch Ave
Redmond, OR 97756

Tera M. Adamson
PO Box 864
Prineville, OR 97754

Teri L. Manselle
936 NW Spruce Tree Pl
Redmond, OR 97756

Terri L. Baxter
PO Box 1922
Redmond, OR 97756

Terrilynn Hargas
2140 SW Canyon Dr., No. C
Redmond, OR 97756

Terry A. Mischke
PO Box 2365
Redmond, OR 97756

Terry L. Kudrna
3840 SW Sumitt Ave.
Redmond, OR 97756


Terry M. VanCleve
2440 SW 33rd St.
Redmond, OR 97756


Terry R. Kindle
PO Box 671
Oakridge, OR 97463


Theresa A. Moss
3135 SW Bear Dr.
Madras, OR 97741


Therese M. Helton
615 Center Ridge Dr.
Culver, OR 97734


Thomas A. Tucker
3810 Gene Sarazan Dr.
Redmond, OR 97756


Thomas G. Kirk
2506 NW Canyon
Redmond, OR 97756


Thomas J. Moreau
4500 NE East Devils Lake Rd.
Otis, OR 97368


Thomas W. Edwards
619 SW 15th
Redmond, OR 97756


ThySsen Elevator
PO Box 933004
Atlanta, GA 31193-3004


Tiffany A. Shaw
2929 SW Deshutes Ave.
Redmond, OR 97756

Tiffany C. Drum
3911 NE Killingsworth St., No. 7
Portland, OR 97211

Tiffany J. Hall
18760 NW Rook Creek Cir., No. 116
Portland, OR 97229

Tim Swihart
20727 SW Santa Fe Terrace
Sherwood, OR 97140

Timothy D. Hyatt
2992 SW Indian Cr.
Redmond, OR 97756

Tina Dunaway
6792 SE Juniper Canyon Rd.
Prineville, OR 97754

Todd M. Brown
122331 NW 29th
Terrebonne, OR 97760

Toni K. Buettner
2276 NW Canyon Dr.
Redmond, OR 97756

Tonya D. Kennedy
815 NW 6th St.
Prineville, OR 97754

Tracey Jones
7309 S Eudora Court
Centennial, CO 80122

Traci L. Jones
2484 SW039th Pl
Redmond, OR 97756

Traci M. Trimble
2515 NW Cedar Ave
Redmond, OR 97756

Tracy C. Henry
2793 SW Indian Ave.
Redmond, OR 97756


Tracy S. Gulan
430 S. Niagara St., No. 209
Burbank, CA 91505


Travas W. Crumley
5335 NW Irwin Lane
Redmond, OR 97756


Treasha K. Linton
4806 SW Obsidian
Redmond, OR 97756


Tricare
PO Box 77028
Madison, WI 53707


Tricare
PO Box 7890
Madison, WI 53707-7890


Tricare West Region
Provider Refunds
PO Box 77028
Madison, WI 53707


Tyann M. Ough
5415 SW 58th
Redmond, OR 97756


Tyson J. Burruss
PO Box 2151
Terrebonne, OR 97760


UMR
PO Box 145804
Cincinnati, OH 45250-5804


United Healthcare
PO Box 30557
Salt Lake City, UT 84130

Valerie Wright
18206 100th St Ct E
Bonney Lake, WA 98391

Vicki L. Montgomery-Howe
584 SW Bent Loop
Powell Butte, OR 97753

Vickie L. Lansford
608 SW014th St
Redmond, OR 97756

Victoria F. Roediger
3238 SW Metolius Ave
Redmond, OR 97756

Victoria M. Leason
69451 Goodrich Rd.
Sisters, OR 97759

Vincent F. Rotter
433 NE Irving Ave #1
Bend, OR 97701

Violet B. Douglass
552 NE Franklin
Bend, OR 97701

Virgil (Ike) Monzula
2402 SW Valley View Dr
Redmond, OR 97756

WA Teamsters TRST
2323 Eastlake Ave E.
Seattle, WA 98102-3393

Warren D. Snyder
2254 SW 37th
Redmond, OR 97756

Warren R. Mines
604 NE Shoshone Dr.
Redmond, OR 97756

Washington Mutual Bank


Wayne R. Rowe
2574 SW Xero Ave.
Redmond, OR 97756


Wende L. Benner
PO Box 201
Redmond, OR 97756


Wendy A. Joslin
20028 Mt. Hope Lane
Bend, OR 97702


Wendy C. Blackman
PO Box 2125
Redmond, OR 97756


Wesley L. Westcott
807 West Elm St.
Redmond, OR 97756


Western Oregon Waste
PO Box 270
Mcminnville, OR 97128


William Cooper
300 FErndale Rd West
Wayzata, MN 55391


William Cowan
5552 S Beehive Ave
Tucson, AZ 85746


William W. Hulgan
2520 SW Glacier
Redmond, OR 97756


Yamhill County Tax Collector
535 E. 5th Street
McMinnville, OR 97128

Yvonne Delgado
437 NW 27th St.
Redmond, OR 97756

# United States Bankruptcy Court
## District of Oregon

In re  **The Marshall Group, LLC**

Debtor(s)

Case No.  **08-34585**

Chapter  **11**

## CERTIFICATION PURSUANT TO LBR 1001-1.G

I certify that the foregoing documents have been prepared by a computer and conform to versions of the Official Bankruptcy Forms available and applicable at this time.

The software utilized is Best Case Bankruptcy, developed by Best Case Solutions, Inc.

Dated:  **October  3, 2008**

**/s/ James Ray Streinz**
**James Ray Streinz 794107**
**McEwen Gisvold LLP**
**1100 SW 6th Avenue, Suite 1600**
**Portland, OR 97204**
**503-226-7321**